**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>UMG RECORDINGS, INC.,<br><br>                    Defendant. | No. 1:25-cv-399-JAV |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019, by Nicholas P. Crowell, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of UMG Recordings, Inc.  The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

Dated: January 21, 2025

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _/s/ Nicholas P. Crowell_
Nicholas P. Crowell
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email: ncrowell@sidley.com

*Counsel for UMG Recordings, Inc.*