### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Aubrey Drake Graham

        **Plaintiff(s)**

                         VS.              Case No: 1:25-cv-00399

**UMG Recordings, Inc.**

        **Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Willette Falls, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action; Civil Cover Sheet; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/21/2025 at 11:23 AM I served UMG Recordings, Inc. c/o CT Corporation System, Registered Agent at 28 Liberty Street, New York, New York 10005 with the Summons in a Civil Action; Civil Cover Sheet; and Complaint with Exhibits by serving Carlos Bobe, Intake Specialist, authorized to accept service on behalf of CT Corporation System.

Carlos Bobe is described herein as:

Gender: Male    Race/Skin: Caucasian    Age: 59    Weight: 250-275    Height: 5'8"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/21/2025

_Willette Falls_
_____
Willette Falls

Client Ref Number: 128874-00001
Job #:12542767

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050