

| | | |
|---|---|---|
| **SIDLEY** | SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX | +1 212 839 5449<br>NCROWELL@SIDLEY.COM |

January 21, 2025

**By ECF**

Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> Re:   *Aubrey Drake Graham v. UMG Recordings, Inc.*
>        Case No. 1:25-cv-399-JAV
>        <u>Letter Motion for Extension of Time to Respond to the Complaint</u>

Dear Judge Vargas:

We represent Defendant UMG Recordings, Inc. in the above-captioned matter. We write to request that Defendant's time to respond to the complaint be extended by 34 days, from February 11, 2025, to March 17, 2025, without prejudice to requesting an additional extension if needed. We request this extension including because the wildfires in Los Angeles have greatly impacted Defendant's executive and legal teams. An extension from the Court would enable sufficient time to respond. This is Defendant's first request for an extension of time to respond to the complaint. Plaintiff consents to a 34-day extension.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Nicholas P. Crowell*
Nicholas P. Crowell

*Attorney for UMG Recordings, Inc.*

cc:   All counsel of record (via ECF)

Defendant's request for an extension of time to respond to the Complaint is **GRANTED**.  Defendant shall respond to the Complaint by March 17, 2025. The Clerk of the Court is **DIRECTED** to terminate ECF No. 6.

Date: 01/22/2025

**SO ORDERED.**

HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.