**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

                    Plaintiff,

          - against -

UMG RECORDINGS, INC.,

                  Defendant.

Case No. 25-cv-00399

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Meryl C. Governski hereby move this court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Aubrey Drake Graham in the above-captioned action.

As described in my declaration submitted contemporaneously herewith, I am in good standing of the bars of the District of Columbia and the state of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein. I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: January 24, 2025

          Respectfully submitted,

          By: */s/ Meryl C. Governski*
          Meryl C. Governski (Admission *Pro Hac Vice* Pending)
          Willkie Farr & Gallagher LLP

-2-

1875 K Street, N.W.
Washington, DC 20006
Tel.: (202) 303-1016
mgovernski@willkie.com
*Counsel for Aubrey Drake Graham*