**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AUBREY DRAKE GRAHAM,

                Plaintiff,

      - against -

UMG RECORDINGS, INC.,

                Defendant.

Case No.: 25-cv-00399

---

**AFFIDAVIT OF MERYL C. GOVERNSKI IN SUPPORT OF MOTION FOR**
**ADMISSION TO PRACTICE, _PRO HAC VICE_**

I, Meryl C. Governski, declare and state as follows:

1.      I am a partner at the law firm of Willkie Farr & Gallagher LLP, located at 1875 K Street, N.W., Washington, DC 20006, phone number (202) 303-1016, facsimile (202) 303-2000. I respectfully submit this affidavit in support of my motion for admission pro hac vice to represent Plaintiff Aubrey Drake Graham in connection with the above-captioned case.

2.      I am currently a member in good standing of the bars of the District of Columbia and the State of Maryland, as shown in the Certificates of Good Standing filed in connection with my motion, and I have been admitted to practice before the United States District Court for the District of Columbia and other federal courts.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no pending disciplinary proceedings presently against me in any state or federal court.

6.      I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Courts for the Southern District of New York.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January 2025 in Washington, District of Columbia.

_____
Meryl C. Governski

Subscribed and sworn before me in Washington, D.C. this 24th day of January, 2025.

_____
Notary Public

District of Columbia
Signed and sworn to (or affirmed) before me
on 1/24/2025 by Meryl C Governski
    Date          Name(s) of individual(s) making Statement

_____
Signature of Notarial Officer

Willkie Farr &Gallagher LLP
Title of Office

My commission expires: 11/14/2027

-2-