AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York  [▼]

| | | |
|---|---|---|
| AUBREY DRAKE GRAHAM | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-CV-00399 (JAV) |
| UMG RECORDINGS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 AUBREY DRAKE GRAHAM                                                                        .

Date:     01/24/2025                               /s/ M. Annie Houghton-Larsen
                                                                *Attorney's signature*

                                                     M. Annie Houghton-Larsen NY Bar #: 5705603
                                                           *Printed name and bar number*
                                                              787 Seventh Ave.
                                                          New York, NY  10019-6018


                                                              _____
                                                                    *Address*

                                                        mhoughton-larsen@willkie.com
                                                              *E-mail address*

                                                              (212) 728-8164
                                                           *Telephone number*

                                                              (919) 728-9164
                                                              *FAX number*