UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUBREY DRAKE GRAHAM,

                          Plaintiff,

          - against -

UMG RECORDINGS, INC.,

                          Defendant.

Case No.: 25-cv-00399

[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Meryl C. Governski to be admitted, *pro hac vice*, to represent Aubrey Drake Graham in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bar in the bars of the District of Columbia and the State of Maryland and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Meryl C. Governski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent Aubrey Drake Graham in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 24, 2025
          New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE
HON. JEANNETTE A. VARGAS