**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

          Plaintiff,

    v.

UMG RECORDINGS, INC.,

          Defendant.

No. 1:25-cv-00399-JAV

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Rollin A. Ransom hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant UMG Recordings Inc. ("Defendant") in the above-captioned matter.

I am in good standing of the bars of the State of California, the State of Illinois, and the State of New York. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration required pursuant to Local Rule 1.3.

Dated: January 30, 2025

Respectfully submitted,

SIDLEY AUSTIN LLP
By: */s/ Rollin A. Ransom*
Rollin A. Ransom
350 South Grand Avenue
Los Angeles, CA 90071
Telephone:  +1 213 896 6000
Facsimile:  +1 213 896 6600
Email: rransom@sidley.com

*Counsel for UMG Recordings, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AUBREY DRAKE GRAHAM, | No. 1:25-cv-00399-JAV |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **ROLLIN A. RANSOM IN SUPPORT** |
| | **OF MOTION FOR ADMISSION** |
| UMG RECORDINGS, INC., | **PRO HAC VICE** |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, Ransom A. Rollin, an attorney admitted to practice in California, Illinois, and New York declares under penalty of perjury that the following is true and correct:

1.      I am a partner with the law firm of Sidley Austin, LLP, attorneys for Defendant UMG Recordings, Inc. ("Defendant") in the above-captioned matter.

2.      I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

5.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New York.

6.      I have never been convicted of a felony, have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings against me in any jurisdiction.

7.      I certify that I have knowledge of all applicable local rules of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2025

Respectfully submitted,

SIDLEY AUSTIN LLP
By: _/s/ Rollin A. Ransom_
Rollin A. Ransom
350 South Grand Avenue
Los Angeles, CA 90071
Telephone:  +1 213 896 6000
Facsimile:  +1 213 896 6600
Email: rransom@sidley.com

_Counsel for UMG Recordings, Inc._

2



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>*ROLLIN ANDREW RANSOM*</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ROLLIN ANDREW RANSOM, #196126, was on the 24th day of June 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of January 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Biying Jia Assistant Deputy Clerk*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Rollin Andrew Ransom

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/1994 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of January, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Rollin Andrew Ransom

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 16, 1994,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on January 21, 2025.

*Clerk of the Court*

CertID-00210006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

        Plaintiff,

    v.

UMG RECORDINGS, INC.,

        Defendant.

No. 1:25-cv-00399-JAV

**[PROPOSED]**
**ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE***

The motion of Rollin A. Ransom for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, the bar of the State of Illinois, and the bar of the State of New York; and that his contact information is as follows:

    Rollin A. Ransom
    350 South Grand Avenue
    Los Angeles, CA 90071
    Telephone:  +1 213 896 6000
    Facsimile:  +1 213 896 6600
    Email: rransom@sidley.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant UMG Recordings Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: January __, 2025

_____
Jeannette A. Vargas, U.S.D.J.

2