**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

     Plaintiff,

   v.

UMG RECORDINGS, INC.,

     Defendant.

No. 1:25-cv-00399-JAV

**[PROPOSED]**
**ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE***

The motion of Rollin A. Ransom for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, the bar of the State of Illinois, and the bar of the State of New York; and that his contact information is as follows:

Rollin A. Ransom
350 South Grand Avenue
Los Angeles, CA 90071
Telephone:  +1 213 896 6000
Facsimile:  +1 213 896 6600
Email: rransom@sidley.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant UMG Recordings Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 30, 2025

Jeannette A. Vargas, U.S.D.J.

2