**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>UMG RECORDINGS, INC.,<br><br>          Defendant. | No. 1:25-cv-399-JAV |

**UMG RECORDINGS, INC.'S DISCLOSURE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1. counsel of record for Defendant UMG Recordings, Inc. hereby discloses the following organizational interests: UMG Recordings, Inc. is a wholly-owned indirect subsidiary of Universal Music Group, N.V., a Netherlands public limited company. No other publicly-held company owns 10% or more of the stock of UMG Recordings, Inc. Bollere SE is a publicly traded company organized under the laws of France and owns more than 10% of Universal Music Group, N.V.'s stock. No other publicly-held company owns 10% of more of Universal Music Group, N.V.'s stock.

Dated: Feburary 7, 2025

Respectfully submitted

*/s/ Nicholas P. Crowell*
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email: ncrowell@sidley.com

*Counsel for Defendant UMG Recordings, Inc.*