**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC.,<br><br>Defendant. | 1:25-cv-399 (JAV) |

**DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO UMG'S REQUEST TO ADJOURN AND MOTION TO ORDER UMG TO COMPLY WITH RULE 26(F)**

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this Court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiff Aubrey Drake Graham in the above-captioned action.

2. I submit this declaration in support of Plaintiff's letter opposing UMG's request to adjourn the initial pretrial conference and motion to order UMG to comply with Rule 26(f).

3. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendant regarding holding a Rule 26(f) conference.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendant regarding extending the parties' briefing schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025.

s/ M. Annie Houghton-Larsen
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue

- 2 -

New York, NY 10019
(212) 728-8000
mhoughton-larsen@willkie.com

*Attorney for Plaintiff Aubrey Drake Graham*