# EXHIBIT 2

| | |
|---|---|
| **From:** | Ransom, Rollin <rransom@sidley.com> |
| **Sent:** | Thursday, January 23, 2025 4:17 PM |
| **To:** | Houghton-Larsen, M Annie; Gottlieb, Michael; Governski, Meryl Conant |
| **Cc:** | Crowell, Nicholas P.; Horner, James R. |
| **Subject:** | RE: Graham v. UMG - Briefing Schedule |

**\*\*\* EXTERNAL EMAIL \*\*\***

ok

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Thursday, January 23, 2025 12:35 PM
> **To:** Ransom, Rollin <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
> **Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>; Horner, James R. <jhorner@sidley.com>
> **Subject:** RE: Graham v. UMG - Briefing Schedule
>
> Quick flag – after re-reading the Judge's individual rules, we are required to include "the date of the parties' next scheduled appearance before the Court," and therefore will be adding the below:
>
> "The parties are scheduled to appear before this Court on April 2, 2025 at 12:00 p.m. for the initial pretrial conference.  ECF No. 8."
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers

> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Thursday, January 23, 2025 2:58 PM
> **To:** 'Ransom, Rollin' <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
> **Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>; Horner, James R. <jhorner@sidley.com>
> **Subject:** RE: Graham v. UMG - Briefing Schedule
>
> Excellent, and thank you very much for fixing the typo.  We will address and file.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Thursday, January 23, 2025 2:55 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>; Horner, James R. <jhorner@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

The revised letter is acceptable, except that "it" should be changed to "is" in the except below. We'll reserve on the question of the timing of the Initial Pretrial Conference, but concur that our disagreement on that issue doesn't need to hold up the filing of your letter. With that typo correction, you have our consent.

Rollin

> opposition and Defendant's reply. Although ~~Defendant does not beli~~ **that it is not** necessary to set a complete briefing schedule at this time, ~~motion to dismiss the complaint on March 17, 2025, it~~ consents to th

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Thursday, January 23, 2025 8:59 AM
**To:** Ransom, Rollin <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>; Horner, James R. <jhorner@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

Rollin,

Thank you for confirming UMG's consent to the extended briefing scheduling as proposed. We have made some further edits, including based on the fact that Court has now entered the March 17 deadline. Our edited version attached as well as a redline to the version you sent last night.

We cannot, however, agree to request an adjournment of the initial pretrial conference until after a decision on the motion to dismiss.  As you will understand, our client is eager to begin discovery as soon as possible and we have no reason to think that the Complaint would be dismissed in its entirety (if UMG even moves to dismiss).  We would consent to any request by you to appear at the conference remotely rather than in person should you request to do so.

We trust that disagreement on moving the pretrial conference need not hold up parties' agreement on the other dates and that we can file this letter as currently drafted.  Please let us know.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Wednesday, January 22, 2025 6:20 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>; Horner, James R. <jhorner@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

See attached for our edits to your draft letter, including tying the Initial Pretrial Conference to the Court's order on any motion to dismiss we file.  Please let me know if it would be helpful to discuss; otherwise, with these changes, you have our consent to file.

Best regards.

Rollin

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

> **From:** Ransom, Rollin
> **Sent:** Wednesday, January 22, 2025 2:45 PM
> **To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>

3

**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

Annie – we're reviewing and will get back to you as soon as we can.

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, January 22, 2025 2:37 PM
**To:** Ransom, Rollin <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

Rollin, Nicholas, following up to confirm your consent on the below proposed briefing schedule.  Thanks!

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, January 22, 2025 3:00 PM
**To:** 'Ransom, Rollin' <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG - Briefing Schedule

Rollin,

As previewed last night, we think the Court would appreciate only having to consider the briefing schedule once and do not believe setting such dates is premature.  To that end, we ask for your consent in setting the below briefing schedule.

|  | Deadline per Federal Rules | Requested Deadline | Length of Extension |
|---|---|---|---|
| **Motion to Dismiss** | February 11, 2025 | March 17, 2025 | 34 days |
| **Opposition to Motion to Dismiss** | March 31, 2025 | April 16, 2025 | 14 days |
| **Reply in support of Motion to Dismiss** | April 23, 2035 | April 30, 2025 | 7 days |

Please advise as we would like to get this on file today.

4

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, January 21, 2025 8:59 PM
**To:** 'Ransom, Rollin' <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

We very much appreciate your confirmation that UMG intends to file its response on March 17 as agreed to.

Tomorrow, I'll propose a briefing schedule for the opposition and reply to get on file in a separate letter.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Tuesday, January 21, 2025 8:14 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

Your e-mail is incorrect.  I did not say that UMG "expects to need more time" or that UMG "knows it does not intend" to file its response by March 17.  What I said is that we had previously requested a longer extension, your client refused, and that while we hope and expect to file a response by March 17, our request is without prejudice to requesting more time if we ultimately conclude it is needed (and your client may agree to or oppose any such further extension).  I therefore advised that I think it's premature to discuss a briefing schedule, which you indicated on our call you understood.  Nonetheless, I am happy to discuss a potential briefing schedule further tomorrow – please let me know some specific times that work.  In the meanwhile, we'll go ahead and file our letter request for the extension to which your client has *twice* consented.

Best regards.

Rollin

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, January 21, 2025 5:00 PM
**To:** Ransom, Rollin <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

Following up on our conversation, I understand that UMG is reluctant to agree to a full briefing schedule now because UMG expects to need more time to respond than what it is currently asking for.

To be clear, when we consented to the March 17, 2025 extension, it was on the understanding that UMG would actually be filing a responsive pleading that day and we do not have authorization to consent to an extension to a filing deadline that UMG knows it does not intend to keep.  We continue to believe that it is appropriate to set a full briefing schedule now and would like to confer with you regarding the specifics of that proposal.

We think we can come to a mutual resolution here and look forward to building out a full schedule.  I am generally available tomorrow afternoon to meet and confer.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Tuesday, January 21, 2025 7:30 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

**\*\*\* EXTERNAL EMAIL \*\*\***

Thank you.


**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com


**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, January 21, 2025 4:01 PM
**To:** Ransom, Rollin <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

We consent to the extension to March 17, 2025.

Thanks,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

7

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, January 21, 2025 4:31 PM
**To:** 'Ransom, Rollin' <rransom@sidley.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

Apologies for missing your call was on the other line. I haven't been able to connect with the client yet today, but expect to have an answer for you on this by the end of the day.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Tuesday, January 21, 2025 1:46 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

Understood respecting service. In your January 15 e-mail, you advised that you had no objection to an extension to March 17, 2025, and would agree to stipulate to such an extension. We've prepared a letter request to Judge Vargas (per her Individual Rules) for such an extension, a copy of which is attached. Please advise if you have any comments; if not, we'll get this on file shortly.

Rollin

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com

8

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, January 21, 2025 9:06 AM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Ransom, Rollin <rransom@sidley.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

UMG was served via registered agent today and as such, we are no longer requesting that you accept service. If UMG would like to request an extension of what is provided by the Federal Rules, we will consider it, but we will not be able to accept 81 days.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Gottlieb, Michael <MGottlieb@willkie.com>
**Sent:** Friday, January 17, 2025 5:00 PM
**To:** Ransom, Rollin <rransom@sidley.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Rollin,

Sorry for the delay – we were actually all in court yesterday and just catching up today.

Our client has not yet authorized our consent to an extension beyond what the rules provide, but is still considering the request. We will get back to you as soon as we can.

Best,

Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2000
mgottlieb@willkie.com | vCard | www.willkie.com bio

9

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Friday, January 17, 2025 3:10 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Cc:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

**\*\*\* EXTERNAL EMAIL \*\*\***

Michael and Meryl:

I got a bounceback from Annie that she's in trial. Could one of you get back to me on the extension request, please? Many thanks.

Rollin

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com


**From:** Ransom, Rollin
**Sent:** Thursday, January 16, 2025 11:56 AM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Following up on this – thanks.

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
+1 213 896 6047
rransom@sidley.com


**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, January 15, 2025 12:02 PM
**To:** Ransom, Rollin <rransom@sidley.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

Understood, we'll speak with our clients and get back to you.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Ransom, Rollin <rransom@sidley.com>
**Sent:** Wednesday, January 15, 2025 3:00 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Crowell, Nicholas P. <ncrowell@sidley.com>
**Subject:** RE: Graham v. UMG

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

Thanks for your email. I asked for a sixty-day extension, which would put the response date on April 7, accounting for the weekend. Please let me know if this is agreeable, and we'll prepare a stipulation. I appreciate the professional courtesy.

Rollin

Sent with BlackBerry Work
(www.blackberry.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confide
If you are not the intended recipient, please delete the e-mail and any attachments and n
immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Date:** Wednesday, Jan 15, 2025 at 11:50 AM
**To:** Ransom, Rollin <rransom@sidley.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>, Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Graham v. UMG

Rollin,

Per our conversation, we understand that UMG is asking to respond 60 days from today, which would be March 17, 2025 (accounting for the Sunday). We have no objection to that timing and would agree to such a stipulation if you send over.

Thanks,
Annie

**M.Annie Houghton-Larsen**

11

**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, January 15, 2025 9:32 AM
**To:** 'rransom@sidley.com' <rransom@sidley.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** Graham v. UMG

Rollin,

Please find attached the Complaint filed this morning. Please advise whether you will accept service on your client's behalf.

Thank you,


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in

the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.