UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                                 :

AUBREY DRAKE GRAHAM,                                      :

                        Plaintiff,                              :                  25-CV-00399 (JAV)

              -v-                              :                  <u>ORDER</u>

UMG RECORDINGS, INC.,                            :

                        Defendant.                          :
------------------------------------------------------------------ :
                                                                                                               X

JEANNETTE A. VARGAS, United States District Judge:

       Defendant's request to adjourn the initial pretrial conference scheduled for April 2, 2025, is DENIED.  It is not the practice of this Court to routinely stay discovery pending the outcome of a motion to dismiss.  *See Guiffre v. Maxwell,* 2016 WL 254932, at *1 (S.D.N.Y. Jan. 20, 2016).  A party seeking a stay of discovery shall file a letter-motion pursuant to this Court's Individual Rules and Practices in Civil Cases.  Any such letter-motion will be discussed at the April 2 conference.

       The Clerk of Court is respectfully directed to terminate ECF No. 18.

      SO ORDERED.

Dated: March 4, 2025                                                              _____
       New York, New York                                        JEANNETTE A. VARGAS
                                                                        United States District Judge