AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Aubrey Drake Graham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-CV-00399 (JAV) |
| UMG Recordings, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aubrey Drake Graham                                                                      .

Date:      03/14/2025                                    /s/ Brady M. Sullivan
                                                                        *Attorney's signature*

                                                        Brady M. Sullivan, NY Bar #: 5517628
                                                                 *Printed name and bar number*

                                                                          787 7th Ave.
                                                                   New York, NY 10019-6099

                                                                              *Address*

                                                                  bsullivan@willkie.com
                                                                        *E-mail address*

                                                                      (212) 728-8949
                                                                     *Telephone number*

                                                                      (212) 728-8111
                                                                        *FAX number*