UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UMG RECORDINGS, INC.,<br><br>　　　　　Defendant. | No. 1:25-cv-399-JAV<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying Memorandum of Law, Request for Judicial Notice, and Declaration of Rollin A. Ransom, Defendant UMG Recordings, Inc. respectfully moves this Court, before the Honorable Jeannette A. Vargas, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, for an order dismissing the Complaint for failure to state a claim.

Dated: March 17, 2025

　　　　　　　　　　　　　　　　　*/s/ Rollin A. Ransom*
　　　　　　　　　　　　　　　　　Rollin A. Ransom (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　350 South Grand Street
　　　　　　　　　　　　　　　　　Los Angeles, CA 60603
　　　　　　　　　　　　　　　　　Telephone: (213) 896-6000
　　　　　　　　　　　　　　　　　Facsimile: (213) 896-6600
　　　　　　　　　　　　　　　　　Email: rransom@sidley.com

　　　　　　　　　　　　　　　　　Nicholas P. Crowell
　　　　　　　　　　　　　　　　　James R. Horner
　　　　　　　　　　　　　　　　　Katelin Everson (admission pending)
　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　Telephone: (212) 839-5300
　　　　　　　　　　　　　　　　　Facsimile: (212) 839-5599
　　　　　　　　　　　　　　　　　Email: ncrowell@sidley.com

jhorner@sidley.com
keverson@sidley.com

*Counsel for Defendant UMG Recordings, Inc.*