# EXHIBIT A

PAID ADVERTISEMENT

# ART ON TRIAL:
# PROTECT BLACK ART

In courtrooms across America, the trend of prosecutors using artists' creative expression against them is happening with troubling frequency. Regardless of the medium – music, the visual arts, writing, television, film – fans implicitly understand that creative expression is rooted in what artists see and hear; it's a reflection of the times we live in. The final work is a product of the artist's vision and imagination.

Rappers are storytellers, creating entire worlds populated with complex characters who can play both hero and villain. But more than any other art form, rap lyrics are essentially being used as confessions in an attempt to criminalize Black creativity and artistry.

For example, currently in Georgia's Fulton County, numerous members of the Young Stoner Life record label, led by Grammy-winning artist Jeffery Lamar Williams (aka Young Thug), are facing more than 50 allegations, including RICO charges that the label is a criminal gang. The allegations rely heavily on the artists' lyrics, which prosecutors claim are "overt evidence of conspiracy." In the indictment, Fulton County prosecutors argue that lyrics like "I get all type of cash, I'm a general" are a confession of criminal intent.

The use of lyrics against artists in this way is un-American and simply wrong. Beyond the obvious disregard for free speech and creative expression protected by the First Amendment, this racially targeted practice punishes already marginalized communities and their stories of family, struggle, survival, and triumph.

We urge prosecutors to voluntarily end this practice in their jurisdictions. In the meantime, we encourage legislators at the state and federal level to explicitly limit how creative expression can be used against defendants on trial. There are already signs of hope across America. We applaud Governor Newsom for recently signing a bill into law in California, and we urge action on bills currently under consideration in New York and New Jersey, as well as the RAP (Restoring Artistic Protection) Act legislation introduced by Rep. Hank Johnson and Rep. Jamaal Bowman in the U.S. Congress. The work is far from done, and we must all join together to defend creative freedom and expression.

























PAID FOR BY WARNER MUSIC GROUP

PAID ADVERTISEMENT

$NOT • 1NONLY • 2 CHAINZ • 21 SAVAGE • 26AR • 2KBABY • 50 CENT • A BOOGIE WIT DA HOODIE • AARON "ACE" CHRISTIAN • ABENAA OWUSU-BEMPAH (LONDON SCHOOL OF ECONOMICS) • AJ HAYNES (SERATONES) • ALENCIA JOHNSON (1063 WEST BROAD) • ALICIA KEYS • AMANI DUNCAN (BBH) • AMERICAN CIVIL LIBERTIES UNION • AMY ALLEN • ANDREA SIMPSON (RICHMOND) • ANGELIQUE PHIPPS • ANGIE MARTINEZ • ANTHONY ANDERSON • ANTHONY GUNTER (OPEN UNIVERSITY) • ANTHONY KWAME HARRISON (VIRGINIA TECH) • ANTHONY PINN (RICE) • ANTHONY SALEH (EMAGEN ENTERTAINMENT GROUP) • ARMANI WHITE • ASTN • B-LOVEE • BABY TATE • BEN CHAPMAN • BEN JEALOUS (PEOPLE FOR THE AMERICAN WAY) • BENNY THE BUTCHER • BENSON BOONE • BIG BOY • BIG SEAN • BLACK EYED PEAS • BRELAND • BRIAN "B.DOT" MILLER (RAP RADAR) • BRITTNEY SPENCER • BROTHERS OSBORNE • BRY BEE • BRYCE VINE • BUSTA RHYMES • CAMILA CABELLO • CARLIE HANSON • CARLTON WILLIAMS (CORNELL LAW) • CASSADEE POPE • CC SABATHIA • CHARIS E. KUBRIN (UC-IRVINE) • CHIKA OKEKE-AGULU (PRINCETON) • CHLOE FLOWER • CHRISTINA AGUILERA • CLAUDIA ANGELOS (NYU LAW) • CMTEN • COCHISE • COLDPLAY • CORDAE • D-NICE • DARREN HUTCHINSON (EMORY LAW) • DAVE EAST • DAVID SABASTIAN • DEBORAH ARCHER (NYU LAW) • DEJUANA THOMPSON (BIRMINGHAM CIVIL RIGHTS INSTITUTE) • DERECKA PURNELL (COLUMBIA LAW) • DESIREE PEREZ (ROC NATION) • DINA LAPOLT (LAPOLT LAW, P.C.) • DJ DRAMA • DJ KHALED • DOROTHY ROBERTS (UPENN LAW) • DRAKE • DRE LONDON • EBONIE WARD (EMAGEN ENTERTAINMENT GROUP) • ELAINE • ELANA FOGEL (DUKE LAW) • ELIZABETH HINTON (YALE LAW) • ELLIOTT WILSON (RAP RADAR) • ERICA BANKS • ERIK NIELSON (RICHMOND) • EITHNE QUINN (UNIVERSITY OF MANCHESTER) • FAREED HAYAT (CUNY LAW) • FAT JOE • FRANK SKI • FREDO BANG • FRESCO TREY • FUTURE • GEE ROBERSON (THE BLUEPRINT GROUP) • GIVEON • GRANDSON • HIGHLY SUSPECT • HIT-BOY • ICE T • IDK • ISAIAH RASHAD • J. COLE • JADAKISS • JACK HARLOW • JACK LERNER (UC-IRVINE LAW) • JAKE WESLEY ROGERS • JAMES PRINCE • JASON WILLIAMSON (NYU LAW) • JAY ELECTRONICA • JEAN NELSON (THE BLUEPRINT GROUP) • JEEZY • JEFFREY O.G. OGBAR (UCONN) • JOANNA LOVE (RICHMOND) • JODY ARMOUR (UNIVERSITY OF SOUTHERN CALIFORNIA LAW) • JOE BUDDEN • JOEY BADA$$ • JOHN HARVIE • JOHN LEGEND • JOHN STREET (UNIVERSITY OF EAST ANGLIA) • JOOYOUNG LEE (UNIVERSITY OF TORONTO) • JORDY • JUNIOR VARSITY • KAMILA RYMAJDO (UNIVERSITY OF LODZ) • KATHLEEN • KATHLEEN ROBERTS SKERRETT (RICHMOND) • KAYCYY • KENDALL THOMAS (COLUMBIA LAW) • KENNY SMOOV (CUMULUS) • KENYA BARRIS • KEVIN GAINES (UNIVERSITY OF VIRGINIA) • KEVIN OLUSOLA • KILLER MIKE • LAINEY WILSON • LAKEYTA MONIQUE BONNETTE-BAILEY (GEORGIA STATE) • LAMBROS FATSIS (UNIVERSITY OF BRIGHTON) • LAUNDRY DAY • LAURENCE H. TRIBE (HARVARD LAW) • LAYA • LESTER SPENCE (JOHNS HOPKINS) • LIL BABY • LIL JAIRMY • LIL MIGO • LIL TJAY • LIL UZI VERT • LIL ZAY OSAMA • LOREN KAJIKAWA (GEORGE WASHINGTON) • MAC PHIPPS • MAGGIE VAIL • MALIKA QUEMERAIS • MALLORY MERK • MARY J. BLIGE • MATTHEW MONTFORT • MEEK MILL • MEET ME @ THE ALTAR • MEG MCREE • MEGAN THEE STALLION • MICHAEL RALPH (HOWARD) • MICHELLE BRANCH • MIGUEL • MIKE SABATH • MO IVORY (GEORGIA STATE LAW) • MOLEFI KETE ASANTE (TEMPLE) • MONEYBAGG YO • MORGAN WALLEN • NATHAN SNAZA (RICHMOND) • NAV • NESSA BARRETT • NGEEYL • NIKHIL SINGH (NYU) • NLE CHOPPA • NORMANI • OMAR APOLLO • PAUL HENDERSON • PHEELZ • PHONY PPL • POLO G • POST MALONE • QUARTERS OF CHANGE • QUAVO • QUESTLOVE • RASHAD ROBINSON (COLOR OF CHANGE) • REGINA SPEKTOR • RENÉ SPELLMAN (OBSIDIANWORKS) • ROBIN D.G. KELLEY (UCLA) • ROBIN THICKE • RODDY RICCH • RONALD TYLER (STANFORD LAW) • RUSSELL ROBINSON (UC-BERKELEY LAW) • SCOREY • SHORDIE SHORDIE • SHY CARTER • SHY GLIZZY • SIMON TAM • SMILEY • T.I. • TAKEOFF • TAMIKA MALLORY (UNTIL FREEDOM) • TANNA LEONE • TAREEQ JALLOH (UNIVERSITY OF SHEFFIELD) • TEDDY SWIMS • TEE GRIZZLEY • THEO CROKER • TRAVIS SCOTT • TRÈ SAMUELS • TROY CARTER • TY DOLLA $IGN • TYLER COLE • VAGABON • VALEISHA BUTTERFIELD • VANATTA FORD (WILLIAMS COLLEGE) • WALLO AND GILLIE DA KID ("MILLION DOLLAZ WORTH OF GAME" PODCAST) • WALTER KIMBROUGH (MOREHOUSE) • WAN BILLZ • WHOKILLEDXIX • WILLIE "PROPHET" STIGGERS (BMAC) • WILLOW • YBN NAHMIR • YNW BSLIME • YO GOTTI • YOUNG DEVYN • YVNGCHRIS

# #PROTECTBLACKART

PAID FOR BY WARNER MUSIC GROUP

Available at: https://www.protectblackart.co/