# EXHIBIT B

**"Back to Back"**
*Drake*

[Intro]
Oh man
Oh man, oh man
Not again

[Verse 1]
Yeah
I learned the game from William Wesley, you can never check me
Back to back for the n***** that didn't get the message
Back to back, like I'm on the cover of Lethal Weapon
Back to back, like I'm Jordan '96, '97
Woah—very important and very pretentious
When I look back, I might be mad that I gave this attention
Yeah, but it's weighin' heavy on my conscience
Yeah, and fuck, you left The Boy no options
I wanna see my n***** go insane
You gon' make me step out of my fuckin' frame
You gon' make me buy bottles for Charlamagne
You gon' make me go out of my fuckin' way
I waited four days, n*****, where y'all at?
I drove here in the Wraith, playin' AR-AB
I'm not sure what it was that really made y'all mad
But I guess this is what I gotta do to make y'all rap
I mean woah, can't fool the city, man, they know what's up
Second floor at Tootsies, gettin' shoulder rubs
This for y'all that think that I don't write enough
They just mad 'cause I got the Midas touch
You love her, then you gotta give the world to her
Is that a world tour or your girl's tour?
I know that you gotta be a thug for her
This ain't what she meant when she told you to open up more
Yeah, trigger fingers turn to Twitter fingers
Yeah, you gettin' bodied by a singin' n****
I'm not the type of n**** that'll type to n*****
And shout to all my boss bitches wifin' n*****
Make sure you hit him with the prenup
Then tell that man to ease up
I did another one, I did another one
You still ain't did shit about the other one
[Chorus]
I got the drink in me, going back to back
Yeah, going back to back
I got the drink in me, going back to back

Yeah, I'm going back to back

[Verse 2]
I don't wanna hear about this ever again
Not even when she tell him that they better as friends
Not even when you saying, "Drizzy, tell 'em again!"
I been puttin' on a show, it was a sell-out event
Oh, you need better seatin'
I didn't wanna do it, gave me every reason
The point I'm tryin' to make is I don't ever need 'em
Seen what you'd do for fame, what would you do for freedom?
Please, check 'em for a wire or a earpiece
Please, please do not let these n***** near me
Please, think before you come for the great one
Please, who's a real n**** and who ain't one?
Please, somebody stop me
I'm talkin' boasy and gwanin wassy
I got the fest in five days and it's my shit
Soon as a n**** hit the stage, they gon'

[Chorus]
They gon' ask if I can play this shit back to back
Yeah, they want it back to back
They gon' ask if I can play this shit back to back
I took a break from Views, now it's back to that, n**** (Six

Available at: https://genius.com/Drake-back-to-back-lyrics