# EXHIBIT C

**"Duppy Freestyle"**
*Drake*

[Intro]
I'm in shock
The nerve, the audacity
Okay

[Verse]
So if you rebuke me for workin' with someone else on a couple of Vs
What do you really think of the n**** that's makin' your beats?
I've done things for him I thought that he never would need
Father had to stretch his hands out and get it from me
I pop style for 30 hours then let him repeat
Now you poppin' up with the jokes, I'm dead, I'm asleep
I just left from over by y'all puttin' pen to the sheets
Tired of sittin' quiet and helpin' my enemies eat
Keep gettin' temperature checks
They know that my head overheats
Don't know why the fuck you n***** listen to Denim or Steve
Must've had your Infrared wrong, now your head in the beam
Y'all are the spittin' image of whatever jealousy breeds
Don't push me when I'm in album mode
You're not even top 5 as far as your label talent goes
You send shots, well I got to challenge those
But I bring Calicos to the Alamo
I could never have a Virgil in my circle
And hold him back 'cause he makes me nervous
I wanna see my brothers flourish to they higher purpose
You n***** leeches and serpents
I think it's good that now the teachers are learnin', yeah
Your brother said it was your cousin, then him, then you
So, you don't rap what you did, you just rap what you knew
Don't be ashamed, it's plenty n***** that do what you do
There's no malice in your heart, you're an approachable dude
Man, you might've sold to college kids for Nike and Mercedes
But you act like you sold drugs for Escobar in the '80s
I had a microphone of yours, but then the signature faded
I think that pretty much resembles what's been happenin' lately
Please believe your demise will be televised, yeah
And as for Q, man, I changed his life a couple times
n**** was at Kroger workin' double time
Y'all actin' like he made the boy when I was tryna help the guy
Yeah, who gassed you to play with me?
Man, you made this shit as easy as ABCs
Whoever supposedly makin' me hits

But then got no hits sound like they need me
My hooks did it, my lyrics did it
My spirit did it, I'm fearless with it, yeah
I really shouldn't have given you none of my time
'Cause you older than the n**** you runnin' behind
Look, holla at me when you multi-million
I told you keep playin' with my name
And I'ma let it ring on you like Virginia Williams
I'm too resilient, get out your feelings
It's gonna be a cruel summer for you
I told Weezy and Baby, "I'ma done him for you"
Tell 'Ye we got a invoice comin' to you
Considerin' that we just sold another 20 for you

[Outro]
To be honest
Duppy

Available at: https://genius.com/Drake-duppy-freestyle-lyrics