# EXHIBIT M





See all the winners and nominees at the 2025 GRAMMYs.

**GRAPHIC COURTESY OF THE RECORDING ACADEMY**

NEWS

# 2025 GRAMMYs: See The Full Winners & Nominees List

  

The 2025 GRAMMYs marked a historic year for Music's Biggest Night, filled with monumental moments. Check out the complete list of winners and nominees from the 2025 GRAMMYs.

**NINA FRAZIER**
GRAMMYS  /  FEB 3, 2025 - 01:14 AM

*Watch highlights from the 2025 GRAMMYs on live.GRAMMY.com.*

*The 2025 GRAMMYs telecast has been reimagined to raise funds for MusiCares Fire Relief, a dedicated campaign to support the people affected by the recent wildfires in the Greater Los Angeles Area. Donate now.*

**Editor's Note:** *Updated Sunday, Feb. 2, 2025, to reflect winners from the 2025 GRAMMYs, officially known as the 67th GRAMMY Awards.*

From Beyoncé's *Cowboy Carter* making history, **winning her first Album Of The Year award** and becoming the **first Black woman** to ever take home a golden gramophone in the Best Country Album, to Kendrick Lamar's "Not Like Us" sweeping in all five categories he was nominated in, the 2025 GRAMMYs were a monumental show that showcases why GRAMMY Sunday is Music's Biggest Night. Aside from notable award wins, electrifying performances from artists like Doechii and Chappell Roan rattled Crypto.com Arena and entirely transformed the energy in the room.

The Recording Academy's Voting Members, composed of music creators, including artists, producers, songwriters, and engineers determine the GRAMMY winners across all categories revealed on every GRAMMY night. This thorough process underscores the integrity of the GRAMMY Awards as music's only industry-recognized, peer-voted honor.

This year, the Recording Academy, the organization behind the GRAMMY Awards, introduced several key updates to the annual GRAMMY Awards process, including adjustments to eligibility criteria and Category renaming, which went into effect immediately at the 2025 GRAMMYs. All these changes were designed to enhance the integrity and inclusivity of the GRAMMY Awards and reflect the Recording Academy's commitment to supporting and progressing the evolving music industry.

For more information about the 2025 GRAMMY Awards season, learn more about the annual GRAMMY Awards process and visit the GRAMMY Award Update Center for a list of real-time changes to the GRAMMY Awards process.

Check out the full list of winners and nominees at the 2025 GRAMMYs below.

2025 GRAMMYs: Performances, Acceptance Speeches & Highlights



     

2025 GRAMMYs: See The Full Winners & Nominees...

Watch Performances & Highlights From The 2025...

2025 GRAMMYs: Beyoncé Wins First Album Of The...

Kendrick Lamar Sweeps The 2025 GRAMMYs With So...

2025 GRAMMYs: Chappell Roan Wins Best New Artis...

Sabrina Carp Celebrates H

## The OFFICIAL 2025 GRAMMY Nominations Full List

# General Field

*CATEGORY 1*

## Record Of The Year

Award to the Artist(s), Album Producer(s), Recording Engineer(s), and/or Mixer(s), and Mastering Engineer(s) if other than the artist

"**Now and Then"** - The Beatles

Giles Martin & Paul McCartney, producers; Geoff Emerick, Steve Genewick, Jon Jacobs, Greg McAllister, Steve Orchard, Keith Smith, Mark 'Spike' Stent & Bruce Sugar, engineers/mixers; Miles Showell, mastering engineer

**"TEXAS HOLD 'EM"** – Beyoncé

Beyoncé, Nate Ferraro, Killah B & Raphael Saadiq, producers; Hotae Alexander Jang, Alex Nibley & Stuart White, engineers/mixers; Colin Leonard, mastering engineer

**"Espresso"** – Sabrina Carpenter

Julian Bunetta, producer; Julian Bunetta & Jeff Gunnell, engineers/mixers; Nathan Dantzler, mastering engineer

**"360"** – Charli xcx

Cirkut & A. G. Cook, producers; Cirkut & Manny Marroquin, engineers/mixers; Idania Valencia, mastering engineer

**"BIRDS OF A FEATHER"** – Billie Eilish

FINNEAS & Billie Eilish, producers; Thom Beemer, Jon Castelli, Billie Eilish, Aron Forbes, Brad Lauchert, FINNEAS & Chaz Sexton, engineers/mixers; Dale Becker, mastering engineer

**"Not Like Us"** – Kendrick Lamar - **WINNER**

Sean Momberger, Mustard & Sounwave, producers; Ray Charles Brown Jr. & Johnathan Turner, engineers/mixers; Nicolas de Porcel, mastering engineer

**"Good Luck, Babe!" –** Chappell Roan

Dan Nigro, producer; Mitch McCarthy & Dan Nigro, engineers/mixers; Randy Merrill, mastering engineer

**"Fortnight"** – Taylor Swift Featuring Post Malone

Jack Antonoff, Louis Bell & Taylor Swift, producers; Louis Bell, Bryce Bordone, Serban Ghenea, Sean Hutchinson, Oli Jacobs, Michael Riddleberger & Laura Sisk, engineers/mixers; Randy Merrill, mastering engineer

*CATEGORY 2*

## Album Of The Year

Award to Artist(s) and to Featured Artist(s), Songwriter(s) of new material, Producer(s), Recording Engineer(s), Mixer(s) and Mastering Engineer(s) credited with 20% or more playing time of the album.)

*New Blue Sun* – André 3000

André 3000 & Carlos Niño, producers; André 3000, Carlos Niño & Ken Oriole, engineers/mixers; André 3000, Surya Botofasina, Nate Mercereau & Carlos Niño, songwriters; Andy Kravitz, mastering engineer

***COWBOY CARTER*** – Beyoncé - **WINNER**

Beyoncé, Terius "The-Dream" Gesteelde-Diamant & Dave Hamelin, producers; Matheus Braz, Brandon Harding, Hotae Alexander Jang, Dani Pampuri & Stuart White, engineers/mixers; Ryan Beatty, Beyoncé, Camaron Ochs, Terius "The-Dream" Gesteelde-Diamant, Dave Hamelin, S. Carter & Raphael Saadiq, songwriters; Colin Leonard, mastering engineer

***Short n' Sweet*** – Sabrina Carpenter

Jack Antonoff, Julian Bunetta, Ian Kirkpatrick & John Ryan, producers; Bryce Bordone, Julian Bunetta, Serban Ghenea, Jeff Gunnell, Oli Jacobs, Manny Marroquin, John Ryan & Laura Sisk, engineers/mixers; Amy Allen, Jack Antonoff, Julian Bunetta, Sabrina Carpenter, Ian Kirkpatrick, Julia Michaels & John Ryan, songwriters; Nathan Dantzler & Ruairi O'Flaherty, mastering engineers

***BRAT*** – Charli xcx

Charli xcx, Cirkut & A. G. Cook, producers; A. G. Cook, Tom Norris & Geoff Swan, engineers/mixers; Charlotte Aitchison, Henry Walter, Alexander Guy Cook, Finn Keane & Jonathan Christopher Shave, songwriters; Idania Valencia, mastering engineer

***Djesse Vol. 4*** – Jacob Collier

Jacob Collier, producer; Ben Bloomberg, Jacob Collier & Paul Pouwer, engineers/mixers; Jacob Collier, songwriter; Chris Allgood & Emily Lazar, mastering engineers

***HIT ME HARD AND SOFT*** – Billie Eilish

FINNEAS, producer; Thom Beemer, Jon Castelli, Billie Eilish, Aron Forbes, Brad Lauchert, FINNEAS & Chaz Sexton, engineers/mixers; Billie Eilish O'Connell & Finneas O'Connell, songwriters; Dale Becker, mastering engineer

***Chappell Roan The Rise And Fall Of A Midwest Princess*** – Chappell Roan

Daniel Nigro, producer; Mitch McCarthy & Daniel Nigro, engineers/mixers; Daniel Nigro & Kayleigh Rose Amstutz, songwriters; Randy Merrill, mastering engineer

***THE TORTURED POETS DEPARTMENT*** – Taylor Swift

Jack Antonoff, Aaron Dessner & Taylor Swift, producers; Zem Audu, Bella Blasko, Bryce Bordone, Serban Ghenea, David Hart, Mikey Freedom Hart, Sean Hutchinson, Oli Jacobs, Jonathan Low, Michael Riddleberger, Christopher Rowe, Laura Sisk & Evan Smith, engineers/mixers; Jack Antonoff, Aaron Dessner & Taylor Swift, songwriters; Randy Merrill, mastering engineer

---

*CATEGORY 3*

# Song Of The Year

A Songwriter(s) Award. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"A Bar Song (Tipsy)"** — Sean Cook, Jerrel Jones, Joe Kent, Chibueze Collins Obinna, Nevin Sastry & Mark Williams, songwriters (Shaboozey)

**"BIRDS OF A FEATHER"** — Billie Eilish O'Connell & Finneas O'Connell, songwriters (Billie Eilish)

**"Die With A Smile"** — Dernst Emile II, James Fauntleroy, Lady Gaga, Bruno Mars & Andrew Watt, songwriters (Lady Gaga & Bruno Mars)

**"Fortnight"** — Jack Antonoff, Austin Post & Taylor Swift, songwriters (Taylor Swift Featuring Post Malone)

**"Good Luck, Babe!"** — Kayleigh Rose Amstutz, Daniel Nigro & Justin Tranter, songwriters (Chappell Roan)

**"Not Like Us"** — Kendrick Lamar, songwriter (Kendrick Lamar) - **WINNER**

**"Please Please Please"** — Amy Allen, Jack Antonoff & Sabrina Carpenter, songwriters (Sabrina Carpenter)

**"TEXAS HOLD 'EM"** — Brian Bates, Atia Boggs, Beyoncé, Elizabeth Lowell Boland, Megan Bülow, Nate Ferraro & Raphael Saadiq, songwriters (Beyoncé)

---

*CATEGORY 4*

# Best New Artist

This category recognizes an artist whose eligibility-year release(s) achieved a breakthrough into the public consciousness and notably impacted the musical landscape.

**Benson Boone**
**Sabrina Carpenter**
**Doechii**
**Khruangbin**
**Raye**
**Chappell Roan** - WINNER
**Shaboozey**
**Teddy Swims**

---

*CATEGORY 5*

## Producer Of The Year, Non-Classical

A Producer's Award. (Artists' names appear in parentheses.) (S) stands for Single, (T) stands for Track, and (A) stands for Album.

**Alissia**

"Bugs" (Jamila Woods) (T)

"DON'T MATTER" (Rae Khalil) (T)

"Honey" (BJ The Chicago Kid Featuring Chlöe) (T)

"IRREPLACEABLE (INTERLUDE)" (Rae Khalil) (T)

"IS IT WORTH IT" (Rae Khalil) (S)

"Love Takeover" (LION BABE) (S)

"Spend The Night" (BJ The Chicago Kid, Coco Jones) (T)

**Dernst "D'Mile" Emile II**

*Algorithm* (Lucky Daye) (A)

"Bar Song" (Koe Wetzel) (T)

"Die With A Smile" (Lady Gaga, Bruno Mars) (S)

"HERicane" (Lucky Daye) (T)

"I Love U" (Usher) (T)

"One Of Them Ones" (Usher) (T)

"Power of Two (From "Star Wars: The Acolyte")" (Victoria Monét) (T)

"That's You" (Lucky Daye) (T)

**Ian Fitchuk**

"AMEN" (Beyoncé) (T)

*Angel Face* (Stephen Sanchez) (A)

*Deeper Well* (Kacey Musgraves) (A)

*Don't Forget Me* (Maggie Rogers) (A)

"Lemon" (Still Woozy) (S)

"Oh, Gemini" (ROLE MODEL) (S)

"Peaceful Place" (Leon Bridges) (S)

"Redemption Song (Bob Marley: One Love - Music Inspired By The Film)" (Leon Bridges) (S)

"Three Little Birds (Bob Marley: One Love - Music Inspired By The Film)" (Kacey Musgraves) (S)

**Mustard**

*Faith Of A Mustard Seed* (Mustard) (A)

"Not Like Us" (Kendrick Lamar) (S)

"Parking Lot" (Mustard & Travis Scott) (S)

**Daniel Nigro** - **WINNER**

"Can't Catch Me Now (From The Hunger Games: The Ballad Of Songbirds & Snakes)" (Olivia Rodrigo) (S)

*Chappell Roan The Rise and Fall Of A Midwest Princess* (Chappell Roan) (A)

"girl i've always been" (Olivia Rodrigo) (T)

"Good Luck, Babe!" (Chappell Roan) (S)

"so american" (Olivia Rodrigo) (T)

"stranger" (Olivia Rodrigo) (T)

---

*CATEGORY 6*

# Songwriter of the Year, Non-Classical

A Songwriter's Award. (Artists' names appear in parentheses.) (S) stands for Single, (T) stands for Track, and (A) stands for Album.

**Jessi Alexander**

"Ain't No Love In Oklahoma" (Luke Combs) (S)

"All I Ever Do Is Leave" (Luke Combs) (S)

"Chevrolet" (Dustin Lynch Featuring Jelly Roll) (S)

"Make Me A Mop" (Cody Johnson) (S)

"Never Left Me" (Megan Moroney) (S)

"No Caller ID" (Megan Moroney) (S)

"Noah" (Megan Moroney) (S)

"Remember Him That Way" (Luke Combs) (S)

"Roulette On The Heart" (Conner Smith & Hailey Whitters) (S)

**Amy Allen** - **WINNER**

"Chrome Cowgirl" (Leon Bridges) (S)

"Espresso" (Sabrina Carpenter) (S)

"High Road" (Koe Wetzel & Jessie Murph) (S)

"Please Please Please" (Sabrina Carpenter) (S)

"run for the hills" (Tate McRae) (S)

"scared of my guitar" (Olivia Rodrigo) (T)

"Selfish" (Justin Timberlake) (S)

"Sweet Dreams" (Koe Wetzel) (S)

"Taste" (Sabrina Carpenter) (S)

**Edgar Barrera**

"Atención" (Ivan Cornejo) (T)

"(Entre Paréntesis)" (Shakira & Grupo Frontera) (T)

"It Was Always You (Siempre Fuiste Tú)" (Carin León & Leon Bridges) (S)

"No Se Vale" (Camilo) (T)

"The One (Pero No Como Yo)" (Carin León & Kane Brown) (S)

"POR EL CONTRARIO" (Becky G With Ángela Aguilar, Leonardo Aguilar) (T)

"Si Antes Te Hubiera Conocido" (Karol G) (S)

"Sincere" (Khalid) (T)

"TOMMY & PAMELA" (Peso Pluma & Kenia Os) (T)

**Jessie Jo Dillon**

"Am I Okay?" (Megan Moroney) (T)

"Go To Hell" (Post Malone) (T)

"Heaven By Noon" (Megan Moroney) (T)

"Lies Lies Lies" (Morgan Wallen) (S)

"MESSED UP AS ME" (Keith Urban) (S)

"Never Left Me" (Megan Moroney) (T)

"No Caller ID" (Megan Moroney) (T)

"Sorry Mom" (Kelsea Ballerini) (S)

"Two Hearts" (Post Malone) (T)

**RAYE**

"Ask & You Shall Receive" (Rita Ora) (S)

"Because I Love You" (Halle) (S)

"Dear Ben, Pt II" (Jennifer Lopez) (T)

"Genesis." (RAYE) (S)

"Mother Nature" (RAYE & Hans Zimmer) (S)

"Paralyzed" (Lucky Daye Featuring RAYE) (T)

"RIIVERDANCE" (Beyoncé) (T)

"You're Hired" (NEIKED Featuring Ayra Starr) (S)

---

# Field 1: Pop & Dance/Electronic

*CATEGORY 7*

## Best Pop Solo Performance

For new vocal or instrumental pop recordings. Singles or Tracks only.

**"BODYGUARD"** — Beyoncé

**"Espresso"** — Sabrina Carpenter - **WINNER**

**"Apple"** — Charli xcx

**"BIRDS OF A FEATHER"** — Billie Eilish

**"Good Luck, Babe!"** — Chappell Roan

*CATEGORY 8*

## Best Pop Duo/Group Performance

For new vocal or instrumental duo/group or collaborative pop recordings. Singles or Tracks only.

**"us."** — Gracie Abrams Featuring Taylor Swift

**"LEVII'S JEANS"** — Beyoncé Featuring Post Malone

**"Guess"** — Charli xcx & Billie Eilish

**"the boy is mine"** — Ariana Grande, Brandy & Monica

**"Die With A Smile"** — Lady Gaga & Bruno Mars - **WINNER**

---

*CATEGORY 9*

## Best Pop Vocal Album

For albums containing greater than 75% playing time of new pop vocal recordings.

*Short n' Sweet* — Sabrina Carpenter - **WINNER**

*HIT ME HARD AND SOFT* — Billie Eilish

*eternal sunshine* — Ariana Grande

*Chappell Roan The Rise And Fall Of A Midwest Princess* — Chappell Roan

*THE TORTURED POETS DEPARTMENT* — Taylor Swift

---

*CATEGORY 10*

## Best Dance/Electronic Recording

For solo, duo, group or collaborative performances. Vocal or Instrumental. Singles or tracks only.

**"She's Gone, Dance On"** — Disclosure

Guy Lawrence & Howard Lawrence, producers; Guy Lawrence, mixer

**"Loved"** — Four Tet

Kieran Hebden, producer; Kieran Hebden, mixer

**"leavemealone"** — Fred Again.. & Baby Keem

Boo, Fred Again.., Alex Gibson, Kieran Hebden, LOOSE, Skrillex & Sid Stone, producers; Fred Again.. & Jay Reynolds, mixers

**"Neverender"** — Justice & Tame Impala - **WINNER**

Gaspard Augé & Xavier De Rosnay, producers; Gaspard Augé, Xavier De Rosnay, Damien Quintard & Vincent Taurelle, mixers

**"Witchy"** — KAYTRANADA Featuring Childish Gambino

Lauren D'Elia & KAYTRANADA, producers; Neal H Pogue, mixer

---

*CATEGORY 11*

## Best Dance Pop Recording

For solo, duo, group or collaborative performances. Vocal or Instrumental. Singles or tracks only.

**"Make You Mine"** — Madison Beer

Madison Beer & Leroy Clampitt, producers; Mitch McCarthy, mixer

**"Von dutch"** — Charli xcx - **WINNER**

Finn Keane, producer; Tom Norris, mixer

**"L'AMOUR DE MA VIE [OVER NOW EXTENDED EDIT]"** — Billie Eilish

Billie Eilish & FINNEAS, producers; Jon Castelli & Aron Forbes, mixers

**"yes, and?"** — Ariana Grande

Ariana Grande, ILYA & Max Martin, producers; Serban Ghenea, mixer

**"Got Me Started"** — Troye Sivan

Styalz Fuego & Ian Kirkpatrick, producers; Alex Ghenea, mixer

---

*CATEGORY 12*

## Best Dance/Electronic Album

For vocal or instrumental albums. Albums only.

*BRAT* — Charli xcx - **WINNER**

*Three* — Four Tet

*Hyperdrama* — Justice

*TIMELESS* — KAYTRANADA

*Telos* — Zedd

---

*CATEGORY 13*

## Best Remixed Recording

A Remixer's Award. (Artists' names appear in parentheses for identification.) Singles or Tracks only.

**"Alter Ego - KAYTRANADA Remix"** — KAYTRANADA, remixer (Doechii Featuring JT)

**"A Bar Song (Tipsy) [Remix]"** — David Guetta, remixer (Shaboozey & David Guetta)

**"Espresso (Mark Ronson x FNZ Working Late Remix)"** — FNZ & Mark Ronson, remixers (Sabrina Carpenter) - **WINNER**

**"Jah Sees Them - Amapiano Remix"** — Alexx Antaeus, Footsteps & MrMyish, remixers (Julian Marley & Antaeus)

**"Von dutch"** — A.G. Cook, remixer (Charli xcx & A.G. Cook Featuring Addison Rae)

---

# Field 2: Rock, Metal & Alternative Music

CATEGORY 14

## Best Rock Performance

For new vocal or instrumental solo, duo/group or collaborative rock recordings.

**"Now and Then"** — The Beatles - **WINNER**

**"Beautiful People (Stay High)"** — The Black Keys

**"The American Dream Is Killing Me"** — Green Day

**"Gift Horse"** — IDLES

**"Dark Matter"** — Pearl Jam

**"Broken Man"** — St. Vincent

---

CATEGORY 15

## Best Metal Performance

For new vocal or instrumental solo, duo/group or collaborative metal recordings.

**"Mea Culpa (Ah! Ça ira!)"** — Gojira, Marina Viotti & Victor Le Masne - **WINNER**

**"Crown of Horns"** — Judas Priest

**"Suffocate"** — Knocked Loose Featuring Poppy

**"Screaming Suicide"** — Metallica

**"Cellar Door"** — Spiritbox

---

CATEGORY 16

## Best Rock Song

A Songwriter(s) Award. Includes Rock, Hard Rock and Metal songs. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"Beautiful People (Stay High)"** — Dan Auerbach, Patrick Carney, Beck Hansen & Daniel Nakamura, songwriters (The Black Keys)

**"Broken Man"** — Annie Clark, songwriter (St. Vincent) - **WINNER**

**"Dark Matter"** — Jeff Ament, Matt Cameron, Stone Gossard, Mike McCready, Eddie Vedder & Andrew Watt, songwriters (Pearl Jam)

**"Dilemma"** — Billie Joe Armstrong, Tré Cool & Mike Dirnt, songwriters (Green Day)

**"Gift Horse"** — Jon Beavis, Mark Bowen, Adam Devonshire, Lee Kiernan & Joe Talbot, songwriters (IDLES)

---

CATEGORY 17

## Best Rock Album

For albums containing greater than 75% playing time of new rock, hard rock or metal recordings.

*Happiness Bastards* — The Black Crowes

*Romance* — Fontaines D.C.

*Saviors* — Green Day

*TANGK* — IDLES

*Dark Matter* — Pearl Jam

*Hackney Diamonds* — The Rolling Stones - **WINNER**

*No Name* — Jack White

---

*CATEGORY 18*

## Best Alternative Music Performance

For new vocal or instrumental solo, duo/group or collaborative Alternative music recordings.

**"Neon Pill"** — Cage The Elephant

**"Song Of The Lake"** — Nick Cave & The Bad Seeds

**"Starburster"** — Fontaines D.C.

**"BYE BYE"** — Kim Gordon

**"Flea"** — St. Vincent - **WINNER**

---

*CATEGORY 19*

## Best Alternative Music Album

Vocal or Instrumental.

*Wild God* — Nick Cave & The Bad Seeds

*Charm* — Clairo

*The Collective* — Kim Gordon

*What Now* — Brittany Howard

*All Born Screaming* — St. Vincent - **WINNER**

---

# Field 3: R&B, Rap & Spoken Word Poetry

*CATEGORY 20*

## Best R&B Performance

For new vocal or instrumental R&B recordings.

**"Guidance"** — Jhené Aiko

**"Residuals"** — Chris Brown

**"Here We Go (Uh Oh)"** — Coco Jones

**"Made For Me (Live On BET)"** — Muni Long - **WINNER**

**"Saturn"** — SZA

---

*CATEGORY 21*

# Best Traditional R&B Performance

For new vocal or instrumental traditional R&B recordings.

**"Wet"** — Marsha Ambrosius

**"Can I Have This Groove"** — Kenyon Dixon

**"No Lie"** — Lalah Hathaway Featuring Michael McDonald

**"Make Me Forget"** — Muni Long

**"That's You"** — Lucky Daye - **WINNER**

---

*CATEGORY 22*

# Best R&B Song

A Songwriter(s) Award. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"After Hours"** — Diovanna Frazier, Alex Goldblatt, Kehlani Parrish, Khris Riddick-Tynes & Daniel Upchurch, songwriters (Kehlani)

**"Burning"** — Ronald Banful & Temilade Openiyi, songwriters (Tems)

**"Here We Go (Uh Oh)"** — Sara Diamond, Sydney Floyd, Marisela Jackson, Courtney Jones, Carl McCormick & Kelvin Wooten, songwriters (Coco Jones)

**"Ruined Me"** — Jeff Gitelman, Kareen Lomax, Priscilla Renea & Kevin Theodore, songwriters (Muni Long)

**"Saturn"** — Rob Bisel, Cian Ducrot, Carter Lang, Solána Rowe, Jared Solomon & Scott Zhang, songwriters (SZA) - **WINNER**

---

*CATEGORY 23*

# Best Progressive R&B Album

For albums containing greater than 75% playing time of newly recorded progressive vocal tracks derivative of R&B.

*So Glad to Know You* — Avery*Sunshine - **WINNER - TIE**

*En Route* — Durand Bernarr

*Bando Stone & the New World* — Childish Gambino

*Crash* — Kehlani

*Why Lawd?* — NxWorries (Anderson .Paak & Knxwledge) - **WINNER - TIE**

---

*CATEGORY 24*

## Best R&B Album

For albums containing greater than 75% playing time of new R&B recordings.

***11:11 (Deluxe)*** — Chris Brown - **WINNER**

***VANTABLACK*** — Lalah Hathaway

***Revenge*** — Muni Long

***Algorithm*** — Lucky Daye

***COMING HOME*** — Usher

---

*CATEGORY 25*

## Best Rap Performance

For a Rap performance. Singles or Tracks only.

**"Enough (Miami)"** — Cardi B

**"When The Sun Shines Again"** — Common & Pete Rock Featuring Posdnuos

**"NISSAN ALTIMA"** — Doechii

**"Houdini"** — Eminem

**"Like That"** — Future & Metro Boomin Featuring Kendrick Lamar

**"Yeah Glo!"** — GloRilla

**"Not Like Us"** — Kendrick Lamar - **WINNER**

---

*CATEGORY 26*

## Best Melodic Rap Performance

For a solo or collaborative performance containing both elements of R&B melodies and Rap.

**"KEHLANI"** — Jordan Adetunji Featuring Kehlani

**"SPAGHETTII"** — Beyoncé Featuring Linda Martell & Shaboozey

**"We Still Don't Trust You"** — Future & Metro Boomin Featuring The Weeknd

**"Big Mama"** — Latto

**"3"** — Rapsody Featuring Erykah Badu - **WINNER**

---

*CATEGORY 27*

## Best Rap Song

A Songwriter(s) Award. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"Asteroids"** — Marlanna Evans, songwriter (Rapsody Featuring Hit-Boy)

**"Carnival"** — Jordan Carter, Raul Cubina, Grant Dickinson, Samuel Lindley, Nasir Pemberton, Dimitri Roger, Ty Dolla $ign, Kanye West & Mark Carl Stolinski Williams, songwriters (¥$ (Kanye West & Ty Dolla $Ign) Featuring Rich The Kid & Playboi Carti)

**"Like That"** — Kendrick Lamar Duckworth, Kobe "BbyKobe" Hood, Leland Wayne & Nayvadius Wilburn, songwriters (Future & Metro Boomin Featuring Kendrick Lamar)

**"Not Like Us"** — Kendrick Lamar, songwriter (Kendrick Lamar) - **WINNER**

**"Yeah Glo!"** — Ronnie Jackson, Jaucquez Lowe, Timothy McKibbins, Kevin Andre Price, Julius Rivera III & Gloria Woods, songwriters (GloRilla)

---

*CATEGORY 28*

## Best Rap Album

For albums containing greater than 75% playing time of new rap recordings.

*Might Delete Later* — J. Cole

*The Auditorium, Vol. 1* — Common & Pete Rock

*Alligator Bites Never Heal* — Doechii - **WINNER**

*The Death Of Slim Shady (Coup De Grâce)* — Eminem

*We Don't Trust You* — Future & Metro Boomin

---

*CATEGORY 29*

## Best Spoken Word Poetry Album

For albums containing greater than 50% playing time of new spoken word poetry recordings.

*CIVIL WRITES: The South Got Something To Say* — Queen Sheba

*cOncrete & wHiskey Act II Part 1: A Bourbon 30 Series* — Omari Hardwick

*Good M.U.S.I.C. Universe Sonic Sinema Episode 1: In The Beginning Was The Word* — Malik Yusef

*The Heart, The Mind, The Soul* — Tank and The Bangas - **WINNER**

*The Seven Number Ones* — Mad Skillz

---

# Field 4: Jazz, Traditional Pop, Contemporary Instrumental & Musical Theater

*CATEGORY 30*

## Best Jazz Performance

For new vocal or instrumental solo, duo/group or collaborative jazz recordings.

**"Walk With Me, Lord (SOUND | SPIRIT)"** — The Baylor Project

**"Phoenix Reimagined (Live)"** — Lakecia Benjamin Featuring Randy Brecker, Jeff "Tain" Watts & John Scofield

**"Juno"** — Chick Corea & Béla Fleck

**"Twinkle Twinkle Little Me"** — Samara Joy Featuring Sullivan Fortner - **WINNER**

**"Little Fears"** — Dan Pugach Big Band Featuring Nicole Zuraitis & Troy Roberts

---

*CATEGORY 31*

# Best Jazz Vocal Album

For albums containing greater than 75% playing time of new vocal jazz recordings.

*Journey In Black* — Christie Dashiell

*Wildflowers Vol. 1* — Kurt Elling & Sullivan Fortner

*A Joyful Holiday* — Samara Joy - **WINNER**

*Milton + esperanza* — Milton Nascimento & esperanza spalding

*My Ideal* — Catherine Russell & Sean Mason

---

*CATEGORY 32*

# Best Jazz Instrumental Album

For albums containing greater than 75% playing time of new instrumental jazz recordings.

*Owl Song* — Ambrose Akinmusire Featuring Bill Frisell & Herlin Riley

*Beyond This Place* — Kenny Barron Featuring Kiyoshi Kitagawa, Johnathan Blake, Immanuel Wilkins & Steve Nelson

*Phoenix Reimagined (Live)* — Lakecia Benjamin

*Remembrance* — Chick Corea & Béla Fleck - **WINNER**

*Solo Game* — Sullivan Fortner

---

*CATEGORY 33*

# Best Large Jazz Ensemble Album

For albums containing greater than 75% playing time of new large ensemble jazz recordings.

*Returning To Forever* — John Beasley & Frankfurt Radio Big Band

*And So It Goes* — The Clayton-Hamilton Jazz Orchestra

*Walk A Mile In My Shoe* — Orrin Evans & The Captain Black Big Band

*Bianca Reimagined: Music for Paws and Persistence* — Dan Pugach Big Band - **WINNER**

*Golden City* — Miguel Zenón

---

*CATEGORY 34*

## Best Latin Jazz Album

For vocal or instrumental albums containing greater than 75% playing time of newly recorded material. The intent of this category is to recognize recordings that represent the blending of jazz with Latin, Iberian-American, Brazilian, and Argentinian tango music.

**Spain Forever Again** — Michel Camilo & Tomatito

**Cubop Lives!** — Zaccai Curtis, Luques Curtis, Willie Martinez, Camilo Molina & Reinaldo de Jesus - **WINNER**

**COLLAB** — Hamilton de Holanda & Gonzalo Rubalcaba

**Time And Again** — Eliane Elias

**El Trio: Live in Italy** — Horacio 'El Negro' Hernández, John Beasley & José Gola

**Cuba And Beyond** — Chucho Valdés & Royal Quartet

**As I Travel** — Donald Vega Featuring Lewis Nash, John Patitucci & Luisito Quintero

---

*CATEGORY 35*

# Best Alternative Jazz Album

For vocal or instrumental albums containing greater than 75% playing time of new Alternative jazz recordings.

**Night Reign** — Arooj Aftab

**New Blue Sun** — André 3000

**Code Derivation** — Robert Glasper

**Foreverland** — Keyon Harrold

**No More Water: The Gospel Of James Baldwin** — Meshell Ndegeocello - **WINNER**

---

*CATEGORY 36*

# Best Traditional Pop Vocal Album

For albums containing greater than 75% playing time of new traditional pop recordings.

**À Fleur De Peau** — Cyrille Aimée

**Visions** — Norah Jones - **WINNER**

**Good Together** — Lake Street Dive

**Impossible Dream** — Aaron Lazar

**Christmas Wish** — Gregory Porter

---

*CATEGORY 37*

# Best Contemporary Instrumental Album

For albums containing greater than 75% playing time of new contemporary instrumental recordings.

**Plot Armor** — Taylor Eigsti - **WINNER**

*Rhapsody In Blue* — Béla Fleck

*Orchestras (Live)* — Bill Frisell Featuring Alexander Hanson, Brussels Philharmonic, Rudy Royston & Thomas Morgan

*Mark* — Mark Guiliana

*Speak To Me* — Julian Lage

---

*CATEGORY 38*

## Best Musical Theater Album

For albums containing greater than 51% playing time of new recordings. Award to the principal vocalist(s), and the album producer(s) of 50% or more playing time of the album. The lyricist(s) and composer(s) of 50% or more of a score of a new recording are eligible for an Award if any previous recording of said score has not been nominated in this category.

*Hell's Kitchen* — Shoshana Bean, Brandon Victor Dixon, Kecia Lewis & Maleah Joi Moon, principal vocalists; Adam Blackstone, Alicia Keys & Tom Kitt, producers (Alicia Keys, composer & lyricist) (Original Broadway Cast) - **WINNER**

*Merrily We Roll Along* — Jonathan Groff, Lindsay Mendez & Daniel Radcliffe, principal vocalists; David Caddick, Joel Fram, Maria Friedman & David Lai, producers (Stephen Sondheim, composer & lyricist) (New Broadway Cast)

*The Notebook* — John Clancy, Carmel Dean, Kurt Deutsch, Derik Lee, Kevin McCollum & Ingrid Michaelson, producers; Ingrid Michaelson, composer & lyricist (Original Broadway Cast)

*The Outsiders* — Joshua Boone, Brent Comer, Brody Grant & Sky Lakota-Lynch, principal vocalists; Zach Chance, Jonathan Clay, Matt Hinkley, Justin Levine & Lawrence Manchester, producers; Zach Chance, Jonathan Clay & Justin Levine, composers/lyricists (Original Broadway Cast)

*Suffs* — Andrea Grody, Dean Sharenow & Shaina Taub, producers; Shaina Taub, composer & lyricist (Original Broadway Cast)

*The Wiz* — Wayne Brady, Deborah Cox, Nichelle Lewis & Avery Wilson, principal vocalists; Joseph Joubert, Allen René Louis & Lawrence Manchester, producers (Charlie Smalls, composer & lyricist) (2024 Broadway Cast Recording)

---

# Field 5: Country & American Roots Music

*CATEGORY 39*

## Best Country Solo Performance

For new vocal or instrumental solo country recordings.

**"16 CARRIAGES"** — Beyoncé

**"I Am Not Okay"** — Jelly Roll

**"The Architect"** — Kacey Musgraves

**"A Bar Song (Tipsy)"** — Shaboozey

**"It Takes A Woman"** — Chris Stapleton - **WINNER**

---

*CATEGORY 40*

## Best Country Duo/Group Performance

For new vocal or instrumental duo/group or collaborative country recordings.

**"Cowboys Cry Too"** — Kelsea Ballerini With Noah Kahan

**"II MOST WANTED"** — Beyoncé Featuring Miley Cyrus - **WINNER**

**"Break Mine"** — Brothers Osborne

**"Bigger Houses"** — Dan + Shay

**"I Had Some Help"** — Post Malone Featuring Morgan Wallen

---

*CATEGORY 41*

# Best Country Song

A Songwriter(s) Award. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"The Architect"** — Shane McAnally, Kacey Musgraves & Josh Osborne, songwriters (Kacey Musgraves) - **WINNER**

**"A Bar Song (Tipsy)"** — Sean Cook, Jerrel Jones, Joe Kent, Chibueze Collins Obinna, Nevin Sastry & Mark Williams, songwriters (Shaboozey)

**"I Am Not Okay"** — Casey Brown, Jason DeFord, Ashley Gorley & Taylor Phillips, songwriters (Jelly Roll)

**"I Had Some Help"** — Louis Bell, Ashley Gorley, Hoskins, Austin Post, Ernest Smith, Ryan Vojtesak, Morgan Wallen & Chandler Paul Walters, songwriters (Post Malone Featuring Morgan Wallen)

**"TEXAS HOLD 'EM"** — Brian Bates, Atia Boggs, Beyoncé, Elizabeth Lowell Boland, Megan Bülow, Nate Ferraro & Raphael Saadiq, songwriters (Beyoncé)

---

*CATEGORY 42*

# Best Country Album

For albums containing greater than 75% playing time of new country recordings.

*COWBOY CARTER* — Beyoncé - **WINNER**

*F-1 Trillion* — Post Malone

*Deeper Well* — Kacey Musgraves

*Higher* — Chris Stapleton

*Whirlwind* — Lainey Wilson

---

*CATEGORY 43*

# Best American Roots Performance

For new vocal or instrumental American Roots recordings. This is for performances in the style of any of the subgenres encompassed in the American Roots Music field including bluegrass, blues, folk or regional roots. Award to the artist(s).

**"Blame It On Eve"** — Shemekia Copeland

**"Nothing In Rambling"** — The Fabulous Thunderbirds Featuring Bonnie Raitt, Keb' Mo', Taj Mahal & Mick Fleetwood

**"Lighthouse"** — Sierra Ferrell - **WINNER**

**"The Ballad Of Sally Anne"** — Rhiannon Giddens

*CATEGORY 44*

## Best Americana Performance

For new vocal or instrumental Americana performance. Award to the artist(s).

**"YA YA"** — Beyoncé

**"Subtitles"** — Madison Cunningham

**"Don't Do Me Good"** — Madi Diaz Featuring Kacey Musgraves

**"American Dreaming"** — Sierra Ferrell - **WINNER**

**"Runaway Train"** — Sarah Jarosz

**"Empty Trainload Of Sky"** — Gillian Welch & David Rawlings

*CATEGORY 45*

## Best American Roots Song

A Songwriter(s) Award. Includes Americana, bluegrass, traditional blues, contemporary blues, folk or regional roots songs. A song is eligible if it was first released or if it first achieved prominence during the Eligibility Year. (Artist names appear in parentheses.) Singles or Tracks only.

**"Ahead Of The Game"** — Mark Knopfler, songwriter (Mark Knopfler)

**"All In Good Time"** — Sam Beam, songwriter (Iron & Wine Featuring Fiona Apple)

**"All My Friends"** — Aoife O'Donovan, songwriter (Aoife O'Donovan)

**"American Dreaming"** — Sierra Ferrell & Melody Walker, songwriters (Sierra Ferrell) - **WINNER**

**"Blame It On Eve"** — John Hahn & Will Kimbrough, songwriters (Shemekia Copeland)

*CATEGORY 46*

## Best Americana Album

For albums containing greater than 75% playing time of new vocal or instrumental Americana recordings.

*The Other Side* — T Bone Burnett

*$10 Cowboy* — Charley Crockett

*Trail Of Flowers* — Sierra Ferrell - **WINNER**

*Polaroid Lovers* — Sarah Jarosz

*No One Gets Out Alive* — Maggie Rose

*Tigers Blood* — Waxahatchee

*CATEGORY 47*

## Best Bluegrass Album

For albums containing greater than 75% playing time of new vocal or instrumental bluegrass recordings.

*I Built A World* — Bronwyn Keith-Hynes

*Songs of Love and Life* — The Del McCoury Band

*No Fear* — Sister Sadie

*Live Vol. 1* — Billy Strings - **WINNER**

*Earl Jam* — Tony Trischka

*Dan Tyminski: Live From The Ryman* — Dan Tyminski

---

CATEGORY 48

# Best Traditional Blues Album

For albums containing greater than 75% playing time of new vocal or instrumental traditional blues recordings.

*Hill Country Love* — Cedric Burnside

*Struck Down* — The Fabulous Thunderbirds

*One Guitar Woman* — Sue Foley

*Sam's Place* — Little Feat

*Swingin' Live at The Church in Tulsa* — The Taj Mahal Sextet - **WINNER**

---

CATEGORY 49

# Best Contemporary Blues Album

For albums containing greater than 75% playing time of new vocal or instrumental contemporary blues recordings.

*Blues Deluxe Vol. 2* — Joe Bonamassa

*Blame It On Eve* — Shemekia Copeland

*Friendlytown* — Steve Cropper & The Midnight Hour

*Mileage* — Ruthie Foster - **WINNER**

*The Fury* — Antonio Vergara

---

CATEGORY 50

# Best Folk Album

For albums containing greater than 75% playing time of new vocal or instrumental folk recordings.

*American Patchwork Quartet* — American Patchwork Quartet

*Weird Faith* — Madi Diaz

*Bright Future* — Adrianne Lenker

*All My Friends* — Aoife O'Donovan

*Woodland* — Gillian Welch & David Rawlings - **WINNER**

---

CATEGORY 51

## Best Regional Roots Music Album

For albums containing greater than 75% playing time of new vocal or instrumental regional roots music recordings.

*25 Back To My Roots* — Sean Ardoin And Kreole Rock And Soul

*Live At The 2024 New Orleans Jazz & Heritage Festival* — Big Chief Monk Boudreaux & The Golden Eagles Featuring J'Wan Boudreaux

*Live At The 2024 New Orleans Jazz & Heritage Festival* — New Breed Brass Band Featuring Trombone Shorty

*Kuini* — Kalani Pe'a - **WINNER**

*Stories From The Battlefield* — The Rumble Featuring Chief Joseph Boudreaux Jr.

---

# Field 6: Gospel & Contemporary Christian Music

CATEGORY 52

## Best Gospel Performance/Song

This award is given to the artist(s) and songwriter(s) (for new compositions) for the best traditional Christian, roots gospel, or contemporary gospel single or track.

"**Church Doors**" — Yolanda Adams; Sir William James Baptist & Donald Lawrence, songwriters

"**Yesterday**" — Melvin Crispell III

"**Hold On (Live)**" — Ricky Dillard

"**Holy Hands**" — DOE; Jesse Paul Barrera, Jeffrey Castro Bernat, Dominique Jones, Timothy Ferguson, Kelby Shavon Johnson, Jr., Jonathan McReynolds, Rickey Slikk Muzik Offord & Juan Winans, songwriters

"**One Hallelujah**" — Tasha Cobbs Leonard, Erica Campbell & Israel Houghton Featuring Jonathan McReynolds & Jekalyn Carr; G. Morris Coleman, Israel Houghton, Kenneth Leonard, Jr., Tasha Cobbs Leonard & Naomi Raine, songwriters - **WINNER**

---

CATEGORY 53

## Best Contemporary Christian Music Performance/Song

This award is given to the artist(s) and songwriter(s) (for new compositions) for the best contemporary Christian music single or track (including pop, rap/hip-hop, Latin, or rock).

"**Holy Forever (Live)**" — Bethel Music, Jenn Johnson Featuring CeCe Winans

"**Praise**" — Elevation Worship Featuring Brandon Lake, Chris Brown & Chandler Moore; Pat Barrett, Chris Brown, Cody Carnes, Steven Furtick, Brandon Lake & Chandler Moore, songwriters

"**Firm Foundation (He Won't)**" — Honor & Glory Featuring Disciple

"**In The Name Of Jesus**" — JWLKRS Worship & Maverick City Music Featuring Chandler Moore; Austin Armstrong, Ran Jackson, Chandler Moore, Sajan Nauriyal, Ella Schnacky, Noah Schnacky & Ilya Toshinskiy, songwriters

**"In The Room"** — Maverick City Music, Naomi Raine & Chandler Moore Featuring Tasha Cobbs Leonard; G. Morris Coleman, Tasha Cobbs Leonard & Naomi Raine, songwriters

**"That's My King"** — CeCe Winans; Taylor Agan, Kellie Gamble, Llyod Nicks & Jess Russ, songwriters - **WINNER**

---

*CATEGORY 54*

# Best Gospel Album

For albums containing greater than 75% playing time of newly recorded, vocal, traditional or contemporary/R&B gospel music recordings.

*Covered Vol. 1* — Melvin Crispell III

*Choirmaster II (Live)* — Ricky Dillard

*Father's Day* — Kirk Franklin

*Still Karen* — Karen Clark Sheard

*More Than This* — CeCe Winans - **WINNER**

---

*CATEGORY 55*

# Best Contemporary Christian Music Album

For albums containing greater than 75% playing time of newly recorded, vocal, contemporary Christian music, including pop, rap/hip-hop, Latin, or rock recordings.

*Heart Of A Human* — DOE - **WINNER**

*When Wind Meets Fire* — Elevation Worship

*Child Of God* — Forrest Frank

*Coat Of Many Colors* — Brandon Lake

*The Maverick Way Complete* — Maverick City Music, Naomi Raine & Chandler Moore

---

*CATEGORY 56*

# Best Roots Gospel Album

For albums containing greater than 75% playing time of newly recorded, vocal, traditional/roots gospel music, including country, Southern gospel, bluegrass, and Americana recordings.

*The Gospel Sessions, Vol 2* — Authentic Unlimited

*The Gospel According To Mark* — Mark D. Conklin

*Rhapsody* — The Harlem Gospel Travelers

*Church* — Cory Henry - **WINNER**

*Loving You* — The Nelons

---

# Field 7: Latin, Global, Reggae & New Age, Ambient, or Chant

*CATEGORY 57*

## Best Latin Pop Album

For albums containing greater than 75% playing time of new Latin pop recordings.

*Funk Generation* — Anitta

*El Viaje* — Luis Fonsi

*GARCÍA* — Kany García

*Las Mujeres Ya No Lloran* — Shakira - **WINNER**

*ORQUÍDEAS* — Kali Uchis

---

*CATEGORY 58*

## Best Música Urbana Album

For albums containing greater than 75% playing time of new Música Urbana recordings.

*nadie sabe lo que va a pasar mañana* — Bad Bunny

*Rayo* — J Balvin

*FERXXOCALIPSIS* — Feid

*LAS LETRAS YA NO IMPORTAN* — Residente - **WINNER**

*att.* — Young Miko

---

*CATEGORY 59*

## Best Latin Rock or Alternative Album

For albums containing greater than 75% playing time of new Latin rock or alternative recordings.

*Compita del Destino* — El David Aguilar

*Pa' Tu Cuerpa* — Cimafunk

*Autopoiética* — Mon Laferte

*GRASA* — NATHY PELUSO

*¿Quién trae las cornetas?* — Rawayana - **WINNER**

---

*CATEGORY 60*

## Best Música Mexicana Album (Including Tejano)

For albums containing greater than 75% playing time of new regional Mexican (banda, norteño, corridos, gruperos, mariachi, ranchera and Tejano) recordings.

*Diamantes* — Chiquis

*Boca Chueca, Vol. 1* — Carín León - **WINNER**

*ÉXODO* — Peso Pluma

*De Lejitos* — Jessi Uribe

---

*CATEGORY 61*

# Best Tropical Latin Album

For albums containing greater than 75% playing time of new tropical Latin recordings.

*MUEVENSE* — Marc Anthony

*Bailar* — Sheila E.

*Radio Güira* — Juan Luis Guerra 4.40

*Alma, Corazón y Salsa (Live at Gran Teatro Nacional)* — Tony Succar, Mimy Succar - **WINNER**

*Vacilón Santiaguero* — Kiki Valera

---

*CATEGORY 62*

# Best Global Music Performance

For new vocal or instrumental Global music recordings.

**"Raat Ki Rani"** — Arooj Aftab

**"A Rock Somewhere"** — Jacob Collier Featuring Anoushka Shankar & Varijashree Venugopal

**"Rise"** — Rocky Dawuni

**"Bemba Colorá"** — Sheila E. Featuring Gloria Estefan & Mimy Succar - **WINNER**

**"Sunlight To My Soul"****— Angélique Kidjo Featuring Soweto Gospel Choir

**"Kashira"** — Masa Takumi Featuring Ron Korb, Noshir Mody & Dale Edward Chung

---

*CATEGORY 63*

# Best African Music Performance

For new vocal or instrumental African music recordings.

**"Tomorrow"** — Yemi Alade

**"MMS"** — Asake & Wizkid

**"Sensational"** — Chris Brown Featuring Davido & Lojay

**"Higher"** — Burna Boy

**"Love Me JeJe"** — Tems - **WINNER**

CATEGORY 64

## Best Global Music Album

For albums containing greater than 75% playing time of new vocal or instrumental Global Music recordings.

*ALKEBULAN II* — Matt B Featuring Royal Philharmonic Orchestra - **WINNER**

*Paisajes* — Ciro Hurtado

*Heis* — Rema

*Historias de un Flamenco* — Antonio Rey

*Born in the Wild* — Tems

---

CATEGORY 65

## Best Reggae Album

For albums containing greater than 75% playing time of new reggae recordings.

*Take It Easy* — Collie Buddz

*Party With Me* — Vybz Kartel

*Never Gets Late Here* — Shenseea

*Bob Marley: One Love - Music Inspired By The Film (Deluxe)* — (Various Artists) - **WINNER**

*Evolution* — The Wailers

---

CATEGORY 66

## Best New Age, Ambient, or Chant Album

For albums containing greater than 75% playing time of new vocal or instrumental new age recordings.

*Break of Dawn* — Ricky Kej

*Triveni* — Wouter Kellerman, Eru Matsumoto & Chandrika Tandon - **WINNER**

*Opus* — Ryuichi Sakamoto

*Chapter II: How Dark It Is Before Dawn* — Anoushka Shankar

*Warriors Of Light* — Radhika Vekaria

---

# Field 8: Children's, Comedy, Audio Books, Visual Media & Music Video/Film

CATEGORY 67

## Best Children's Music Album

For albums containing greater than 75% playing time of new musical or spoken word recordings that are created and intended specifically for children.

*Brillo, Brillo!* — Lucky Diaz And The Family Jam Band - **WINNER**

*Creciendo* — Lucy Kalantari & The Jazz Cats

*My Favorite Dream* — John Legend

*Solid Rock Revival* — Rock For Children

*World Wide Playdate* — Divinity Roxx and Divi Roxx Kids

---

*CATEGORY 68*

## Best Comedy Album

For albums containing greater than 75% playing time of new recordings.

*Armageddon* — Ricky Gervais

*The Dreamer* — Dave Chappelle - **WINNER**

*The Prisoner* — Jim Gaffigan

*Someday You'll Die* — Nikki Glaser

*Where Was I* — Trevor Noah

---

*CATEGORY 69*

## Best Audio Book, Narration, and Storytelling Recording

For an album that is spoken word in format.

*All You Need Is Love: The Beatles in Their Own Words* (Various Artists) — Guy Oldfield, producer

*...And Your Ass Will Follow* — George Clinton

*Behind the Seams: My Life in Rhinestones* — Dolly Parton

*Last Sundays in Plains: A Centennial Celebration* — Jimmy Carter - **WINNER**

*My Name Is Barbra* — Barbra Streisand

---

*CATEGORY 70*

## Best Compilation Soundtrack For Visual Media

Award to the principal artist(s) and/or 'in studio' producer(s) of a majority of the tracks on the album. Award also goes to appropriately credited music supervisor(s).

*The Color Purple* — (Various Artists) Nick Baxter, Blitz Bazawule & Stephen Bray, compilation producers; Jordan Carroll & Morgan Rhodes, music supervisors

*Deadpool & Wolverine* — (Various Artists) Dave Jordan, Shawn Levy & Ryan Reynolds, compilation producers; Dave Jordan, music supervisor

*Maestro: Music By Leonard Bernstein* — Bradley Cooper & Yannick Nézet-Séguin, artists; Bradley Cooper, Yannick Nézet-Séguin & Jason Ruder, compilation producers; Steven Gizicki, music supervisor - **WINNER**

*Saltburn* — (Various Artists) Emerald Fennell, compilation producer; Kirsten Lane, music supervisor

*Twisters: The Album* — (Various Artists) Ian Cripps, Brandon Davis, Joe Khoury & Kevin Weaver, compilation producers; Mike Knobloch & Rachel Levy, music pervisors

---

CATEGORY 71

# Best Score Soundtrack For Visual Media (Includes Film And Television)

Award to Composer(s) for an original score created specifically for a current motion picture, television show, or series.

*American Fiction* — Laura Karpman, composer

*Challengers* — Trent Reznor & Atticus Ross, composers

*The Color Purple* — Kris Bowers, composer

*Dune: Part Two* — Hans Zimmer, composer - **WINNER**

*Shōgun* — Nick Chuba, Atticus Ross & Leopold Ross, composers

---

CATEGORY 72

# Best Score Soundtrack for Video Games and Other Interactive Media

Award to Composer(s) for an original score created specifically for, or as a companion to, video games and other interactive media.

*Avatar: Frontiers of Pandora* — Pinar Toprak, composer

*God of War Ragnarök: Valhalla* — Bear McCreary, composer

*Marvel's Spider-Man 2* — John Paesano, composer

*Star Wars Outlaws* — Wilbert Roget, II, composer

*Wizardry: Proving Grounds of the Mad Overlord* — Winifred Phillips, composer - **WINNER**

---

CATEGORY 73

# Best Song Written For Visual Media

A Songwriter(s) award. For a song (melody & lyrics) written specifically for a motion picture, television, video game or other visual media. Singles or Tracks only.

*Ain't No Love In Oklahoma [From "Twisters: The Album"]* — Jessi Alexander, Luke Combs & Jonathan Singleton, songwriters (Luke Combs)

*Better Place [From "TROLLS Band Together"]* — Amy Allen, Shellback & Justin Timberlake, songwriters (*NSYNC & Justin Timberlake)

*Can't Catch Me Now [From "The Hunger Games: The Ballad of Songbirds & Snakes"]* — Daniel Nigro & Olivia Rodrigo, songwriters (Olivia Rodrigo)

*It Never Went Away [From "American Symphony"]* — Jon Batiste & Dan Wilson, songwriters (Jon Batiste) - **WINNER**

*Love Will Survive [From "The Tattooist of Auschwitz"]* — Walter Afanasieff, Charlie Midnight, Kara Talve & Hans Zimmer, songwriters (Barbra Streisand)

---

CATEGORY 74

## Best Music Video

Award to the artist, video director, and video producer.

**"Tailor Swif"** — A$AP Rocky

Vania Heymann & Gal Muggia, video directors, Natan Schottenfels, video producer

**"360"** — Charli xcx

Aidan Zamiri, video director; Jami Arceo & Evan Thicke, video producers

**"Houdini"** — Eminem

Rich Lee, video director; Kathy Angstadt, Lisa Arianna & Justin Diener, video producers

**"Not Like Us"** — Kendrick Lamar - **WINNER**

Dave Free & Kendrick Lamar, video directors; Jack Begert, Cornell Brown, Sam Canter, Jared Heinke, Jamie Rabineau & Anthony Saleh, video producers

**"Fortnight"** — Taylor Swift Featuring Post Malone

Taylor Swift, video director; Jil Hardin, video producer

---

*CATEGORY 75*

## Best Music Film

For concert/performance films or music documentaries. Award to the artist, video director, and video producer.

**"American Symphony"** — Jon Batiste - **WINNER**

Matthew Heineman, video director; Lauren Domino, Matthew Heineman & Joedan Okun, video producers

**"June"** — (June Carter Cash)

Kristen Vaurio, video director; Josh Matas, Sarah Olson, Jason Owen, Mary Robertson & Kristen Vaurio, video producers

"**Kings From Queens"** — Run DMC

Kirk Fraser, video director; Dan Goodman, Brian Hunt & William H. Masterson III, video producers

**"Stevie Van Zandt: Disciple"** — Steven Van Zandt

Bill Teck, video director; Robert Cotto, David Fisher & Bill Teck, video producers

**"The Greatest Night in Pop"** — (Various Artists)

Bao Nguyen, video director; Bruce Eskowitz, George Hencken, Larry Klein, Julia Nottingham, Lionel Richie & Harriet Sternberg, video producers

---

# Field 9: Package, Notes & Historical

*CATEGORY 76*

## Best Recording Package

For the best artistic package of an album.

***The Avett Brothers*** — Scott Avett, Jonny Black & Giorgia Sage, art directors (The Avett Brothers)

***Baker Hotel*** — Sarah Dodds & Shauna Dodds, art directors (William Clark Green)

***BRAT*** — Brent David Freaney & Imogene Strauss, art directors (Charli xcx) - **WINNER**

***F-1 Trillion*** — Archie Lee Coates IV, Jeffrey Franklin, Blossom Liu, Kylie McMahon & Ana Cecilia Thompson Motta, art directors (Post Malone)

***Hounds Of Love The Baskerville Edition*** — Kate Bush & Albert McIntosh, art directors (Kate Bush)

***Jug Band Millionaire*** — Andrew Wong & Julie Yeh, art directors (The Muddy Basin Ramblers)

***Pregnancy, Breakdown, And Disease*** — Lee Pei-Tzu, art director (iWhoiWhoo)

---

CATEGORY 77

# Best Boxed Or Special Limited Edition Package

For the best package of a special edition album.

***Half Living Things*** — Patrick Galvin, art director (Alpha Wolf)

***Hounds Of Love The Boxes Of Lost At Sea*** — Kate Bush & Albert McIntosh, art directors (Kate Bush)

***In Utero*** — Doug Cunningham & Jason Noto, art directors (Nirvana)

***Mind Games*** — Simon Hilton & Sean Ono Lennon, art directors (John Lennon) - **WINNER**

***Unsuk Chin*** — Takahiro Kurashima & Marek Polewski, art directors (Unsuk Chin & Berliner Philharmoniker)

***We Blame Chicago*** — Rebeka Arce & Farbod Kokabi, art directors (90 Day Men)

---

CATEGORY 78

# Best Album Notes

Award to the album notes writer.

***After Midnight*** — Tim Brooks, album notes writer (Ford Dabney's Syncopated Orchestras)

***The Carnegie Hall Concert*** — Lauren Du Graf, album notes writer (Alice Coltrane)

***Centennial*** — Ricky Riccardi, album notes writer (King Oliver's Creole Jazz Band & Various Artists) - **WINNER**

***John Culshaw*** — The Art Of The Producer - The Early Years 1948-55 — Dominic Fyfe, album notes writer (John Culshaw)

***SONtrack Original De La Película "Al Son De Beno"*** — Josh Kun, album notes writer (Various Artists)

---

CATEGORY 79

# Best Historical Album

For historical albums containing reissues or compilations. Award to compilation producers and mastering engineers.

***Centennial*** — Meagan Hennessey & Richard Martin, compilation producers; Richard Martin, mastering engineer (King Oliver's Creole Jazz Band And Various Artists) - **WINNER**

***Diamonds And Pearls: Super Deluxe Edition*** — Charles F. Spicer, Jr. & Duane Tudahl, compilation producers; Brad Blackwood & Bernie Grundman, mastering engineers (Prince & The New Power Generation)

***Paul Robeson*** - Voice of Freedom: His Complete Columbia, RCA, HMV, and Victor Recordings — Tom Laskey, Shana L. Redmond, Susan Robeson & Robert Russ, compilation producers; Nancy Conforti & Andreas K. Meyer, mastering engineers (Paul Robeson)

***Pepito y Paquito*** — Pepe De Lucía & Javier Doria, compilation producers; Jesús Bola, mastering engineer (Pepe De Lucía And Paco De Lucía)

*The Sound Of Music (Original Soundtrack Recording - Super Deluxe Edition)* — Mike Matessino    Mark Piro, compilation producer  ; Steve Ge  ewick    Mike Matessino, ma   ering e  gineer   (Rodgers & Hammerstein & Julie Andrews)

---

CATEGORY 80

# Best Engineered Album, Non-Classical

An Engineer's Award. (Artists' names appear in parentheses.)

*Algorithm* — Dernst Emile II, Michael B. Hunter, Stephan Johnson, Rachel Keen, John Kercy, Charles Moniz & Todd Robinson, engineers; Colin Leonard, mastering engineer (Lucky Daye)

*Cyan Blue* — Jack Emblem, Jack Rochon & Charlotte Day Wilson, engineers; Chris Gehringer, mastering engineer (Charlotte Day Wilson)

*Deeper Well* — Craig Alvin, Shawn Everett, Mai Leisz, Todd Lombardo, John Rooney, Konrad Snyder & Daniel Tashian, engineers; Greg Calbi, mastering engineer (Kacey Musgraves)

*empathogen* — Beatriz Artola, Zach Brown, Oscar Cornejo, Chris Greatti, Mitch McCarthy, Adam Schoeller & Willow Smith, engineers; Joe LaPorta, mastering engineer (WILLOW)

*i/o* — Tchad Blake, Oli Jacobs, Katie May, Dom Shaw & Mark "Spike" Stent, engineers; Matt Colton, mastering engineer (Peter Gabriel) - **WINNER**

*Short n' Sweet* — Bryce Bordone, Julian Bunetta, Serban Ghenea, Jeff Gunnell, Oli Jacobs, Ian Kirkpatrick, Jack Manning, Manny Marroquin, John Ryan & Laura Sisk, engineers; Nathan Dantzler & Ruairi O'Flaherty, mastering engineers (Sabrina Carpenter)

---

CATEGORY 81

# Best Engineered Album, Classical

An Engineer's Award. (Artists' names appear in parentheses.)

*Adams: Girls Of The Golden West* — Alexander Lipay & Dmitriy Lipay, engineers; Alexander Lipay & Dmitriy Lipay, mastering engineers (John Adams, Daniela Mack, Ryan McKinny, Paul Appleby, Hye Jung Lee, Elliot Madore, Julia Bullock, Davóne Tines, Los Angeles Philharmonic & Los Angeles Master Chorale)

*Andres: The Blind Banister* — Silas Brown, Doron Schachter & Michael Schwartz, engineers; Matt Colton, mastering engineer (Andrew Cyr, Inbal Segev & Metropolis Ensemble)

*Bruckner: Symphony No. 7; Bates: Resurrexit* — Mark Donahue & John Newton, engineers; Mark Donahue, mastering engineer (Manfred Honeck & Pittsburgh Symphony Orchestra) - **WINNER**

*Clear Voices In The Dark* — Daniel Shores, engineer; Daniel Shores, mastering engineer (Matthew Guard & Skylark Vocal Ensemble)

*Ortiz: Revolución Diamantina* — Alexander Lipay & Dmitriy Lipay, engineers; Alexander Lipay & Dmitriy Lipay, mastering engineers (Gustavo Dudamel, María Dueñas, Los Angeles Philharmonic & Los Angeles Master Chorale)

---

CATEGORY 82

# Producer Of The Year, Classical

A Producer's Award. (Artist names appear in parentheses.) (S) stands for Single, (T) stands for Track, and (A) stands for Album.

**Erica Brenner**

*Biber: Mystery Sonatas* (Alan Choo, Jeannette Sorrell & Apollo's Fire) (A)

*Handel: Israel In Egypt* (Jeannette Sorrell, Apollo's Singers & Apollo's Fire) (A)

*Mozart: Piano Sonatas, Vols. 5 & 6* (Orli Shaham) (A)

*Songs For A Friend - A Tribute To Trumpeter Ryan Anthony* (Various Artists) (A)

*Sonic Alchemy* (YuEun Kim, Mina Gajić & Coleman Itzkoff) (A)

**Christoph Franke**

*Beethoven: The Complete Symphonies* (Antonello Manacorda & Kammerakademie Potsdam) (A)

*Beethoven: Violin Sonatas Nos. 1, 5, 6 & 10* (Dénes Várjon & Antje Weithaas) (A)

*Brahms, Viotti & Dvořák: Orchestral Works* (Tanja Tetzlaff, Christian Tetzlaff, Paavo Järvi & Deutsches Symphonie-Orchester Berlin) (A)

*Mozart: Sinigaglia* (Noah Bendix-Balgley) (A)

*Rachmaninoff: Symphony No. 2* (Kirill Petrenko & Berliner Philharmoniker) (A)

*The Vienna Recital* (Yuja Wang) (A)

**Morten Lindberg**

*Mor* (Karen Haugom Olsen & Nidaros Domkor) (A)

*Pax* (Nina T. Karlsen, Ensemble 96 & Current Saxophone Quartet) (A)

*Sommerro: Borders* (Nick Davies & Trondheim Symphony Orchestra) (A)

**Dmitriy Lipay**

*Adams: Girls Of The Golden West* (John Adams, Daniela Mack, Ryan McKinny, Paul Appleby, Hye Jung Lee, Elliot Madore, Julia Bullock, Davóne Tines, Los Angeles Philharmonic & Los Angeles Master Chorale) (A)

*Messiaen: Des Canyons Aux Étoiles...* (Ludovic Morlot & Seattle Symphony) (A)

*Ortiz: Revolución Diamantina* (Gustavo Dudamel, Gabriela Ortiz, María Dueñas, Los Angeles Philharmonic, Los Angeles Master Chorale) (A)

**Elaine Martone** - **WINNER**

*Bartók: String Quartet No.3; Suite From 'The Miraculous Mandarin'* (Franz Welser-Möst & The Cleveland Orchestra) (A)

*The Book Of Spells* (Merian Ensemble) (A)

*Bruckner: Symphony No. 4* (Franz Welser-Möst & The Cleveland Orchestra) (A)

*Divine Mischief* (Julian Bliss, J. Eric Wilson & Baylor University Wind Ensemble) (A)

*Joy!* (John Morris Russell & Cincinnati Pops) (A)

*Prokofiev: Symphony No. 6* (Franz Welser-Möst & The Cleveland Orchestra) (A)

*Schubert: The Complete Impromptus* (Gerardo Teissonnière) (A)

*Stranger At Home* (Shachar Israel) (A)

*Tchaikovsky: Symphony No. 4* (Franz Welser-Möst & The Cleveland Orchestra) (A)

**Dirk Sobotka**

*American Dreams* (Louis Langrée & Cincinnati Symphony) (A)

*Bruckner: Symphony No. 7; Bates: Resurrexit* (Manfred Honeck & Pittsburgh Symphony Orchestra) (A)

*Dvořák: Symphony No. 9, 'From The New World'; American Suite* (Nathalie Stutzmann & Atlanta Symphony Orchestra) (A)

*Radiance Untethered - The Choral Music Of John Wykoff* (Cameron F. Labarr & Missouri State University Chorale) (A)

# Field 10: Production, Engineering, Composition & Arrangement

*CATEGORY 83*

## Best Immersive Audio Album

For albums in any genre that provide a new immersive audio experience. Award to the immersive mix engineer, immersive mastering engineer, and immersive producer (if applicable).

*Avalon* — Bob Clearmountain, immersive mix engineer; John Webber, immersive mastering engineer; Rhett Davies & Bryan Ferry, immersive producers (Roxy Music)

*Genius Loves Company* — Michael Romanowski, Eric Schilling & Herbert Waltl, immersive mix engineers; Michael Romanowski, immersive mastering engineer; John Burk, immersive producer (Ray Charles With Various Artists)

*Henning Sommerro: Borders* — Morten Lindberg, immersive mix engineer; Morten Lindberg, immersive mastering engineer; Morten Lindberg, immersive producer (Trondheim Symphony Orchestra)

*i/o (In-Side Mix)* — Hans-Martin Buff, immersive mix engineer; Peter Gabriel, immersive producer (Peter Gabriel) - **WINNER**

*Pax* — Morten Lindberg, immersive mix engineer; Morten Lindberg, immersive mastering engineer; Morten Lindberg, immersive producer (Ensemble 96 & Current Saxophone Quartet)

---

*CATEGORY 84*

## Best Instrumental Composition

A Composer's Award for an original composition (not an adaptation) first released during the Eligibility Year. Singles or Tracks only.

**"At Last"** — Shelton G. Berg, composer (Shelly Berg)

**"Communion"** — Christopher Zuar, composer (Christopher Zuar Orchestra)

**"I Swear, I Really Wanted To Make A "Rap" Album But This Is Literally The Way The Wind Blew Me This Time"** — André 3000, Surya Botofasina, Nate Mercereau & Carlos Niño, composers (André 3000)

**"Remembrance"** — Chick Corea, composer (Chick Corea & Béla Fleck)

**"Strands"** — Pascal Le Boeuf, composer (Akropolis Reed Quintet, Pascal Le Boeuf & Christian Euman) - **\*\*WINNER\*\***

*CATEGORY 85*

## Best Arrangement, Instrumental or A Cappella

An Arranger's Award. (Artist names appear in parentheses.) Singles or Tracks only.

**"Baby Elephant Walk - Encore"** — Michael League, arranger (Snarky Puppy)

**"Bridge Over Troubled Water"** — Jacob Collier, Tori Kelly & John Legend, arrangers (Jacob Collier Featuring John Legend & Tori Kelly) - **WINNER**

**"Rhapsody In Blue(Grass)"** — Béla Fleck & Ferde Grofé, arrangers (Béla Fleck Featuring Michael Cleveland, Sierra Hull, Justin Moses, Mark Schatz & Bryan Sutton)

**"Rose Without The Thorns"** — Erin Bentlage, Alexander Lloyd Blake, Scott Hoying, A.J. Sealy & Amanda Taylor, arrangers (Scott Hoying Featuring säje & Tonality)

**"Silent Night"** — Erin Bentlage, Sara Gazarek, Johnaye Kendrick & Amanda Taylor, arrangers (säje)

---

*CATEGORY 86*

## Best Arrangement, Instruments and Vocals

An Arranger's Award. (Artist names appear in parentheses.) Singles  or Tracks only.

**"Alma"** — Erin Bentlage, Sara Gazarek, Johnaye Kendrick & Amanda Taylor, arrangers (säje Featuring Regina Carter) - **WINNER**

**"Always Come Back"** — Matt Jones, arranger (John Legend)

**"b i g f e e l i n g s"** — Chris Greatti, Zach Tenorio & Willow, arrangers (WILLOW)

**"Last Surprise (From "Persona 5")"** — Charlie Rosen & Jake Silverman, arrangers (The 8-Bit Big Band Featuring Jonah Nilsson & Button Masher)

**"The Sound Of Silence"** — Cody Fry, arranger (Cody Fry Featuring Sleeping At Last)

---

# Field 11: Classical

*CATEGORY 87*

## Best Orchestral Performance

Award to the conductor and the orchestra.

**"Adams: City Noir, Fearful Symmetries & Lola Montez Does The Spider Dance"** — Marin Alsop, conductor (ORF Vienna Radio Symphony Orchestra)

**"Kodály: Háry János Suite; Summer Evening & Symphony In C Major"** — JoAnn Falletta, conductor (Buffalo Philharmonic Orchestra)

**"Ortiz: Revolución Diamantina"** — Gustavo Dudamel, conductor (Los Angeles Philharmonic) - **WINNER**

**"Sibelius: Karelia Suite, Rakastava, & Lemminkäinen"** — Susanna Mälkki, conductor (Helsinki Philharmonic Orchestra)

**"Stravinsky: The Firebird"** — Esa-Pekka Salonen, conductor (San Francisco Symphony)

---

*CATEGORY 88*

## Best Opera Recording

Award to the conductor, album producer(s), and principal soloists, and to the composer and librettist (if applicable) of a world premiere Opera recording only.

**"Adams: Girls Of The Golden West"** — John Adams, conductor; Paul Appleby, Julia Bullock, Hye Jung Lee, Daniela Mack, Elliot Madore, Ryan McKinny & Davóne Tines; Dmitriy Lipay, producer (Los Angeles Philharmonic; Los Angeles Master Chorale)

**"Catán: Florencia En El Amazonas"** — Yannick Nézet-Séguin, conductor; Mario Chang, Michael Chioldi, Greer Grimsley, Nancy Fabiola Herrera, Mattia Olivieri, Ailyn Pérez & Gabriella Reyes; David Frost, producer (The Metropolitan Opera Orchestra; The Metropolitan Opera Chorus)

**"Moravec: The Shining"** — Gerard Schwarz, conductor; Tristan Hallett, Kelly Kaduce & Edward Parks; Blanton Alspaugh, producer (Kansas City Symphony; Lyric Opera Of Kansas City Chorus)

**"Puts: The Hours"** — Yannick Nézet-Séguin, conductor; Joyce DiDonato, Renée Fleming & Kelli O'Hara; David Frost, producer (Metropolitan Opera Orchestra; Metropolitan Opera Chorus)

**"Saariaho: Adriana Mater"** — Esa-Pekka Salonen, conductor; Fleur Barron, Axelle Fanyo, Nicholas Phan & Christopher Purves; Jason O'Connell, producer (San Francisco Symphony; San Francisco Symphony Chorus; Timo Kurkikangas) - **WINNER**

---

*CATEGORY 89*

## Best Choral Performance

Award to the conductor, and to the choral director and/or chorus master where applicable and to the choral organization/ensemble.

**"Clear Voices In The Dark"** — Matthew Guard, conductor (Carrie Cheron, Nathan Hodgson, Helen Karloski & Clare McNamara; Skylark Vocal Ensemble)

**"A Dream So Bright: Choral Music Of Jake Runestad"** — Eric Holtan, conductor (Jeffrey Biegel; True Concord Orchestra; True Concord Voices)

**"Handel: Israel in Egypt"** — Jeannette Sorrell, conductor (Margaret Carpenter Haigh, Daniel Moody, Molly Netter, Jacob Perry & Edward Vogel; Apollo's Fire; Apollo's Singers)

**"Ochre"** — Donald Nally, conductor (The Crossing) - **WINNER**

**"Sheehan: Akathist"** — Elaine Kelly, conductor; Melissa Attebury, Stephen Sands & Benedict Sheehan, chorus masters (Elizabeth Bates, Paul D'Arcy, Tynan Davis, Aine Hakamatsuka, Steven Hrycelak, Helen Karloski, Enrico Lagasca, Edmund Milly, Fotina Naumenko, Neil Netherly, Timothy Parsons, Stephen Sands, Miriam Sheehan & Pamela Terry; Novus NY; Artefact Ensemble, The Choir Of Trinity Wall Street, Downtown Voices & Trinity Youth Chorus)

---

CATEGORY 90

# Best Chamber Music/Small Ensemble Performance

Award to the ensemble and conductor if applicable.

**"Adams, J.L.: Waves & Particles"** — JACK Quartet

**"Beethoven For Three: Symphony No. 4 and Op. 97, 'Archduke'"** — Yo-Yo Ma, Leonidas Kavakos & Emanuel Ax

**"Cerrone: Beaufort Scales"** — Beth Willer, Christopher Cerrone & Lorelei Ensemble

**"Home"** — Miró Quartet

**"Rectangles and Circumstance"** — Caroline Shaw & Sō Percussion - **WINNER**

---

CATEGORY 91

# Best Classical Instrumental Solo

Award to the instrumental soloist(s) and to the conductor when applicable.

**"Akiho: Longing"** — Andy Akiho

**"Bach: Goldberg Variations"** — Víkingur Ólafsson - **WINNER**

**"Eastman: The Holy Presence Of Joan D'Arc"** — Seth Parker Woods (Wild Up)

**"Entourer"** — Mak Grgić (Ensemble Dissonance)

**"Perry: Concerto For Violin & Orchestra"** — Curtis Stewart; James Blachly, conductor (Experiential Orchestra)

---

CATEGORY 92

# Best Classical Solo Vocal Album

Award to vocalist(s), collaborative artist(s) (e.g., pianists, conductors), producer(s), and recording engineers/mixers with greater than 50% playing time of new material.

***Bespoke Songs*** — Fotina Naumenko, soloist; Marika Bournaki, pianist; Julian Schwarz, artist (Nadège Foofat; Julietta Curenton, Colin Davin, Mark Edwards, Nadia Pessoa, Timothy Roberts, Ryan Romine, Akemi Takayama, Karlyn Viña & Garrick Zoeter)

***Beyond The Years - Unpublished Songs Of Florence Price*** — Karen Slack, soloist; Michelle Cann, pianist - **WINNER**

***A Change Is Gonna Come*** — Nicholas Phan, soloist; Palaver Strings, ensembles

***Show Me The Way*** — Will Liverman, soloist; Jonathan King, pianist

***Wagner: Wesendonck Lieder*** — Joyce DiDonato, soloist; Maxim Emelyanychev, conductor (Il Pomo d'Oro)

---

CATEGORY 93

## Best Classical Compendium

Award to the artist(s) and to the album producer(s) and engineer(s) of over 50% playing time of the album, and to the composer and librettist (if applicable) with over 50% playing time of a world premiere recording only.

*Akiho: BeLonging* — Andy Akiho & Imani Winds; Andy Akiho, Sean Dixon & Mark Dover, producers

*American Counterpoints* — Curtis Stewart; James Blachly, conductor; Blanton Alspaugh, producer

*Foss: Symphony No. 1; Renaissance Concerto; Three American Pieces; Ode* — JoAnn Falletta, conductor; Bernd Gottinger, producer

*Mythologies II* — Sangeeta Kaur, Omar Najmi, Hilá Plitmann, Robert Thies & Danaë Xanthe Vlasse; Michael Shapiro, conductor; Jeff Atmajian, Emilio D. Miler, Hai Nguyen, Robert Thies, Danaë Xanthe Vlasse & Kitt Wakeley, producers

*Ortiz: Revolución Diamantina* — Gustavo Dudamel, conductor; Dmitriy Lipay, producer - **WINNER**

---

*CATEGORY 94*

## Best Contemporary Classical Composition

A Composer's Award. (For a contemporary classical composition composed within the last 25 years, and released for the first time during the Eligibility Year.) Award to the librettist, if applicable.

**Casarrubios: Seven For Solo Cello** — Andrea Casarrubios, composer (Andrea Casarrubios)

**Coleman: Revelry** — Valerie Coleman, composer (Decoda)

**Lang: Composition As Explanation** — David Lang, composer (Eighth Blackbird)

**Ortiz: Revolución Diamantina** — Gabriela Ortiz, composer (Gustavo Dudamel, Los Angeles Philharmonic & Los Angeles Master Chorale) - **WINNER**

**Saariaho: Adriana Mater**

Available at:
https://www.grammy.com/news/2025-grammys-nominations-full-winners-nominees-list