# EXHIBIT N

**MUSIC**

# Drake slammed on social media for 2010 video in which he kisses, fondles 17-year-old girl

**Jayme Deerwester** **Rasha Ali**  USA TODAY



As if the public weren't angry enough already after "Surviving R. Kelly," the Lifetime docu-series filled with disturbing allegations about the singer's treatment of women, they got a new target for their anger: Drake.

Over the weekend, an unearthed concert video from May 2010 made the rounds online. It shows Canadian rapper inviting a young fan onstage at his Denver show and

begins slow-dancing with her.  After a twirl, he pulls her back toward him and smells her hair.

"I told you I like your hair, right? What is that? Is that Herbal Essence?" he asks as the audience laughs and screams. Next, he begins kissing the back of her neck and puts one arm across her chest, and then the other.

**More:**  Drake thinks his son Adonis paints better than Pablo Picasso

Drake then snaps out of his reverie, grabs a microphone off a nearby table and tells the crowd, "Y'all gonna have me get carried away again. I get in trouble for (expletive) like this!"

(Warning: The following video contains foul language.)



He then turns back to the girl and asks, "How old are you?"

When he replies that she's 17, he cracks, "I can't go to jail yet, man! Why do you look like that?"

Drake's representative, Melissa Nathan, declined to comment on the video but Twitter didn't hold back.

What bothered @ChristinaCEP was that it's not the first time he's been accused of being inappropriate with underage girls.

"Y'all acting like #drake hasn't BEEN a pedophile," she argued, without citing specific allegations. "this isn't new. he has a long history of getting involved with underage girls. don't brush off one experience just because it was a while ago or 'people make mistakes'. it wasn't a mistake. it's literally his history."

"It's entirely disgusting that as a grown man, you find yourself gravitating towards a child," wrote @mayahxoxo1. "This means that they want something that is untouched? That they HAVE NOT TRIED? to fulfill their own sick agenda. I'm honestly disgusted."

Twitter users related Drake's behavior back to R. Kelly and noted the similarities between the artists saying that if, in a few years, Drake were to be accused of the same things Kelly was, that people would also have a difficult time condemning the "Views" rapper – as people are with Kelly.

The "Scorpion" artist also received some backlash in September 2018 when "Stranger Thing" star Millie Bobby Brown revealed the two had a close friendship.

During a red-carpet interview at the Emmys, the 14-year-old actress told Access Hollywood that she and Drake text about boys.

"I love him. I met him in Australia, and he's honestly so fantastic," she said. "We just texted each other the other day and he was like, 'I miss you so much,' and I was like, 'I miss you more.' He's great."

Twitter was not having that, either. The social media website filled with accusations that the then 31-year-old rapper was "grooming" Brown.

Available at:
https://www.usatoday.com/story/life/music/2019/01/06/drake-seen-kissing-fondling-17-year-old-girl-2010-concert-video/2495634002/