# EXHIBIT O

**FOX NEWS**

SCANDAL

# Drake slammed for kissing 17-year-old girl onstage in resurfaced video

By Katherine Lam · **Fox News**

Published January 6, 2019 7:09pm EST

    

Drake received backlash over the weekend after a resurfaced video showed him kissing a 17-year-old girl onstage. (Getty Images)

Drake received backlash over the weekend after a resurfaced video posted on social media showed the rapper kissing a 17-year-old girl on stage and telling her he liked the "way [her] breasts feel against [his] chest."

The 94-second clip, posted by a Twitter user on Friday, was reportedly taken during Drake's concert at the Ogden Theatre in Denver, Colo., in 2010, TMZ reported. The rapper, then 23, is seen dancing with a fan onstage before turning her around and commenting on how great her hair smells.

While standing behind the teen, he proceeds to move her shirt over, kiss her on the neck, and wraps his arms around her chest in a hug.

"I get in trouble for s—t like this," he says. "How old are you?"

The girl tells him 17, to which Drake responds, "I can't go to jail yet, man!"

"I had fun, I don't know whether I should feel guilty or not, but I had fun. I like the way your breasts feel against my chest," he continued, adding, "I just want to thank you."

Drake proceeded to kiss the teen on her hand, forehead, cheeks and then lips, drawing screams from the audience.

Many people on social media slammed the rapper for his actions, calling it predatory and uncomfortable to watch.

"no more drake #DrakeIsOverParty," one person wrote, while another tweeted, "Im so disgusted by his response after she said her age. No respect."

"He keeps getting away with this too. It's not the first time he's been caught messing with underage girls," another person tweeted.

One tweet read, "I am disgusted."

The video came to light just hours after Lifetime docuseries "Surviving R. Kelly" aired that detailed the R&B singer's history of allegedly preying on young girls.

Reps for Drake declined to comment.

Available at:
https://www.foxnews.com/entertainment/drake-receives-backlash-for-kissing-girl-17-on-stage-in-resurfaced-video