# EXHIBIT Q

*MUSIC*

# Drake slams critics questioning Millie Bobby Brown friendship that began when she was 14

By Jack Hobbs

Published Oct. 9, 2023, 9:01 a.m. ET



Drake (right) finally broke his silence over his friendship with "Stranger Things" star Millie Bobby Brown.
Kevin Mazur/Getty Images for Netflix

He's been defending his friendship "Nonstop."

Drake is finally addressing the backlash over his friendship with "Stranger Things" actress Millie Bobby Brown in his new song "Another Late Night."

"Weirdos in my comments talkin' 'bout some Millie Bobby, look. Bring them jokes up to the gang, we get to really flockin'," raps Drake, 36, on the track, which also features Lil Yachty. "Or send a finger to your mama in some FedEx boxes. Open up that s – – t, it's jaw-droppin', really shockin', ayy."

Drake's statement comes after years of critics slamming the "weird" friendship that began in 2018 when Brown, now 19, was only 14 years old.

The Post reached out to Brown for comment.

News of the pair's friendship first broke after the "Damsel" star told "Access Hollywood" that the "Rich Flex" singer had assumed the role of mentor and had been giving her advice on fame and love.



Rap icon Drake is finally addressing the backlash over his friendship with "Stranger Things" actress Millie Bobby Brown in his brand new song "Another Late Night. Drake / Instagram

"I love him. I met him in Australia and he's honestly so fantastic — a great friend and a great role model," Brown told the outlet. "We just texted each other the other day. He was like, 'I miss you so much.' I was like, 'I miss you more.' "

Brown declined to tell the news outlet the contents of the conversation, simply saying "that stays in the text messages." She later defended the friendship on Instagram, writing: "Why u gotta make a lovely friendship ur headline? U guys are weird…"



Rap Icon Drake has finally opened up about his friendship with 19-year-old Millie Bobby Brown in a new song.
Cindy Barrymore/Shutterstock

"She continued, "I'm lucky to have people in the business extend their time to help me further my career and offer their wisdom and guidance. I'm very blessed to have amazing people in my life. U don't get to choose that for me."

"It's nice to have people who understand what I do. Now get back to talking about real problems in this world other than my friendships… jeez," concluded the Emmy-nominated actress.

Drake's track is one of 23 brand-new songs on the album "For all the Dogs," which also features collaborations with SZA, Bad Bunny, 21 Savage, J. Cole and several others.

The singer also noted during an episode of his show "Table for One" on Sirius XM's Sound 42 that he "probably won't make music for a little bit."



OVO/Republic via AP

"I'm going to be real with you. I need to focus on my health, first and foremost, and I'll talk about that soon enough," explained the singer. "Nothing crazy, but just like, you know, I want people to be healthy in life."

"I've been having the craziest problems for years with my stomach. I'm just saying what it is," the rapper continued. "So, I need to focus on my health, and I need to get [that] right, and I'm going to that."

 **What do you think? Be the first to comment.**

Drake added that he has "a lot of other things" that he "would love to focus on" in the future. "So, I'ma lock the door in the studio for a little bit. I don't even know what a little bit is," he said. "Maybe a year or so, maybe a little longer."

Available at:

https://nypost.com/2023/10/09/drake-36-slams-critics-questioning-millie-bobby-brown-19-friendship/