# EXHIBIT R



Q | Magazine ▼ | Newsletters | Sweepstakes

ENTERTAINMENT    CRIME    HUMAN INTEREST    LIFESTYLE    ROYALS    STYLEWATCH    SHOPPING    SUBSCRIBE

**Top Stories**


Tom Cruise Spotted Out in London Again with Ana de Armas (Exclusive Photos)


Pregnant 16-Year-Old Found Buried in Backyard with Baby Cut from Womb After Woman Lured Her...


Eva Longoria Celebrates Her Milestone 50th Birthday with Celebrity Friends in Miami — See...


Hiker Finds Body of Woman, 21, Missing Since August in South Dakota

Bobby Brown, 19, in New Song Lyrics

Drake and Millie Bobby Brown have been friends for several years, and the actress said at 14 that the two text often

By Rachel DeSantis  Updated on October 10, 2023 02:10PM EDT



Drake, Millie Bobby Brown. PHOTO: CHRIS DELMAS/AFP VIA GETTY; TAYLOR HILL/FILMMAGIC

After years of facing heat for his friendship with teenage actress Millie Bobby Brown, Drake appears to have finally addressed his critics.

The rapper, 36, name-checked the *Stranger Things* star, 19, in the lyrics of his new song "Another Late Night" in what seems to be a diss toward those questioning the pair's friendship, which dates back to 2017.

"Weirdos in my comments talkin' 'bout some Millie Bobby, look/Bring them jokes up to the gang, we get to really flockin'," he raps on the track. "Or send a finger to your mama in some FedEx boxes/Open up that s---, it's jaw droppin', really shockin.'"

The song, which features on his new album *For All the Dogs*, comes six years after Drake and Brown first met in November 2017 backstage at one of the rapper's concerts in Australia.



Drake and Millie Bobby Brown at the Golden Globes
afterparty in January 2018. KEVIN MAZUR/GETTY

Months after their meeting, Brown, who was 14 at the time, revealed that Drake had extended an invite to the show, and that the two "talk all the time."

"I ask his advice," the star — who is now engaged to Jon Bon Jovi's son Jake Bongiovi — told *W* magazine.

In September 2018, he offered further insight into their friendship, telling *Access Hollywood* that the star — a former child actor himself — is "so fantastic and a great friend and a great role model."

"We just texted each other the other day and he was like, 'I miss you so much.' I was like, 'I miss you more!'" she said. "He's coming to Atlanta so I'm definitely going to go and see him. I'm so excited. About boys, he helps me. He's great, he's wonderful. I love him."

The interview, in which Brown revealed that Drake gives her dating advice, ruffled feathers due to the pair's 17-year age gap, and shortly after, the actress appeared to address the criticism in a pair of statements she shared to her Instagram Story, according to screenshots published by *Cosmopolitan*.



Drake performing in Atlanta in December 2022. PRINCE WILLIAMS/WIREIMAGE

"Why u gotta make a lovely friendship ur headline? U guys are weird… For real. Im lucky to have people in the business extend their time to help me further my career and offer their wisdom and guidance," she wrote. "Im very blessed to have amazing people in my life. U dont get to choose that for me. Its nice to have people understand what i do. Now get back to talking about real problems in this world other than my friendships… jeez."

Meanwhile, Drake revealed on Friday that following the release of *For All the Dogs*, he plans on taking a brief hiatus from music in order to focus on his health, namely an undisclosed issue with this stomach.

"I probably won't make music for a little bit. I'm gonna be honest," he said on his show *Table for One* on SiriusXM's Sound 42. "I got some other things I need to do for some other people that I made promises to, but I probably won't make music for a little bit. I'm gonna be real with you. I need to focus on my health first and foremost and I'll talk about that soon enough."

He continued: "I need to get right. I have a lot of other things that, I would love to focus on. So I'm gonna lock the door in the studio for a little bit. I don't even know what a little bit is. Maybe, maybe a year or something, or maybe a little longer."

Available at:
https://people.com/drake-addresses-millie-bobby-brown-friendship-new-song-8349324