# EXHIBIT S

# What Is Baka Not Nice's 'Weird Case' Kendrick Lamar References on Drake Diss "Not Like Us"

Baka Not Nice is a Canadian rapper and associate of Drake who previously spent time behind bars.

**JOE PRICE**

MAY 13, 2024

SHARE⏏



*COLE BURSTON AND JACOPO RAULE VIA GETTY IMAGES*

Kendrick Lamar alludes to Drake associate Baka Not Nice's unsavory past on his Hot 100 No. 1 diss track "Not Like Us," but what exactly is the "weird case" he brings up about?

On K.Dot's thunderous "Not Like Us," he makes some serious allegations against Drake and his OVO Sound roster. Among them is Travis Savoury, a rapper and former security guard otherwise known as Baka Not Nice.

"Say, Drake, I hear you like em' young," Kendrick raps on the track. "You better not ever go to cell block one / To any bitch that talk to him and they in love / Just make sure you hide your lil' sister from him / They tell me Chubbs the only one that get your hand-me-downs / And Party at the party playin' with his nose now / And Baka got a weird case, why is he around? / Certified Lover Boy? Certified pedophiles."

**Who is Baka Not Nice?**



TORONTO, ON - JUNE 10: Rapper Baka not nice arrives for the game of the Toronto Raptors against the Golden State Warriors during Game Five of the 2019 NBA Finals on June 10, 2019 at Scotiabank Arena in Toronto, Ontario, Canada. (Photo by Carlos Osorio/NBAE via Getty Images)

*Nba Photo Library / NBAE via Getty Images*

Baka Not Nice is a Toronto-based rapper and longtime friend of Drake. He previously had a career as a security guard but has since signed with OVO Sound.

## What is Baka Not Nice's connection to Drake?



TORONTO, ON - APRIL 8: Drake sits with Baka Not Nice as the Toronto Raptors play the Houston Rockets during their basketball game at the Scotiabank Arena on April 8, 2022 in Toronto, Ontario, Canada. (Photo by Mark Blinch/ Getty Images)

*Mark Blinch / Getty Images*

Baka Not Nice served as Drake's bodyguard before making several contributions to the Toronto rapper's music. He made his first appearance on one of Drizzy's songs on the 2013 album *Nothing Was the Same*. He followed that up with appearances on *More Life* and *Scorpion*. He signed to OVO Sound in 2017 and has dropped two solo releases through the label; *4Milli* in 2018 and *No Long Talk* in 2019.

## What was Baka Not Nice charged with? What is the "weird case" that Kendrick was talking about?

In 2014, Baka Not Nice was arrested for allegedly forcing a 22-year-old woman into prostitution. The following year, per the Toronto Sun, he pleaded guilty to assaulting the woman and failing to comply with conditions for unrelated firearm charges. The procuring for prostitution and human trafficking charges against him were dropped because the woman refused to testify.

According to authorities, the victim got into an argument with Baka when she found him passed out drunk as food burned in the oven. She told him off for falling asleep with food cooking and he allegedly pushed her to the floor. The woman allegedly worked as an escort and was reportedly in a relationship with him at the time of the incident.

## Did Baka serve time in prison?



LAS VEGAS, NV - MAY 20: Travis "Baka" Savoury (L) and recording artist Drake get ready to perform during the 2017 Billboard Music Awards at The Fountains of Bellagio on May 20, 2017 in Las Vegas, Nevada. (Photo by Ethan Miller/BBMA2017/Getty Images for dcp)

*Ethan Miller*



**View post on Instagram**

## Where does his name come from?

Last year, Baka Not Nice revealed the origins of his name. "This for the most part is who I am. The 'not nice' is, like you hear me talk about it, like for instance, if you go at Drake, you're going to see 'not nice,'" he explained in an interview. "I'm not going to be nice with you if you're going at my boss. Why am I going to be nice? You know what I mean?"

Available at:
https://www.complex.com/music/a/backwoodsaltar/what-is-baka-not-nice-weird-case-kendrick-lamar-drake-diss