# EXHIBIT U




# Drake entourage member guilty of assaulting woman

Sam Pazzano

Published May 12, 2015 • Last updated May 13, 2015 • 2 minute read



TORONTO

A member of rapper Drake's entourage was sentenced to six months in jail for assaulting a woman during a domestic dispute.

Travis Savoury pleaded guilty to assaulting a 22-year-old Toronto woman and failing to comply with his recognizance conditions for unrelated Brampton firearms charges, which were withdrawn earlier this year.

Savoury, 37, was sentenced to six months in jail in a Finch Ave. court on April 7, but was allowed to go free since he spent 10 months in custody after his arrest in June 2014.

Charges of procuring for prostitution and human trafficking were dropped.

Savoury's lawyer, Domenic Basile, said his client worked for Drake in a security capacity at Toronto events. Savoury was credited with providing background vocals on Drake's "Nothing Was the Same" album.

Drake voiced his support on Instagram for Savoury, a rapper known as "Baka" and "Not Nice," when he walked free from the court.

"Something in the air today ... a lot of good things happening at once. But this one means the MOST!!! Been waiting for 11 months!! Baka finally home!!!!!" said the Instagram post.



SOMETHING IN THE AIR TODAY...ALOT OF GOOD THINGS HAPPENING AT ONCE. BUT THIS ONE MEANS THE MOST!!! BEEN WAITING FOR 11 MONTHS!! BAKA FINALLY HOME!!!!! 🙏🙏🙏🙏🙏🙏🙏🙏🙏🙏🙏 6

A PHOTO POSTED BY CHAMPAGNEPAPI (@CHAMPAGNEP…

Crown attorney Katherine Rogozinski told Justice Antonio DiZio that the alleged victim of the human trafficking and prostitution charges spoke to police and indicated she didn't want to testify at the proceedings.

"She said she hasn't had contact with the accused and wasn't pressured to not testify," Rogozinski said.

The woman had since moved and hadn't informed the police of her new address. She hadn't been subpoenaed to testify because police couldn't locate her, court heard.

Savoury and the victim became involved in an argument when she discovered him passed out drunk at home while French fries were "burning" in the oven, Rogozinski said.

The victim chastised Savoury and he pushed her to the floor. She lay in shock, crying for an hour, Rogozinski said, reading from an agreed statement of facts.

He apologized and the woman, who worked as an escort, phoned police a few weeks later. She and Savoury had been involved in an on-again, off-again relationship for several months, but the relationship is definitely over, court heard.

A publication ban has been imposed on her identity.

Savoury has several prior convictions — none since 2007 — for crimes including armed robbery, assault, discharging a firearm while committing a robbery, and possession for the purpose of trafficking.

sam.pazzano@sunmedia.ca

Available at:
https://torontosun.com/2015/05/12/drake-entourage-member-guilty-of-assaulting-woman