# EXHIBIT Z

**"Mob Ties"**
*Drake*

[Verse 1]
Ayy, sick of these n***** (Sick)
Sick of these n***** (Sick, sick)
Hire some help (Help), get rid of these n***** (Skrr)
Sick of this shit, move to the Ritz
Turned out the bitch (Ayy)
It is what it is, yeah
GLE, 'cause that Lambo movin' fast (Skrr)
S Class, G Class, lotta class (Sss, sss)
In a rocket and that bitch ain't got no tags (Skrr, skrr)
Louis bags in exchange for body bags, yeah

[Pre-Chorus]
Sick of these n***** (Sick)
Sick of these n***** (Sick, sick)
Hire some help (Help), get rid of these n***** (Grr)
Fuck what it was, it is what it is (What)
Whatever you did, it is what it is

[Chorus]
And I'm so tired (tired)
I fuck with the mob and I got ties (Lotta ties, lotta ties)
Knock you off to pay their tithes (Do doo)
They want me gone but don't know why
It's too late for all that lovey-dovey shit
I'm your brother shit, all that other shit
It's too late for all that
It's too late for all that, ayy
It's too late for all that lovey-dovey shit
I'm your brother shit, all that other shit
It's too late for all that, ayy
It's too late for all that

[Post-Chorus]
Ayy, sick of these n*****
I'm sick of these n*****
Hire some help, get rid of these n*****
I'm not with the ra-ra
I am a Dada
My bitch in Chanel now
Your bitch in Escada (Sick, sick, sick, sick)

[Verse 2]

Yeah, and they shook
Please don't let them fool ya, I don't care how they look (Nah)
Heard all of the talkin', now it's quiet, now it's shush (Shh)
Twenty-nine is comin', they on edge when I cook (Cook)
Lead the league in scorin', man, but look at my assists (Shh)
Yes I be with Future but I like to reminisce (Yeah)
I do not forget a thing, I'm patient, it's a gift (yeah)
Try to tell 'em they ain't got to do it, they insist (they insist)
Yeah, I can tell
I just gave 'em two for forty million like Chappelle (Two)
Standin' over coffin with a hammer and a nail (Two)
Heard you hit up so and so, that name don't ring a bell, nah

[Pre-Chorus]
Sick of these n***** (Sick)
Hire some help, get rid of these n*****
I'm sick of this shit (Sick, sick)
I'm runnin' a blitz (Ayy)
Whatever you did (Ayy), it is what it is


[Chorus]
And I'm so tired (Tired)
I fuck with the mob and I got ties (Lotta ties, lotta ties)
Knock you off to pay their tithes (Do doo)
They want me gone but don't know why
It's too late for all that lovey-dovey shit
I'm your brother shit, all that other shit
It's too late for all that
It's too late for all that, ayy
It's too late for all that lovey-dovey shit
I'm your brother shit, all that other shit
It's too late for all that, ayy
It's too late for all that

Available at: https://genius.com/Drake-mob-ties-lyrics