UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>UMG RECORDINGS, INC.,<br><br>        Defendant. | No. 1:25-cv-399-JAV |

### DECLARATION OF ROLLIN A. RANSOM

Pursuant to 28 U.S.C. § 1746, I, Rollin A. Ransom, declare as follows:

1.    I am admitted to practice in the States of California, Illinois, and New York and am a partner of the law firm Sidley Austin LLP, counsel for Defendant UMG Recordings, Inc. ("UMG") in this action. I submit this declaration in support of UMG's motion to dismiss.

2.    A true and correct copy of an email, dated February 19, 2025, from counsel for Plaintiff, M. Annie Houghton-Larsen, is attached hereto as **Exhibit 1**.

3.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the State of New York and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 17, 2025 in Los Angeles, California.

*/s/ Rollin A. Ransom*
Rollin A. Ransom