**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

March 26, 2025

<u>**VIA ECF**</u>

Honorable Jeanette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>*Graham v. UMG Recordings, Inc.*</u>, 1:25-cv-399 (JAV)

Dear Judge Vargas:

    Plaintiff Aubrey Drake Graham ("Plaintiff") respectfully writes pursuant to the Court's order, ECF No. 28, and Rule 5.I of the Court's Individual Rules and Practices in Civil Case to notify the Court that he intends to file an amended complaint by no later than April 16, 2025.

    Respectfully submitted,

    <u>/s/ *Michael J. Gottlieb*</u>

    Michael J. Gottlieb
    Willkie Farr & Gallagher LLP
    1875 K Street, NW
    Washington, DC 20006
    Tel: (202) 303-1442
    MGottlieb@willkie.com

cc: All counsel of record via ECF