UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :

AUBREY DRAKE GRAHAM,             :

                             :

               Plaintiff,,      :

                             :         25-CV-0399 (JAV)

      -v-                   :

                             :         <u>ORDER</u>

UMG RECORDINGS, INC.,          :

                             :

              Defendant.     :

                             :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     As stated on the record during the conference held earlier today:

- Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss is **DENIED**.
- The parties are directed to submit a proposed case management plan or file a joint letter if the parties are unable to agree on a discovery schedule by April 9, 2025.
- Oral argument on the Motion to Dismiss will be held on **June 30, 2025**, at 2:00 P.M. in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     The Clerk of Court is directed to terminate ECF No. 27.

     SO ORDERED.

Dated: April 2, 2025            _____
      New York, New York          JEANNETTE A. VARGAS
                           United States District Judge