# EXHIBIT B

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 1 | https://www.tiktok.com/@boomshadowace/video/7418945847225781522 | https://perma.cc/MLR4-74KD | 137,700,000 |
| 2 | https://www.tiktok.com/@nfl/video/7469607703065791790 | https://perma.cc/RV58-BY67 | 102,600,000 |
| 3 | https://www.tiktok.com/@zayaan4/video/7469726801934191877 | https://perma.cc/NM3U-GKU8 | 77,000,000 |
| 4 | https://www.tiktok.com/@cloutynaz/video/7469601250192084270 | https://perma.cc/956R-ALMU | 58,200,000 |
| 5 | https://www.tiktok.com/@duh.itzz.vivienne/video/7365171805172157742 | https://perma.cc/Y6KG-ZHJJ | 50,500,000 |
| 6 | https://www.tiktok.com/@austinpepito/video/7365925378239548714 | https://perma.cc/X3LB-TAJE | 48,200,000 |
| 7 | https://www.tiktok.com/@enhypen/video/7374792955237895425 | https://perma.cc/5CSE-69W7 | 39,800,000 |
| 8 | https://www.tiktok.com/@coolitd/video/7397567717433183534 | https://perma.cc/R49M-VWM5 | 34,800,000 |
| 9 | https://www.tiktok.com/@nfl/video/7469609810779032874 | https://perma.cc/P623-2P9X | 34,200,000 |
| 10 | https://www.tiktok.com/@chillestcat/video/7366226777183718657 | https://perma.cc/5H3G-UYHR | 34,100,000 |
| 11 | https://www.tiktok.com/@o.nardis/video/7469781721509088518 | https://perma.cc/5QHH-E6WL | 33,000,000 |
| 12 | https://www.tiktok.com/@king.science/video/7371177637173153067 | https://perma.cc/QPQ4-FVWV | 28,200,000 |
| 13 | https://www.tiktok.com/@juicyyyyjayyy/video/7383515649672301870 | https://perma.cc/2N8L-YYYC | 26,500,000 |
| 14 | https://www.tiktok.com/@ohh.heyy.its.nayy/photo/7469628729375919403 | https://perma.cc/ZK56-HH6F | 24,900,000 |
| 15 | https://www.tiktok.com/@musicmediaco/video/7467240780227251486 | https://perma.cc/B74N-3RGU | 24,100,000 |
| 16 | https://www.tiktok.com/@bamypb/video/7380050903681830176 | https://perma.cc/U387-ZLFJ | 23,700,000 |
| 17 | https://www.tiktok.com/@jaden.moseley/video/7469841358887406879 | https://perma.cc/C7ZH-H7M6 | 23,700,000 |
| 18 | https://www.tiktok.com/@vrewls/video/7366050865687432490 | https://perma.cc/PU7M-D5ME | 22,800,000 |
| 19 | https://www.tiktok.com/@lextakesthecity/video/7382678737453583658 | https://perma.cc/B5YA-8FM5 | 22,700,000 |
| 20 | https://www.tiktok.com/@tesskrauser/video/7366332648572079402 | https://perma.cc/8US4-W6MV | 22,000,000 |
| 21 | https://www.tiktok.com/@redbulldance/video/7388262158737411361 | https://perma.cc/N7JN-5RKV | 21,500,000 |
| 22 | https://www.tiktok.com/@popsense_/photo/7365571333691854113 | https://perma.cc/87CE-DDNK | 21,200,000 |
| 23 | https://www.tiktok.com/@vrewls/video/7387949209397382442 | https://perma.cc/3XGB-MGA4 | 21,100,000 |
| 24 | https://www.tiktok.com/@themalachibarton/video/7370520570070338859 | https://perma.cc/8DZS-F6XW | 20,700,000 |
| 25 | https://www.tiktok.com/@newbunnis/video/7486799860977536302 | https://perma.cc/QYP8-QPTG | 20,700,000 |
| 26 | https://www.tiktok.com/@yon1on0/video/7365339423778721070 | https://perma.cc/VNP4-KCFJ | 20,400,000 |

122304520.2

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 27 | https://www.tiktok.com/@fenew4/video/7472104519770344747 | https://perma.cc/GF66-D3QQ | 20,100,000 |
| 28 | https://www.tiktok.com/@reen.h1/photo/7468748984195108129 | https://perma.cc/NM8U-T6LB | 19,900,000 |
| 29 | https://www.tiktok.com/@ourtravelera/video/7382977858219560234 | https://perma.cc/AWK6-L2KN | 19,200,000 |
| 30 | https://www.tiktok.com/@kennabeann14/video/7369705504249007403 | https://perma.cc/LJJ8-MELZ | 18,400,000 |
| 31 | https://www.tiktok.com/@lauren.jumps/video/7470934478513278230 | https://perma.cc/PKV6-4YNB | 18,000,000 |
| 32 | https://www.tiktok.com/@keanulck/video/7382415013631266080 | https://perma.cc/9XS6-YZTC | 17,800,000 |
| 33 | https://www.tiktok.com/@msrkaybee/video/7469612408403774751 | https://perma.cc/SP83-NX9W | 17,700,000 |
| 34 | https://www.tiktok.com/@the_hoodjabi_/video/7365981699236302110 | https://perma.cc/EV2F-CXZF | 17,500,000 |
| 35 | https://www.tiktok.com/@cooljake_48/video/7368221212465483051 | https://perma.cc/S59T-8T9H | 16,100,000 |
| 36 | https://www.tiktok.com/@p0pularkeyy/video/7371510477932776750 | https://perma.cc/56GD-EV9X | 16,000,000 |
| 37 | https://www.tiktok.com/@medicine_box/photo/7469646853957569838 | https://perma.cc/92ZK-8JCU | 16,000,000 |
| 38 | https://www.tiktok.com/@official_nct/video/7376584288428494097 | https://perma.cc/5772-3KC8 | 15,800,000 |
| 39 | https://www.tiktok.com/@xhiejijiclre/video/7366240347309083910 | https://perma.cc/R22G-2735 | 15,400,000 |
| 40 | https://www.tiktok.com/@izzynokizzybackup/video/7387926500013526302 | https://perma.cc/UJ4M-K6NB | 15,300,000 |
| 41 | https://www.tiktok.com/@njanequim/video/7367097791350443281 | https://perma.cc/8H72-BW85 | 15,000,000 |
| 42 | https://www.tiktok.com/@reallyrics17/video/7383465102810336544 | https://perma.cc/VWV5-AGKY | 14,700,000 |
| 43 | https://www.tiktok.com/@flighthouse/video/7371518212598418719 | https://perma.cc/2QM9-7YBQ | 14,400,000 |
| 44 | https://www.tiktok.com/@bringjessthehorizonn/video/7469810916016672042 | https://perma.cc/5WJD-RU8Q | 14,400,000 |
| 45 | https://www.tiktok.com/@thomashubener/video/7389268102564908321 | https://perma.cc/L7XS-RH7A | 14,200,000 |
| 46 | https://www.tiktok.com/@sad_i_e/video/7370575528404733189 | https://perma.cc/7QE4-GZKP | 14,100,000 |
| 47 | https://www.tiktok.com/@overtime/video/7386728839742786862 | https://perma.cc/NT4U-UMHE | 13,700,000 |
| 48 | https://www.tiktok.com/@quesoalex777/video/7367813846532181294 | https://perma.cc/B2YU-LKXX | 13,100,000 |
| 49 | https://www.tiktok.com/@chelsie.dahl/video/7378001417073691950 | https://perma.cc/FLN6-BZK5 | 12,300,000 |
| 50 | https://www.tiktok.com/@dogmamaforkamala/video/7397609730769734943 | https://perma.cc/6T3V-TXY7 | 12,300,000 |
| 51 | https://www.tiktok.com/@noahjaywood/video/7470641622313684267 | https://perma.cc/G3VK-QTGJ | 12,100,000 |
| 52 | https://www.tiktok.com/@thesensoryclub/video/7366781844051971374 | https://perma.cc/WV8B-ADUM | 11,900,000 |

122304520.2

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 53 | https://www.tiktok.com/@a5prod_/video/7469642688745196846 | https://perma.cc/2QUV-V8YX | 11,900,000 |
| 54 | https://www.tiktok.com/@chitownsarah/photo/7469636623165066527 | https://perma.cc/RX5X-FCR6 | 11,900,000 |
| 55 | https://www.tiktok.com/@tessapeay/video/7371583133050752298 | https://perma.cc/BH6M-9QP8 | 11,800,000 |
| 56 | https://www.tiktok.com/@cloutynaz/video/7382409704246398250 | https://perma.cc/JR5D-RFY8 | 11,600,000 |
| 57 | https://www.tiktok.com/@fiscooemo/video/7366416429698010411 | https://perma.cc/9V4S-QXAC | 11,300,000 |
| 58 | https://www.tiktok.com/@hiphoplaylist_/video/7398315713724812576 | https://perma.cc/4SJD-PMVF | 11,200,000 |
| 59 | https://www.tiktok.com/@lucki.lover123/video/7367216866386840874 | https://perma.cc/4LPH-4XSE | 11,000,000 |
| 60 | https://www.tiktok.com/@alex.rubiks.team/video/7471707261086338326 | https://perma.cc/KS2P-SUGK | 10,900,000 |
| 61 | https://www.tiktok.com/@chepispuebla/video/7469686926874889477 | https://perma.cc/A6NE-K5QY | 10,700,000 |
| 62 | https://www.tiktok.com/@amauryguichon/video/7472419927987801390 | https://perma.cc/EJ5V-MMAC | 10,500,000 |
| 63 | https://www.tiktok.com/@lyricalmedia/video/7387931931868171526 | https://perma.cc/6TCY-A6BA | 10,100,000 |
| 64 | https://www.tiktok.com/@gl0balofficial/video/7382768710798331142 | https://perma.cc/L2HM-XTRG | 9,700,000 |
| 65 | https://www.tiktok.com/@milivineboutique/video/7473091260996226322 | https://perma.cc/D9JB-FXBX | 9,600,000 |
| 66 | https://www.tiktok.com/@ecolchi_/video/7393321097346731295 | https://perma.cc/QP3B-8YJV | 9,500,000 |
| 67 | https://www.tiktok.com/@thenightoperators/video/7312635885441256710 | https://perma.cc/7JKJ-8WEF | 9,400,000 |
| 68 | https://www.tiktok.com/@basiciggy/video/7367039771639680298 | https://perma.cc/A5Y8-7GF6 | 8,700,000 |
| 69 | https://www.tiktok.com/@ari.piercing/video/7369700252208647467 | https://perma.cc/GM73-F2NV | 8,600,000 |
| 70 | https://www.tiktok.com/@kid.kevv4/video/7469605542609128750 | https://perma.cc/S8JR-4FBT | 8,500,000 |
| 71 | https://www.tiktok.com/@hayley_.smithh/photo/7470089848326475025 | https://perma.cc/HHN4-CZTW | 8,300,000 |
| 72 | https://www.tiktok.com/@sundaykalogeras/video/7374509186811497734 | https://perma.cc/97W5-75MV | 8,100,000 |
| 73 | https://www.tiktok.com/@not.ur.average.haitian/video/7375744096637422891 | https://perma.cc/XCK8-U9AV | 8,000,000 |
| 74 | https://www.tiktok.com/@84playlist/photo/7467054374137662737 | https://perma.cc/8ZFJ-H5R4 | 8,000,000 |
| 75 | https://www.tiktok.com/@wallythehbk/video/7396686630452612394 | https://perma.cc/66SS-YDW8 | 7,900,000 |
| 76 | https://www.tiktok.com/@gwacefromspace/video/7365604138341649707 | https://perma.cc/U5GH-EDYX | 7,700,000 |
| 77 | https://www.tiktok.com/@konoclouds/video/7469647661549964590 | https://perma.cc/DKZ2-2EQV | 7,600,000 |
| 78 | https://www.tiktok.com/@flighthouse/video/7468080625996631342 | https://perma.cc/4ZEJ-CFGD | 7,600,000 |

122304520.2

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 79 | https://www.tiktok.com/@themarblerace1/video/7367779124590546209 | https://perma.cc/4797-K55M | 7,500,000 |
| 80 | https://www.tiktok.com/@nessatorr/video/7469601565247016223 | https://perma.cc/Q4NK-QJFF | 7,500,000 |
| 81 | https://www.tiktok.com/@jcthebarber__/video/7367472329779203371 | https://perma.cc/UGK7-GH74 | 7,400,000 |
| 82 | https://www.tiktok.com/@kennabeann14/video/7374922430646832427 | https://perma.cc/U2R5-8JTZ | 7,400,000 |
| 83 | https://www.tiktok.com/@iambonetti/video/7374382381223972129 | https://perma.cc/5AR6-6DWQ | 7,300,000 |
| 84 | https://www.tiktok.com/@impjcomics/video/7370711396595600656 | https://perma.cc/4VE6-QELY | 7,100,000 |
| 85 | https://www.tiktok.com/@nfl/video/7470334588984790315 | https://perma.cc/59H4-USLR | 7,100,000 |
| 86 | https://www.tiktok.com/@nurseloveofficial/video/7468369914089442602 | https://perma.cc/VM7S-CZAM | 7,000,000 |
| 87 | https://www.tiktok.com/@redbulldance/video/7436068528802893089 | https://perma.cc/Q6RK-PGC5 | 6,900,000 |
| 88 | https://www.tiktok.com/@tatianakaer/video/7375474385857154337 | https://perma.cc/R84V-BDS4 | 6,800,000 |
| 89 | https://www.tiktok.com/@laylaelenik/video/7378483270784208160 | https://perma.cc/7T2M-VDG9 | 6,500,000 |
| 90 | https://www.tiktok.com/@__space_panda__/video/7389337459819056415 | https://perma.cc/5LGE-YP9Y | 6,500,000 |
| 91 | https://www.tiktok.com/@merlf_animations/video/7372937715471486213 | https://perma.cc/8HFN-JYV9 | 6,400,000 |
| 92 | https://www.tiktok.com/@nona.nopales/video/7389465558120402181 | https://perma.cc/9Y9Z-EAH3 | 6,400,000 |
| 93 | https://www.tiktok.com/@thruitall/photo/7469603790937787678 | https://perma.cc/MJX2-Y349 | 6,200,000 |
| 94 | https://www.tiktok.com/@mario.create/video/7469661231058570527 | https://perma.cc/S89R-TAFK | 6,000,000 |
| 95 | https://www.tiktok.com/@impjcomics/video/7366239935377984769 | https://perma.cc/S9AE-ZZER | 5,900,000 |
| 96 | https://www.tiktok.com/@andy.posner/video/7371955164862975278 | https://perma.cc/JMT3-W6YB | 5,800,000 |
| 97 | https://www.tiktok.com/@flighthouse/video/7467333185349700907 | https://perma.cc/2NXC-FC6B | 5,700,000 |
| 98 | https://www.tiktok.com/@marcanderson8/video/7368949865239399726 | https://perma.cc/GU6V-XPMA | 5,600,000 |
| 99 | https://www.tiktok.com/@soossaa.s/video/7377995062594129195 | https://perma.cc/4AH8-CXQ4 | 5,600,000 |
| 100 | https://www.tiktok.com/@balisticandblind_/video/7383367569064971566 | https://perma.cc/DYR8-ZQLA | 5,500,000 |
| 101 | https://www.tiktok.com/@jolegendd/video/7401969464561945862 | https://perma.cc/S3SB-WZNS | 5,500,000 |
| 102 | https://www.tiktok.com/@law.rence12/video/7397607378851663150 | https://perma.cc/SC68-7K6Y | 5,500,000 |
| 103 | https://www.tiktok.com/@aldoooo.0/video/7374349368670915882 | https://perma.cc/QG48-YD46 | 5,300,000 |
| 104 | https://www.tiktok.com/@pappasparlor/video/7369985503896046880 | https://perma.cc/W7H3-MA4V | 5,300,000 |

122304520.2

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 105 | https://www.tiktok.com/@eldonjcl/video/7371314888385383685 | https://perma.cc/9STS-JVSS | 5,300,000 |
| 106 | https://www.tiktok.com/@d2_shots/video/7371785794425523488 | https://perma.cc/8DMK-47LD | 5,000,000 |
| 107 | https://www.tiktok.com/@bigmike_675/video/7469602152823000351 | https://perma.cc/R69K-V2C2 | 5,000,000 |
| 108 | https://www.tiktok.com/@dme_363/photo/7467157623402564869 | https://perma.cc/DJ6G-WNAX | 5,000,000 |
| 109 | https://www.tiktok.com/@hiphoplaylist_/video/7373744885695860000 | https://perma.cc/6LLK-JSNS | 4,800,000 |
| 110 | https://www.tiktok.com/@loryn.goodwin/video/7380464200599997727 | https://perma.cc/8RDD-QSQR | 4,800,000 |
| 111 | https://www.tiktok.com/@aespa_official/video/7401509513653734664 | https://perma.cc/82DZ-59R6 | 4,800,000 |
| 112 | https://www.tiktok.com/@un25deabril/photo/7477400415609392439 | https://perma.cc/5KFU-DMVR | 4,800,000 |
| 113 | https://www.tiktok.com/@thebeaulexx/video/7395286917727653150 | https://perma.cc/Z2XV-6KMV | 4,700,000 |
| 114 | https://www.tiktok.com/@adrishouldh8u/photo/7469607598233242910 | https://perma.cc/ZT5N-SUX6 | 4,700,000 |
| 115 | https://www.tiktok.com/@the.world.newsoff/video/7388147226725420320 | https://perma.cc/W2MK-U9LF | 4,600,000 |
| 116 | https://www.tiktok.com/@ipostnow/video/7472641647176699178 | https://perma.cc/35HM-KH6B | 4,600,000 |
| 117 | https://www.tiktok.com/@notorlandolucas/video/7372441637856857349 | https://perma.cc/M78M-Z2ZM | 4,300,000 |
| 118 | https://www.tiktok.com/@rustamkholov/video/7370552355164622081 | https://perma.cc/JL8D-8UBT | 4,300,000 |
| 119 | https://www.tiktok.com/@sopharoch/video/7468859216518778155 | https://perma.cc/56PP-XHYN | 4,300,000 |
| 120 | https://www.tiktok.com/@musicmediaco/video/7469636427081452831 | https://perma.cc/A4BM-KRPH | 4,100,000 |
| 121 | https://www.tiktok.com/@artbyvfae/photo/7470023436866227498 | https://perma.cc/VQ7W-ZTSS | 4,000,000 |
| 122 | https://www.tiktok.com/@meghantorla_/video/7469610271967907115 | https://perma.cc/5RXM-NAB7 | 4,000,000 |
| 123 | https://www.tiktok.com/@hugo.hilaire/video/7371199213331303713 | https://perma.cc/7GQY-PBSK | 3,900,000 |
| 124 | https://www.tiktok.com/@taylinchandlr/video/7371995661471862023 | https://perma.cc/2MDY-L6RA | 3,900,000 |
| 125 | https://www.tiktok.com/@djrenaissance87/video/7379785254220909867 | https://perma.cc/ZE8C-7ZBV | 3,900,000 |
| 126 | https://www.tiktok.com/@austintaylorrrr/video/7369724189332229392 | https://perma.cc/6VER-F3JD | 3,800,000 |
| 127 | https://www.tiktok.com/@therealbcelltg/video/7367059063127035182 | https://perma.cc/DLK3-LWW7 | 3,800,000 |
| 128 | https://www.tiktok.com/@lyhkdt/video/7388151619977825554 | https://perma.cc/HJQ7-87G4 | 3,800,000 |
| 129 | https://www.tiktok.com/@palidiaries/photo/7469698248689585426 | https://perma.cc/MB62-XNXJ | 3,800,000 |
| 130 | https://www.tiktok.com/@ur_faveboi23/video/7374483389430222086 | https://perma.cc/J2DA-D6N2 | 3,700,000 |

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 131 | https://www.tiktok.com/@kelseycarlucci/photo/7467041212504034602 | https://perma.cc/M38P-AC46 | 3,700,000 |
| 132 | https://www.tiktok.com/@caitlin_dack/photo/7469779131404717345 | https://perma.cc/KY2Q-RNN2 | 3,700,000 |
| 133 | https://www.tiktok.com/@costarenato3/video/7372210659104197893 | https://perma.cc/KT8B-PNB4 | 3,600,000 |
| 134 | https://www.tiktok.com/@mitdn_/video/7371803167983422753 | https://perma.cc/MWT3-PG8Q | 3,600,000 |
| 135 | https://www.tiktok.com/@oshuclips/video/7369214816323374369 | https://perma.cc/K2JJ-GVE8 | 3,600,000 |
| 136 | https://www.tiktok.com/@datboysneakerss/video/7375640411999718661 | https://perma.cc/CT9Q-M4L5 | 3,600,000 |
| 137 | https://www.tiktok.com/@chantegeyser/video/7375516761736662277 | https://perma.cc/BW2Y-GFUW | 3,500,000 |
| 138 | https://www.tiktok.com/@samuarlll/video/7370009879068609835 | https://perma.cc/3JM7-MHK2 | 3,500,000 |
| 139 | https://www.tiktok.com/@anniquemcleod_/photo/7469763476534086943 | https://perma.cc/KG77-R9GU | 3,500,000 |
| 140 | https://www.tiktok.com/@samouricasspam/video/7372562827766140166 | https://perma.cc/TM4P-HY5D | 3,400,000 |
| 141 | https://www.tiktok.com/@jailah.k/photo/7469677823318379818 | https://perma.cc/596N-XYC4 | 3,400,000 |
| 142 | https://www.tiktok.com/@hiphoplaylist_/video/7382626454867103009 | https://perma.cc/AMH9-VKHU | 3,300,000 |
| 143 | https://www.tiktok.com/@musicmediaco/video/7471107573903641886 | https://perma.cc/2TXZ-HCSQ | 3,300,000 |
| 144 | https://www.tiktok.com/@gala.fr/video/7481241490983898390 | https://perma.cc/7H7R-AY77 | 3,200,000 |
| 145 | https://www.tiktok.com/@bbywinnibeauty/video/7385407570447437062 | https://perma.cc/G7GS-Z983 | 3,100,000 |
| 146 | https://www.tiktok.com/@rotoberu/video/7382634668870454535 | https://perma.cc/V48D-EX3V | 3,100,000 |
| 147 | https://www.tiktok.com/@onsitepublicmedia/photo/7467283247358135598 | https://perma.cc/2VVQ-YJZY | 3,100,000 |
| 148 | https://www.tiktok.com/@madison.humphreyy/photo/7469626663723126058 | https://perma.cc/QJ22-5SF8 | 3,100,000 |
| 149 | https://www.tiktok.com/@federico.ravazzi/video/7374735844436987168 | https://perma.cc/J3QP-EPLB | 3,000,000 |
| 150 | https://www.tiktok.com/@mar1aa9_/photo/7366498263404530977 | https://perma.cc/YLL3-735R | 3,000,000 |
| 151 | https://www.tiktok.com/@tinkerbelle185/photo/7469774560028593441 | https://perma.cc/B23L-NKPH | 2,900,000 |
| 152 | https://www.tiktok.com/@rap/photo/7365355520359877934 | https://perma.cc/FHE7-VU9Y | 2,800,000 |
| 153 | https://www.tiktok.com/@localturtle/video/7395552779391028513 | https://perma.cc/HEF5-CMM7 | 2,700,000 |
| 154 | https://www.tiktok.com/@ingridn.20/photo/7470232924739079429 | https://perma.cc/TZ6D-PNKA | 2,700,000 |
| 155 | https://www.tiktok.com/@jrazzypark/video/7373230142400826630 | https://perma.cc/L47J-3TBK | 2,600,000 |
| 156 | https://www.tiktok.com/@eldonjcl/video/7372451604341247237 | https://perma.cc/L78V-MFJG | 2,600,000 |

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 157 | https://www.tiktok.com/@itstotallynotmaggie/photo/7471755370562669855 | https://perma.cc/R3WJ-ATYX | 2,600,000 |
| 158 | https://www.tiktok.com/@anyeverything8/photo/7469813672303627566 | https://perma.cc/N6US-B6WG | 2,600,000 |
| 159 | https://www.tiktok.com/@nate.t3/video/7368104430765460742 | https://perma.cc/PQ89-LUBM | 2,400,000 |
| 160 | https://www.tiktok.com/@who.is.hannahbanana/photo/7469812533000604974 | https://perma.cc/ENL5-D4D6 | 2,400,000 |
| 161 | https://www.tiktok.com/@zoecolletti/video/7373008580510846251 | https://perma.cc/B225-3SXD | 2,300,000 |
| 162 | https://www.tiktok.com/@ryan.jjk/video/7372453457602661638 | https://perma.cc/E2TA-BYR8 | 2,300,000 |
| 163 | https://www.tiktok.com/@rf20053/photo/7477711564926143749 | https://perma.cc/DA9E-VXPK | 2,300,000 |
| 164 | https://www.tiktok.com/@cherry_keem/video/7380488077468323077 | https://perma.cc/XD2S-C3G9 | 2,200,000 |
| 165 | https://www.tiktok.com/@datboysneakerss/video/7371555296772181254 | https://perma.cc/3MVH-UTUZ | 2,200,000 |
| 166 | https://www.tiktok.com/@uh.idk.uh/video/7372628749210225926 | https://perma.cc/BR7R-NTWJ | 2,200,000 |
| 167 | https://www.tiktok.com/@caleb.green/video/7390585441491111199 | https://perma.cc/ZYW2-CU8Z | 2,100,000 |
| 168 | https://www.tiktok.com/@kaicenatclipzzz1/video/7387981435090652448 | https://perma.cc/DGE2-UHD4 | 2,100,000 |
| 169 | https://www.tiktok.com/@ennwonity/video/7375149237132168480 | https://perma.cc/PR5A-5LJP | 2,000,000 |
| 170 | https://www.tiktok.com/@trendkidds/video/7376008096763612448 | https://perma.cc/SDA2-WBUW | 2,000,000 |
| 171 | https://www.tiktok.com/@arkadiabarson/photo/7469705119601397014 | https://perma.cc/PE6Z-8Q5U | 2,000,000 |
| 172 | https://www.tiktok.com/@adriyonce/video/7365319392898403630 | https://perma.cc/FH38-ES9D | 1,900,000 |
| 173 | https://www.tiktok.com/@natfart/video/7366392635172474155 | https://perma.cc/PZH2-N9JQ | 1,800,000 |
| 174 | https://www.tiktok.com/@kikakiim/video/7372744078947077382 | https://perma.cc/GP4B-WXPS | 1,700,000 |
| 175 | https://www.tiktok.com/@earlieeee/video/7366474423953591558 | https://perma.cc/24FY-2JD4 | 1,700,000 |
| 176 | https://www.tiktok.com/@shampqang.ae/video/7366399640754834694 | https://perma.cc/W867-97RZ | 1,600,000 |
| 177 | https://www.tiktok.com/@taylinchandlr/video/7373572623013383431 | https://perma.cc/GY86-US49 | 1,600,000 |
| 178 | https://www.tiktok.com/@d2_shots/video/7371144044342185248 | https://perma.cc/2LN9-EE5F | 1,500,000 |
| 179 | https://www.tiktok.com/@sofia_mcoelho/video/7375257546900196640 | https://perma.cc/CPB2-XHL4 | 1,400,000 |
| 180 | https://www.tiktok.com/@itsyujen/video/7382974782087662854 | https://perma.cc/F9ZP-8M59 | 1,300,000 |
| 181 | https://www.tiktok.com/@itsyujen/video/7389286252941479174 | https://perma.cc/2S3C-EV2D | 1,200,000 |
| 182 | https://www.tiktok.com/@pariyac/video/7373382738520362245 | https://perma.cc/TSB9-26C4 | 874,800 |

|  | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 183 | https://www.tiktok.com/@screamskhoi/video/7386797956294348038 | https://perma.cc/4FVV-ML7Z | 805,800 |
|  |  | *Total*: | 2,063,880,600 |