# EXHIBIT B

| | URL | Perma Link | Views as of ~~01/12/2025~~04/16/2025 |
|---|---|---|---|
| 1 | ~~https://www.tiktok.com/@boomshadowace/video/7418945847225781522~~ https://www.tiktok.com/@boomshadowace/video/7418945847225781522 | ~~https://perma.cc/MLR4-74KD~~ https://perma.cc/MLR4-74KD | ~~136,500,000~~ 137,700,000 |
| 2 | ~~https://www.tiktok.com/@duh.itzz.vivienne/video/7365171805172157742~~ https://www.tiktok.com/@nfl/video/7469607703065791 790 | https://perma.cc/~~Y6KG-ZHJJ~~ RV58-BY67 | ~~49,600,000~~ 102,600,000 |
| 3 | ~~https://www.tiktok.com/@austinpepito/video/7365925378239548714~~ https://www.tiktok.com/@zayaan4/video/7469726801934191877 | https://perma.cc/NM3U ~~https://perma.cc/X3LB-TAJE~~ GKU8 | ~~46,000,000~~ 77,000,000 |
| 4 | ~~https://www.tiktok.com/@enhypen/video/7374792955237895425~~ https://www.tiktok.com/@cloutynaz/video/7469601250192084270 | ~~https://perma.cc/5CSE-69W7~~ https://perma.cc/956R-ALMU | ~~36,700,000~~ 58,200,000 |
| 5 | ~~https://www.tiktok.com/@coolitd/video/7397567717433183534~~ https://www.tiktok.com/@duh.itzz.vivienne/video/73651 71805172157742 | ~~https://perma.cc/R49M-VWM5~~ https://perma.cc/Y6KG- ZHJJ | ~~34,500,000~~ 50,500,000 |
| 6 | ~~https://www.tiktok.com/@chillestcat/video/7366226777183718657~~ https://www.tiktok.com/@austinpepito/video/7365925378239548714 | ~~https://perma.cc/5H3G-UYHR~~ https://perma.cc/X3LB-TAJE | ~~33,600,000~~ 48,200,000 |
| 7 | ~~https://www.tiktok.com/@king.science/video/7371177637173153067~~ https://www.tiktok.com/@enhypen/video/7374792955237895425 | ~~https://perma.cc/QPQ4-FVWV~~ https://perma.cc/5CSE-69W7 | ~~27,500,000~~ 39,800,000 |
| 8 | ~~https://www.tiktok.com/@juicyyyyjayyy/video/7383515649672301870~~ https://www.tiktok.com/@coolitd/video/7397567717433 183534 | ~~https://perma.cc/2N8L-YYYC~~ https://perma.cc/R49M-VWM5 | ~~26,300,000~~ 34,800,000 |
| 9 | ~~https://www.tiktok.com/@bamypb/video/7380050903681830176~~ https://www.tiktok.com/@nfl/video/7469609810779032 874 | ~~https://perma.cc/U387-ZLFJ~~ https://perma.cc/P623-2P9X | ~~23,500,000~~ 34,200,000 |
| 10 | ~~https://www.tiktok.com/@tesskrauser/video/7366332648572079402~~ https://www.tiktok.com/@chillestcat/video/7366226 777183718657 | ~~https://perma.cc/8US4-W6MV~~ https://perma.cc/5H3G-UYHR | ~~21,600,000~~ 34,100,000 |
| 11 | ~~https://www.tiktok.com/@redbulldance/video/7388262158737411361~~ https://www.tiktok.com/@o.nardis/video/7469781721509088518 | ~~https://perma.cc/N7JN-5RKV~~ https://perma.cc/5QHH-E6WL | ~~20,700,000~~ 33,000,000 |
| 12 | ~~https://www.tiktok.com/@popsense_/photo/7365571333691854113~~ https://www.tiktok.com/@king.science/video/7371177637173153067 | ~~https://perma.cc/87CE-DDNK~~ https://perma.cc/QPQ4-FVWV | ~~20,600,000~~ 28,200,000 |
| 13 | ~~https://www.tiktok.com/@vrewls/video/7366050865687432490~~ https://www.tiktok.com/@juicyyyyjayyy/video/7383515 649672301870 | ~~https://perma.cc/PU7M-D5ME~~ https://perma.cc/2N8L-YYYC | ~~20,400,000~~ 26,500,000 |
| 14 | ~~https://www.tiktok.com/@lextakesthecity/video/738267~~ | ~~https://perma.cc/B5YA-~~ | ~~20,300,000~~ 24,900,000 |

| | | | |
|---|---|---|---|
| | 8737453583658https://www.tiktok.com/@ohh.heyy.its.nayy/photo/7469 628729375919403 | 8FM5https://perma.cc/ZK56-HH6F | 00 |
| 15 | https://www.tiktok.com/@themalachibarton/video/7370520570070338859https://www.tiktok.com/@musicmediaco/video/7467240 780227251486 | https://perma.cc/8DZS-F6XWhttps://perma.cc/B74N-3RGU | 20,200,00024,100,000 |
| 16 | https://www.tiktok.com/@yon1on0/video/7365339423778721070https://www.tiktok.com/@bamypb/video/7380050903681830176 | https://perma.cc/VNP4-KCFJhttps://perma.cc/U387-ZLFJ | 20,200,00023,700,000 |
| 17 | https://www.tiktok.com/@ourtravelera/video/7382977858219560234https://www.tiktok.com/@jaden.moseley/video/74698 41 358887406879 | https://perma.cc/AWK6-L2KNhttps://perma.cc/C7ZH-H7M6 | 18,900,00023,700,000 |
| 18 | https://www.tiktok.com/@kennabeann14/video/7369705504249007403https://www.tiktok.com/@vrewls/video/7366 050865687 432490 | https://perma.cc/LJJ8-MELZhttps://perma.cc/PU7M-D5ME | 18,100,00022,800,000 |
| 19 | https://www.tiktok.com/@vrewls/video/7387949209397382442https://www.tiktok.com/@lextakesthecity/video/738267 8737453583658 | https://perma.cc/3XGB-MGA4https://perma.cc/B5YA-8FM5 | 17,500,00022,700,000 |
| 20 | https://www.tiktok.com/@the_hoodjabi_/video/7365981699236302110https://www.tiktok.com/@tesskrauser/video/7366332648572079402 | https://perma.cc/EV2F-CXZFhttps://perma.cc/8US4-W6MV | 17,400,00022,000,000 |
| 21 | https://www.tiktok.com/@cooljake_48/video/7368221212465483051 | https://perma.cc/S59T-8T9H | 16,000,000 |
| 22 | https://www.tiktok.com/@p0pularkeyy/video/7371510477932776750 | https://perma.cc/56GD-EV9X | 16,000,000 |
| 23 | https://www.tiktok.com/@izzynokizzybackup/video/7387926500013526302 | https://perma.cc/UJ4M-K6NB | 15,300,000 |
| 24 | https://www.tiktok.com/@official_net/video/737658428842 8494097 | https://perma.cc/5772-3KC8 | 15,300,000 |
| 25 | https://www.tiktok.com/@njanequim/video/7367097791350443281 | https://perma.cc/8H72-BW85 | 14,900,000 |
| 26 | https://www.tiktok.com/@xhiejijielre/video/7366240347309083910 | https://perma.cc/R22G-2735 | 14,800,000 |
| 21 | https://www.tiktok.com/@redbulldance/video/7388262 1 58737411361 | https://perma.cc/N7JN-5RKV | 21,500,000 |
| 22 | https://www.tiktok.com/@popsense_/photo/736557133 3 691854113 | https://perma.cc/87CE-DDNK | 21,200,000 |
| 23 | https://www.tiktok.com/@vrewls/video/738794920939 7 382442 | https://perma.cc/3XGB-MGA4 | 21,100,000 |
| 24 | https://www.tiktok.com/@themalachibarton/video/73 70 520570070338859 | https://perma.cc/8DZS-F6XW | 20,700,000 |
| 25 | https://www.tiktok.com/@newbunnis/video/748679986 0 977536302 | https://perma.cc/QYP8-QPTG | 20,700,000 |
| 26 | https://www.tiktok.com/@yon1on0/video/73653394237 78721070 | https://perma.cc/VNP4-KCFJ | 20,400,000 |

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| 27 | https://www.tiktok.com/@fenew4/video/74721045197 0344747 | https://perma.cc/GF66-D3QQ | 20,100,000 |
| 28 | https://www.tiktok.com/@reen.h1/photo/74687489841 9 5108129 | https://perma.cc/NM8U-T6LB | 19,900,000 |
| 29 | https://www.tiktok.com/@ourtravelera/video/73829778 5 8219560234 | https://perma.cc/AWK6-L2KN | 19,200,000 |
| 30 | https://www.tiktok.com/@kennabeann14/video/73697 05 504249007403 | https://perma.cc/LJJ8-MELZ | 18,400,000 |
| 31 | https://www.tiktok.com/@lauren.jumps/video/747093 44 78513278230 | https://perma.cc/PKV6-4YNB | 18,000,000 |
| 32 | https://www.tiktok.com/@keanulck/video/7382415013 6 31266080 | https://perma.cc/9XS6-YZTC | 17,800,000 |
| 33 | https://www.tiktok.com/@msrkaybee/video/746961240 8 403774751 | https://perma.cc/SP83-NX9W | 17,700,000 |
| 34 | https://www.tiktok.com/@the_hoodjabi_/video/736598 1 699236302110 | https://perma.cc/EV2F-CXZF | 17,500,000 |
| 35 | https://www.tiktok.com/@cooljake_48/video/73682212 1 2465483051 | https://perma.cc/S59T-8T9H | 16,100,000 |
| 36 | https://www.tiktok.com/@p0pularkeyy/video/7371510 4 77932776750 | https://perma.cc/56GD-EV9X | 16,000,000 |
| 37 | https://www.tiktok.com/@medicine_box/photo/746964 6 853957569838 | https://perma.cc/92ZK-8JCU | 16,000,000 |
| 38 | https://www.tiktok.com/@official_nct/video/73765842 8 8428494097 | https://perma.cc/5772-3KC8 | 15,800,000 |
| 39 | https://www.tiktok.com/@xhiejijiclre/video/736624034 7 309083910 | https://perma.cc/R22G-2735 | 15,400,000 |
| 40 | https://www.tiktok.com/@izzynokizzybackup/video/73 8 7926500013526302 | https://perma.cc/UJ4M-K6NB | 15,300,000 |
| 41 | https://www.tiktok.com/@njanequim/video/736709779 1 350443281 | https://perma.cc/8H72-BW85 | 15,000,000 |
| 42 | https://www.tiktok.com/@reallyrics17/video/73834651 0 2810336544 | https://perma.cc/VWV5-AGKY | 14,700,000 |
| 43 | https://www.tiktok.com/@flighthouse/video/73715182 1 2598418719 | https://perma.cc/2QM9-7YBQ | 14,400,000 |
| 44 | https://www.tiktok.com/@bringjessthehorizonn/video/ 74 698109160166720 42 | https://perma.cc/5WJD-RU8Q | 14,400,000 |
| 45 | https://www.tiktok.com/@thomashubener/video/7389 26 8102564908321 | https://perma.cc/L7XS-RH7A | 14,200,000 |
| 46 | https://www.tiktok.com/@sad_i_e/video/73705755284 0 4733189 | https://perma.cc/7QE4-GZKP | 14,100,000 |
| 47 | https://www.tiktok.com/@overtime/video/7386728839 7 42786862 | https://perma.cc/NT4U-UMHE | 13,700,000 |
| 48 | https://www.tiktok.com/@quesoalex777/video/7367813 846532181294 | https://perma.cc/B2YU-LKXX | 13,100,000 |
| 49 | https://www.tiktok.com/@chelsie.dahl/video/73780014 1 7073691950 | https://perma.cc/FLN6-BZK5 | 12,300,000 |
| 50 | https://www.tiktok.com/@dogmamaforkamala/video/ 73 97609730769734943 | https://perma.cc/6T3V-TXY7 | 12,300,000 |
| 51 | https://www.tiktok.com/@noahjaywood/video/74706416 22313684267 | https://perma.cc/G3VK-QTGJ | 12,100,000 |
| 52 | https://www.tiktok.com/@thesensoryclub/video/73667 8 1844051971374 | https://perma.cc/WV8B-ADUM | 11,900,000 |
| ~~27~~ | ~~https://www.tiktok.com/@reallyrics17/video/7383465102~~ | ~~https://perma.cc/VWV~~ | ~~14,200,000~~ |

| | | | |
|---|---|---|---|
| | ~~810336544~~ | ~~5-AGKY~~ | |
| ~~28~~ | ~~https://www.tiktok.com/@thomashubener/video/7389268102564908321~~ | ~~https://perma.cc/L7XS-RH7A~~ | ~~14,200,000~~ |
| ~~29~~ | ~~https://www.tiktok.com/@flighthouse/video/7371518212598418719~~ | ~~https://perma.cc/2QM9-7YBQ~~ | ~~14,000,000~~ |
| ~~30~~ | ~~https://www.tiktok.com/@sad_i_e/video/7370575528404733189~~ | ~~https://perma.cc/7QE4-GZKP~~ | ~~13,300,000~~ |
| ~~31~~ | ~~https://www.tiktok.com/@overtime/video/7386728839742786862~~ | ~~https://perma.cc/NT4U-UMHE~~ | ~~13,100,000~~ |
| ~~32~~ | ~~https://www.tiktok.com/@quesoalex777/video/7367813846532181294~~ | ~~https://perma.cc/B2YU-LKXX~~ | ~~13,100,000~~ |
| ~~33~~ | ~~https://www.tiktok.com/@keanulek/video/7382415013631266080~~ | ~~https://perma.cc/9XS6-YZTC~~ | ~~13,000,000~~ |
| ~~34~~ | ~~https://www.tiktok.com/@chelsie.dahl/video/7378001417073691950~~ | ~~https://perma.cc/FLN6-BZK5~~ | ~~12,200,000~~ |
| | URL | Perma Link | Views as of 04/16/2025 |
| 53 | https://www.tiktok.com/@a5prod_/video/746964268874 5196846 | https://perma.cc/2QUV-V8YX | 11,900,000 |
| 54 | https://www.tiktok.com/@chitownsarah/photo/74696366 23165066527 | https://perma.cc/RX5X-FCR6 | 11,900,000 |
| ~~35~~55 | ~~https://www.tiktok.com/@tessapeay/video/7371583133050752298~~https://www.tiktok.com/@tessapeay/video/73715831330 50752298 | https://perma.cc/BH6M ~~https://perma.cc/BH6M-9QP8~~-9QP8 | 11,800,000 |
| ~~36~~56 | ~~https://www.tiktok.com/@cloutynaz/video/7382409704246398250~~https://www.tiktok.com/@cloutynaz/video/7382409704246398250 | ~~https://perma.cc/JR5D-RFY8~~https://perma.cc/JR5D-RFY8 | ~~11,500,000~~11,600,000 |
| ~~37~~57 | ~~https://www.tiktok.com/@dogmamaforkamala/video/7397609730769734943~~https://www.tiktok.com/@fiscooemo/video/7366416429 698010411 | ~~https://perma.cc/6T3V-TXY7~~https://perma.cc/9V4S-QXAC | ~~11,400,000~~11,300,000 |
| ~~38~~58 | ~~https://www.tiktok.com/@thesensoryclub/video/7366781844051971374~~https://www.tiktok.com/@hiphoplaylist_/video/7398315 713724812576 | ~~https://perma.cc/WV8B-ADUM~~https://perma.cc/4SJD-PMVF | ~~11,300,000~~11,200,000 |
| ~~39~~59 | ~~https://www.tiktok.com/@hiphoplaylist_/video/7398315713724812576~~https://www.tiktok.com/@lucki.lover123/video/7367216866386840874 | ~~https://perma.cc/4SJD-PMVF~~https://perma.cc/4LPH-4XSE | 11,000,000 |
| ~~40~~60 | ~~https://www.tiktok.com/@lucki.lover123/video/7367216866386840874~~https://www.tiktok.com/@alex.rubiks.team/video/74717 07261086338326 | ~~https://perma.cc/4LPH-4XSE~~https://perma.cc/KS2P-SUGK | 10,900,000 |
| ~~41~~61 | ~~https://www.tiktok.com/@ecolchi_/video/7393321097346731295~~https://www.tiktok.com/@chepispuebla/video/7469686926874889477 | ~~https://perma.cc/QP3B-8YJV~~https://perma.cc/A6NE-K5QY | ~~9,500,000~~10,700,000 |
| ~~42~~62 | ~~https://www.tiktok.com/@fiscooemo/video/7366416429698010411~~https://www.tiktok.com/@amauryguichon/video/7472419927987801390 | ~~https://perma.cc/9V4S-QXAC~~https://perma.cc/EJ5V-MMAC | ~~9,400,000~~10,500,000 |
| 63 | https://www.tiktok.com/@lyricalmedia/video/73879319 | https://perma.cc/6TCY- | 10,100,000 |

**122304520.2**

| | 31868171526 | A6BA | |
|---|---|---|---|
| 64 | https://www.tiktok.com/@gl0balofficial/video/7382768 710798331142 | https://perma.cc/L2HM-XTRG | 9,700,000 |
| 65 | https://www.tiktok.com/@milivineboutique/video/74730 91260996226322 | https://perma.cc/D9JB-FXBX | 9,600,000 |
| 66 | https://www.tiktok.com/@ecolchi_/video/73933210973 4 6731295 | https://perma.cc/QP3B-8YJV | 9,500,000 |
| 4367 | https://www.tiktok.com/@thenightoperators/video/7312 635885441256710https://www.tiktok.com/@thenightoperators/video/7312 635885441256710 | https://perma.cc/7JKJ-8WEFhttps://perma.cc/7JKJ-8WEF | 9,400,000 |
| 44 | https://www.tiktok.com/@lyricalmedia/video/7387931931 868171526 | https://perma.cc/6TCY-A6BA | 9,100,000 |
| 4568 | https://www.tiktok.com/@basiciggy/video/73670397716 39680298https://www.tiktok.com/@basiciggy/video/73670397716 39680298 | https://perma.cc/A5Y8-7GF6https://perma.cc/A5Y8-7GF6 | 8,700,000 |
| 4669 | https://www.tiktok.com/@ari.piercing/video/736970025 2208647467https://www.tiktok.com/@ari.piercing/video/736970025 2208647467 | https://perma.cc/GM73-F2NVhttps://perma.cc/GM73-F2NV | 8,600,000 |
| 4770 | https://www.tiktok.com/@gl0balofficial/video/738276 8710798331142https://www.tiktok.com/@kid.kevv4/video/74696 05542 609128750 | https://perma.cc/L2HM-XTRGhttps://perma.cc/S8JR-4FBT | 8,400,0008,500,000 |
| 71 | https://www.tiktok.com/@hayley_.smithh/photo/74700 8 9848326475025 | https://perma.cc/HHN4-CZTW | 8,300,000 |
| 72 | https://www.tiktok.com/@sundaykalogeras/video/737 45 09186811497734 | https://perma.cc/97W5-75MV | 8,100,000 |
| 4873 | https://www.tiktok.com/@not.ur.average.haitian/vide o/7375744096637422891https://www.tiktok.com/@not.ur.average.haitian/video/7 375744096637422891 | https://perma.cc/XCK8-U9AVhttps://perma.cc/XCK8-U9AV | 8,000,000 |
| 4974 | https://www.tiktok.com/@sundaykalogeras/video/737 4509186811497734https://www.tiktok.com/@84playlist/photo/74 67054374 137662737 | https://perma.cc/97W5-75MVhttps://perma.cc/8ZFJ-H5R4 | 8,000,000 |
| 5075 | https://www.tiktok.com/@wallythehbk/video/7396686 630452612394https://www.tiktok.com/@wallythehbk/video/739668 66 30452612394 | https://perma.cc/66SS-YDW8https://perma.cc/66SS-YDW8 | 7,900,000 |
| 5176 | https://www.tiktok.com/@gwacefromspace/video/7365 604138341649707https://www.tiktok.com/@gwacefromspace/video/736 56 04138341649707 | https://perma.cc/U5GH-EDYXhttps://perma.cc/U5GH-EDYX | 7,700,000 |
| 5277 | https://www.tiktok.com/@themarblerace1/video/7367 779124590546209https://www.tiktok.com/@konoclouds/video/74 6964766 1549964590 | https://perma.cc/4797-K55Mhttps://perma.cc/DKZ2-2EQV | 7,500,0007,600,000 |
| 5378 | https://www.tiktok.com/@jcthebarber /video/7367472329779203371https://www.tiktok.com/@flighthouse/video/746808062 5996631342 | https://perma.cc/UGK7-GH74https://perma.cc/4ZEJ-CFGD | 7,300,0007,600,000 |
| | **URL** | **Perma Link** | **Views as of** |

|  |  |  | 04/16/2025 |
|---|---|---|---|
| 79 | https://www.tiktok.com/@themarblerace1/video/7367779124590546209 | https://perma.cc/4797-K55M | 7,500,000 |
| 80 | https://www.tiktok.com/@nessatorr/video/74696015652 47016223 | https://perma.cc/Q4NK-QJFF | 7,500,000 |
| 81 | https://www.tiktok.com/@jcthebarber /video/7367472 329779203371 | https://perma.cc/UGK7-GH74 | 7,400,000 |
| 82 | https://www.tiktok.com/@kennabeann14/video/7374922 430646832427 | https://perma.cc/U2R5-8JTZ | 7,400,000 |
| 83 | https://www.tiktok.com/@iambonetti/video/7374382381 223972129 | https://perma.cc/5AR6-6DWQ | 7,300,000 |
| ~~54~~84 | ~~https://www.tiktok.com/@iambonetti/video/73743823811223972129~~https://www.tiktok.com/@impjcomics/video/737071139 6595600656 | ~~https://perma.cc/5AR6-6DWQ~~https://perma.cc/4VE6-QELY | ~~6,900,000~~7,100,000 |
| ~~55~~85 | ~~https://www.tiktok.com/@tatianakaer/video/737547438 5857154337~~https://www.tiktok.com/@nfl/video/7470334588984790 315 | https://perma.cc/~~R84V-BDS4~~59H4-USLR | ~~6,700,000~~7,100,000 |
| 86 | https://www.tiktok.com/@nurseloveofficial/video/74683 69914089442602 | https://perma.cc/VM7S-CZAM | 7,000,000 |
| 87 | https://www.tiktok.com/@redbulldance/video/74360685 28802893089 | https://perma.cc/Q6RK-PGC5 | 6,900,000 |
| ~~56~~88 | ~~https://www.tiktok.com/@impjcomics/video/7370711396595600656~~https://www.tiktok.com/@tatianakaer/video/7375474385 857154337 | ~~https://perma.cc/4VE6-QELY~~https://perma.cc/R84V-BDS4 | ~~6,600,000~~6,800,000 |
| ~~57~~89 | ~~https://www.tiktok.com/@kennabeann14/video/7374922430646832427~~https://www.tiktok.com/@laylaelenik/video/7378483270 784208160 | ~~https://perma.cc/U2R5-8JTZ~~https://perma.cc/7T2M-VDG9 | 6,500,000 |
| ~~58~~90 | ~~https://www.tiktok.com/@laylaelenik/video/73784832700784208160~~https://www.tiktok.com/@ space_panda /video/7389 337459819056415 | ~~https://perma.cc/7T2M-VDG9~~https://perma.cc/5LGE-YP9Y | 6,500,000 |
| ~~59~~91 | ~~https://www.tiktok.com/@merlf_animations/video/73729377154714862~~13https://www.tiktok.com/@merlf_animations/video/7 372 937715471486213 | ~~https://perma.cc/8HFN-JYV9~~https://perma.cc/8HFN-JYV9 | 6,400,000 |
| ~~60~~92 | ~~https://www.tiktok.com/@nona.nopales/video/7389465558120402181~~https://www.tiktok.com/@nona.nopales/video/738946 55 58120402181 | ~~https://perma.cc/9Y9Z-EAH3~~https://perma.cc/9Y9Z-EAH3 | 6,400,000 |
| ~~61~~93 | ~~https://www.tiktok.com/@ space_panda /video/7389337459819056415~~https://www.tiktok.com/@thruitall/photo/746960379093 7787678 | ~~https://perma.cc/5LGE-YP9Y~~https://perma.cc/MJX2-Y349 | ~~6,300,000~~6,200,000 |
| ~~62~~94 | ~~https://www.tiktok.com/@redbulldance/video/74360685 28802893089~~https://www.tiktok.com/@mario.create/video/7469 6612 31058570527 | ~~https://perma.cc/Q6RK-PGC5~~https://perma.cc/S89R-TAFK | ~~6,200,000~~6,000,000 |
| 95 | https://www.tiktok.com/@impjcomics/video/73662399 3 5377984769 | https://perma.cc/S9AE-ZZER | 5,900,000 |
| ~~63~~96 | ~~https://www.tiktok.com/@andy.posner/video/7371955 164862975278~~https://www.tiktok | ~~https://perma.cc/JMT3-W6YB~~https://pe | 5,800,000 |

| | | .com/@andy.posner/video/73719 5516 4862975278 | rma.cc/JMT3-W6YB | |
|---|---|---|---|---|
| | 97 | https://www.tiktok.com/@flighthouse/video/74673331 8 5349700907 | https://perma.cc/2NXC-FC6B | 5,700,000 |
| 64 | 98 | https://www.tiktok.com/@impjcomics/video/73662399 35377984769https://www.tiktok.com/@marcanderson8/video/736894 9865239399726 | https://perma.cc/S9AE-ZZERhttps://perma.cc/GU6V-XPMA | 5,600,000 |
| 65 | 99 | https://www.tiktok.com/@marcanderson8/video/736894 9865239399726https://www.tiktok.com/@soossaa.s/video/7377995 0625 94129195 | https://perma.cc/GU6V-XPMAhttps://perma.cc/4AH8-CXQ4 | 5,600,000 |
| 66 | 100 | https://www.tiktok.com/@balisticandblind_/video/73833 67569064971566https://www.tiktok.com/@balisticandblind_/video/73833 67569064971566 | https://perma.cc/DYR8-ZQLAhttps://perma.cc/DYR8-ZQLA | 5,500,000 |
| 67 | 101 | https://www.tiktok.com/@jolegendd/video/74019694645 61945862https://www.tiktok.com/@jolegendd/video/7401969464 561945862 | https://perma.cc/S3SB-WZNShttps://perma.cc/S3SB-WZNS | 5,500,000 |
| 68 | 102 | https://www.tiktok.com/@law.rence12/video/739760737 8851663150https://www.tiktok.com/@law.rence12/video/739760737 8851663150 | https://perma.cc/SC68-7K6Yhttps://perma.cc/SC68-7K6Y | 5,500,000 |
| 69 | 103 | https://www.tiktok.com/@soossaa.s/video/73779950625 94129195https://www.tiktok.com/@aldoooo.0/video/7374349368 670915882 | https://perma.cc/4AH8-CXQ4https://perma.cc/QG48-YD46 | 5,400,0005,300,000 |
| 70 | 104 | https://www.tiktok.com/@aldoooo.0/video/737434936 8670915882https://www.tiktok.com/@pappasparlor/video/7369985 5 03896046880 | https://perma.cc/QG48-YD46https://perma.cc/W7H3-MA4V | 5,300,000 |
| 71 | | https://www.tiktok.com/@pappasparlor/video/736998550 3896046880URL | https://perma.cc/W7H3-MA4VPerma Link | 5,300,000Views as of 04/16/2025 |
| 72 | 105 | https://www.tiktok.com/@eldonjel/video/73713148883 85383685https://www.tiktok.com/@eldonjcl/video/7371314888 38 5383685 | https://perma.cc/9STS-JVSShttps://perma.cc/9STS-JVSS | 5,200,0005,300,000 |
| 73 | 106 | https://www.tiktok.com/@d2_shots/video/7371785794 425523488https://www.tiktok.com/@d2_shots/video/737178579 44 25523488 | https://perma.cc/8DMKhttps://perma.cc/8DMK-47LD-47LD | 5,000,000 |
| | 107 | https://www.tiktok.com/@bigmike_675/video/7469602 1 52823000351 | https://perma.cc/R69K-V2C2 | 5,000,000 |
| | 108 | https://www.tiktok.com/@dme_363/photo/74671576234 02564869 | https://perma.cc/DJ6G-WNAX | 5,000,000 |
| 74 | 109 | https://www.tiktok.com/@hiphoplaylist_/video/737374 4885695860000https://www.tiktok.com/@hiphoplaylist_/video/73737 44 885695860000 | https://perma.cc/6LLK-JSNShttps://perma.cc/6LLK-JSNS | 4,800,000 |
| 75 | 110 | https://www.tiktok.com/@loryn.goodwin/video/7380464 200599997727https://www.tiktok.com/@loryn.goodwin/video/7380464 200599997727 | https://perma.cc/8RDD-QSQRhttps://perma.cc/8RDD-QSQR | 4,800,000 |
| | 111 | https://www.tiktok.com/@aespa_official/video/740150 | https://perma.cc/82DZ- | 4,800,000 |

| | | 9 513653734664 | 59R6 | |
|---|---|---|---|---|
| | 112 | https://www.tiktok.com/@un25deabril/photo/747740041 5609392439 | https://perma.cc/5KFU-DMVR | 4,800,000 |
| 76113 | | ~~https://www.tiktok.com/@the.world.newsoff/video/7388147226725420320~~https://www.tiktok.com/@thebeaulexx/video/73952 8691 7727653150 | ~~https://perma.cc/W2MK-U9LF~~https://perma.cc/Z2XV-6KMV | 4,700,000 |
| 77114 | | ~~https://www.tiktok.com/@aespa_official/video/7401509513653734664~~https://www.tiktok.com/@adrishouldh8u/photo/7469607 598233242910 | ~~https://perma.cc/82DZ-59R6~~https://perma.cc/ZT5N-SUX6 | ~~4,500,000~~4,700,000 |
| | 115 | https://www.tiktok.com/@the.world.newsoff/video/7388 147226725420320 | https://perma.cc/W2M K-U9LF | 4,600,000 |
| | 116 | https://www.tiktok.com/@ipostnow/video/74726416471 76699178 | https://perma.cc/35HM-KH6B | 4,600,000 |
| 78117 | | ~~https://www.tiktok.com/@notorlandolucas/video/7372441637856857349~~https://www.tiktok.com/@notorlandolucas/video/737244 1637856857349 | ~~https://perma.cc/M78M~~ ~~https://perma.cc/M78M-Z2ZM~~-Z2ZM | 4,300,000 |
| 79118 | | ~~https://www.tiktok.com/@rustamkholov/video/7370552355164622081~~https://www.tiktok.com/@rustamkholov/video/7370552 355164622081 | ~~https://perma.cc/JL8D-8UBT~~https://perma.cc/JL8D-8UBT | ~~4,200,000~~4,300,000 |
| 80119 | | ~~https://www.tiktok.com/@thebeaulexx/video/739528691 7727653150~~https://www.tiktok.com/@sopharoch/video/7468859 216 518778155 | ~~https://perma.cc/Z2XV-6KMV~~https://perma.cc/56PP-XHYN | ~~4,200,000~~4,300,000 |
| | 120 | https://www.tiktok.com/@musicmediaco/video/7469636 427081452831 | https://perma.cc/A4BM-KRPH | 4,100,000 |
| | 121 | https://www.tiktok.com/@artbyvfae/photo/7470023436866227498 | https://perma.cc/VQ7W-ZTSS | 4,000,000 |
| | 122 | https://www.tiktok.com/@meghantorla_/video/7469610 271967907115 | https://perma.cc/5RXM-NAB7 | 4,000,000 |
| 81123 | | ~~https://www.tiktok.com/@hugo.hilaire/video/737119921 3331303713~~https://www.tiktok.com/@hugo.hilaire/video/737119 921 3331303713 | ~~https://perma.cc/7GQY-PBSK~~https://perma.cc/7GQY-PBSK | 3,900,000 |
| 82124 | | ~~https://www.tiktok.com/@taylinchandlr/video/7371995661471862023~~https://www.tiktok.com/@taylinchandlr/video/73719956 61471862023 | https://perma.cc/2MDY ~~https://perma.cc/2MDY-L6RA~~-L6RA | 3,900,000 |
| | 125 | https://www.tiktok.com/@djrenaissance87/video/737978 5254220909867 | https://perma.cc/ZE8C-7ZBV | 3,900,000 |
| 83126 | | ~~https://www.tiktok.com/@austintaylorrrr/video/7369724189332229392~~https://www.tiktok.com/@austintaylorrrr/video/7369724 189332229392 | ~~https://perma.cc/6VER-F3JD~~https://perma.cc/6VER-F3JD | 3,800,000 |
| 84127 | | ~~https://www.tiktok.com/@djrenaissance87/video/73797 85254220909867~~https://www.tiktok.com/@therealbcelltg/video/7367059 063127035182 | ~~https://perma.cc/ZE8C-7ZBV~~https://perma.cc/DLK3-LWW7 | 3,800,000 |
| 85128 | | ~~https://www.tiktok.com/@therealbcelltg/video/73670590 63127035182~~https://www.tiktok.com/@lyhkdt/video/7388 151619977 825554 | ~~https://perma.cc/DLK3-LWW7~~https://perma.cc/HJQ7- 87G4 | 3,800,000 |

| | URL | Perma Link | Views as of 04/16/2025 |
|---|---|---|---|
| ~~86~~129 | ~~https://www.tiktok.com/@chantegeyser/video/7375516761736662277~~https://www.tiktok.com/@palidiaries/photo/7469698248 689585426 | ~~https://perma.cc/BW2Y-GFUW~~https://perma.cc/MB62-XNXJ | ~~3,600,000~~3,800,000 |
| 130 | https://www.tiktok.com/@ur_faveboi23/video/7374483389430222086 | https://perma.cc/J2DA-D6N2 | 3,700,000 |
| | URL | Perma Link | Views as of 04/16/2025 |
| 131 | https://www.tiktok.com/@kelseycarlucci/photo/7467041 212504034602 | https://perma.cc/M38P-AC46 | 3,700,000 |
| 132 | https://www.tiktok.com/@caitlin_dack/photo/7469779 1 31404717345 | https://perma.cc/KY2Q-RNN2 | 3,700,000 |
| ~~87~~133 | ~~https://www.tiktok.com/@costarenato3/video/7372210659104197893~~https://www.tiktok.com/@costarenato3/video/737221 06 59104197893 | ~~https://perma.cc/KT8B-PNB4~~https://perma.cc/KT8B-PNB4 | 3,600,000 |
| ~~88~~134 | ~~https://www.tiktok.com/@mitdn_/video/7371803167983422753~~https://www.tiktok.com/@mitdn_/video/7371803167 983 422753 | ~~https://perma.cc/MWT3-PG8Q~~https://perma.cc/MWT3-PG8Q | 3,600,000 |
| ~~89~~135 | ~~https://www.tiktok.com/@oshuclips/video/7369214816323374369~~https://www.tiktok.com/@oshuclips/video/73692148 163 23374369 | ~~https://perma.cc/K2JJ-GVE8~~https://perma.cc/K2JJ-GVE8 | 3,600,000 |
| ~~90~~136 | ~~https://www.tiktok.com/@ur_faveboi23/video/7374483389430222086~~https://www.tiktok.com/@datboysneakerss/video/73756 40411999718661 | ~~https://perma.cc/J2DA-D6N2~~https://perma.cc/CT9Q-M4L5 | 3,600,000 |
| ~~91~~137 | ~~https://www.tiktok.com/@datboysneakerss/video/7375640411999718661~~https://www.tiktok.com/@chantegeyser/video/73755167 61736662277 | https://perma.cc/BW2Y ~~https://perma.cc/CT9Q-M4L5~~-GFUW | 3,500,000 |
| ~~92~~138 | ~~https://www.tiktok.com/@samuarlll/video/7370009879068609835~~https://www.tiktok.com/@samuarlll/video/73700098 790 68609835 | ~~https://perma.cc/3JM7-MHK2~~https://perma.cc/3JM7-MHK2 | 3,500,000 |
| 139 | https://www.tiktok.com/@anniquemcleod_/photo/746 97 63476534086943 | https://perma.cc/KG77-R9GU | 3,500,000 |
| ~~93~~140 | ~~https://www.tiktok.com/@samouricasspam/video/7372562827766140166~~https://www.tiktok.com/@samouricasspam/video/737 25 62827766140166 | ~~https://perma.cc/TM4P-HY5D~~https://perma.cc/TM4P-HY5D | 3,400,000 |
| 141 | https://www.tiktok.com/@jailah.k/photo/74696778233 1 8379818 | https://perma.cc/596N-XYC4 | 3,400,000 |
| ~~94~~142 | ~~https://www.tiktok.com/@hiphoplaylist_/video/7382626454867103009~~https://www.tiktok.com/@hiphoplaylist_/video/73826 26 454867103009 | https://perma.cc/AMH9 ~~https://perma.cc/AMH9-VKHU~~-VKHU | 3,300,000 |
| 143 | https://www.tiktok.com/@musicmediaco/video/747110 7 573903641886 | https://perma.cc/2TXZ-HCSQ | 3,300,000 |
| 144 | https://www.tiktok.com/@gala.fr/video/7481241490983 898390 | https://perma.cc/7H7R-AY77 | 3,200,000 |
| ~~95~~145 | ~~https://www.tiktok.com/@bbywinnibeauty/video/7385407570447437062~~https://www.tiktok.com/@bbywinnibeauty/video/738 54 07570447437062 | ~~https://perma.cc/G7GS-Z983~~https://perma.cc/G7GS-Z983 | 3,100,000 |

| | | | |
|---|---|---|---|
| 146 | https://www.tiktok.com/@rotoberu/video/7382634668 87 0454535 | https://perma.cc/V48D-EX3V | 3,100,000 |
| 147 | https://www.tiktok.com/@onsitepublicmedia/photo/74 67 283247358135598 | https://perma.cc/2VVQ-YJZY | 3,100,000 |
| 148 | https://www.tiktok.com/@madison.humphreyy/photo/ 74 69626663723126058 | https://perma.cc/QJ22-5SF8 | 3,100,000 |
| ~~96~~149 | ~~https://www.tiktok.com/@federico.ravazzi/video/7374735844436987168~~https://www.tiktok.com/@federico.ravazzi/video/7374735844436987168 | ~~https://perma.cc/J3QP-EPLB~~https://perma.cc/J3QP-EPLB | ~~2,900,000~~3,000,000 |
| ~~97~~150 | ~~https://www.tiktok.com/@mar1aa9_/photo/7366498263404530977~~https://www.tiktok.com/@mar1aa9_/photo/7366498263 404530977 | ~~https://perma.cc/YLL3-735R~~https://perma.cc/YLL3-735R | ~~2,900,000~~3,000,000 |
| ~~98~~151 | ~~https://www.tiktok.com/@rotoberu/video/7382634668870454535~~https://www.tiktok.com/@tinkerbelle185/photo/7469774 560028593441 | ~~https://perma.cc/V48D-EX3V~~https://perma.cc/B23L-NKPH | 2,900,000 |
| ~~99~~152 | ~~https://www.tiktok.com/@rap/photo/7365355520359877934~~https://www.tiktok.com/@rap/photo/73653555203 59877 934 | ~~https://perma.cc/FHE7-VU9Y~~https://perma.cc/FHE7-VU9Y | 2,800,000 |
| 153 | https://www.tiktok.com/@localturtle/video/739555277 9 391028513 | https://perma.cc/HEF5-CMM7 | 2,700,000 |
| 154 | https://www.tiktok.com/@ingridn.20/photo/7470232924 739079429 | https://perma.cc/TZ6D-PNKA | 2,700,000 |
| ~~100~~155 | ~~https://www.tiktok.com/@jrazzypark/video/7373230142400826630~~https://www.tiktok.com/@jrazzypark/video/7373230142 400826630 | ~~https://perma.cc/L47J-3TBK~~https://perma.cc/L47J-3TBK | 2,600,000 |
| ~~101~~156 | ~~https://www.tiktok.com/@localturtle/video/7395552779391028513~~https://www.tiktok.com/@eldonjcl/video/73724516 0434 1247237 | ~~https://perma.cc/HEF5-CMM7~~https://perma.cc/L78V-MFJG | 2,600,000 |
| ~~102~~ | ~~https://www.tiktok.com/@eldonjcl/video/7372451604341247237~~URL | ~~https://perma.cc/L78V-MFJG~~PermaLink | ~~2,500,000~~Views as of 04/16/2025 |
| ~~103~~ | ~~https://www.tiktok.com/@zoecolletti/video/7373008580510846251~~ | ~~https://perma.cc/B22S-3SXD~~ | ~~2,300,000~~ |
| ~~104~~ | ~~https://www.tiktok.com/@cherry_keem/video/7380488077468323077~~ | ~~https://perma.cc/XD2S-C3G9~~ | ~~2,200,000~~ |
| ~~105~~ | ~~https://www.tiktok.com/@datboysneakerss/video/7371555296772181254~~ | ~~https://perma.cc/3MVH-UTUZ~~ | ~~2,200,000~~ |
| ~~106~~ | ~~https://www.tiktok.com/@ryan.jjk/video/7372453457602661638~~ | ~~https://perma.cc/E2TA-BYR8~~ | ~~2,200,000~~ |
| ~~107~~ | ~~https://www.tiktok.com/@uh.idk.uh/video/7372628749210225926~~ | ~~https://perma.cc/BR7R-NTWJ~~ | ~~2,200,000~~ |
| 157 | https://www.tiktok.com/@itstotallynotmaggie/photo/7 47 1755370562669855 | https://perma.cc/R3WJ-ATYX | 2,600,000 |
| 158 | https://www.tiktok.com/@anyeverything8/photo/7469 81 3672303627566 | https://perma.cc/N6US-B6WG | 2,600,000 |
| 159 | https://www.tiktok.com/@nate.t3/video/736810443076 5 460742 | https://perma.cc/PQ89-LUBM | 2,400,000 |
| 160 | https://www.tiktok.com/@who.is.hannahbanana/phot o/7 469812533000604974 | https://perma.cc/ENL5-D4D6 | 2,400,000 |

| 161 | https://www.tiktok.com/@zoecolletti/video/7373008580 510846251 | https://perma.cc/B225-3SXD | 2,300,000 |
|---|---|---|---|
| 162 | https://www.tiktok.com/@ryan.jjk/video/737245345760 2661638 | https://perma.cc/E2TA-BYR8 | 2,300,000 |
| 163 | https://www.tiktok.com/@rf20053/photo/747771156492 6143749 | https://perma.cc/DA9E-VXPK | 2,300,000 |
| 164 | https://www.tiktok.com/@cherry_keem/video/73804880 77468323077 | https://perma.cc/XD2S-C3G9 | 2,200,000 |
| 165 | https://www.tiktok.com/@datboysneakerss/video/7371555296772181254 | https://perma.cc/3MVH-UTUZ | 2,200,000 |
| 166 | https://www.tiktok.com/@uh.idk.uh/video/7372628749210225926 | https://perma.cc/BR7R-NTWJ | 2,200,000 |
| ~~108~~167 | ~~https://www.tiktok.com/@caleb.green/video/7390585441491111199~~https://www.tiktok.com/@caleb.green/video/7390585441491111199 | ~~https://perma.cc/ZYW2-CU8Z~~https://perma.cc/ZYW2-CU8Z | 2,100,000 |
| ~~109~~168 | ~~https://www.tiktok.com/@ennwonity/video/7375149237132168480~~https://www.tiktok.com/@kaicenatclipzzz1/video/787981435090652448 | ~~https://perma.cc/PR5A-5LJP~~https://perma.cc/DGE2-UHD4 | ~~2,000,000~~2,100,000 |
| ~~110~~169 | ~~https://www.tiktok.com/@kaicenatclipzzz1/video/7387981435090652448~~https://www.tiktok.com/@ennwonity/video/7375149237 132168480 | ~~https://perma.cc/DGE2-UHD4~~https://perma.cc/PR5A-5LJP | 2,000,000 |
| ~~111~~170 | ~~https://www.tiktok.com/@nate.t3/video/7368104430765460742~~https://www.tiktok.com/@trendkidds/video/7376008096 763612448 | ~~https://perma.cc/PQ89-LUBM~~https://perma.cc/SDA2-WBUW | 2,000,000 |
| ~~112~~171 | ~~https://www.tiktok.com/@adriyonce/video/7365319392898403630~~https://www.tiktok.com/@arkadiabarson/photo/7469705 119601397014 | ~~https://perma.cc/FH38-ES9D~~https://perma.cc/PE6Z-8Q5U | ~~1,900,000~~2,000,000 |
| ~~113~~172 | ~~https://www.tiktok.com/@lyhkdt/video/7388151619977825554~~https://www.tiktok.com/@adriyonce/video/7365319392 898403630 | ~~https://perma.cc/HJQ7-87G4~~https://perma.cc/FH38-ES9D | 1,900,000 |
| 114 | https://www.tiktok.com/@trendkidds/video/737600809676 3612448 | https://perma.cc/SDA2-WBUW | 1,900,000 |
| ~~115~~173 | ~~https://www.tiktok.com/@kikakiim/video/7372744078947077382~~https://www.tiktok.com/@natfart/video/7366392635172 474155 | ~~https://perma.cc/GP4B-WXPS~~https://perma.cc/PZH2-N9JQ | 1,800,000 |
| ~~116~~174 | ~~https://www.tiktok.com/@natfart/video/7366392635172474155~~https://www.tiktok.com/@kikakiim/video/7372744078947077382 | ~~https://perma.cc/PZH2-N9JQ~~https://perma.cc/GP4B-WXPS | ~~1,800,000~~1,700,000 |
| ~~117~~175 | ~~https://www.tiktok.com/@earlieeee/video/7366474423953591558~~https://www.tiktok.com/@earlieeee/video/736647442 39 53591558 | ~~https://perma.cc/24FY-2JD4~~https://perma.cc/24FY-2JD4 | 1,700,000 |
| ~~118~~176 | ~~https://www.tiktok.com/@shampqang.ae/video/7366399640754834694~~https://www.tiktok.com/@shampqang.ae/video/7366399 640754834694 | ~~https://perma.cc/W867-97RZ~~https://perma.cc/W867-97RZ | 1,600,000 |
| ~~119~~177 | ~~https://www.tiktok.com/@taylinehandlr/video/7373572623013383431~~https://www.tiktok.co | ~~https://perma.cc/GY86-US49~~https://pe | 1,600,000 |

| | | | |
|---|---|---|---|
| | m/@taylinchandlr/video/7373572623013383431 | rma.cc/GY86-US49 | |
| ~~120~~178 | ~~https://www.tiktok.com/@d2_shots/video/7371144044342185248~~https://www.tiktok.com/@d2_shots/video/737114404 43 42185248 | ~~https://perma.cc/2LN9-EE5F~~https://perma.cc/2LN9-EE5F | 1,500,000 |
| ~~121~~179 | ~~https://www.tiktok.com/@sofia_mcoelho/video/7375257546900196640~~https://www.tiktok.com/@sofia_mcoelho/video/7375257 546900196640 | ~~https://perma.cc/CPB2-XHL4~~https://perma.cc/CPB2-XHL4 | 1,400,000 |
| ~~122~~180 | ~~https://www.tiktok.com/@itsyujen/video/7382974782087662854~~https://www.tiktok.com/@itsyujen/video/7382974782 08 7662854 | ~~https://perma.cc/F9ZP-8M59~~https://perma.cc/F9ZP-8M59 | 1,300,000 |
| ~~123~~181 | ~~https://www.tiktok.com/@itsyujen/video/7389286252941479174~~https://www.tiktok.com/@itsyujen/video/7389286252 94 1479174 | ~~https://perma.cc/2S3C-EV2D~~https://perma.cc/2S3C-EV2D | ~~1,000,000~~1,200,000 |
| ~~124~~182 | ~~https://www.tiktok.com/@pariyac/video/7373382738520362245~~https://www.tiktok.com/@pariyac/video/7373382738520362245 | ~~https://perma.cc/TSB9-26C4~~https://perma.cc/TSB9-26C4 | ~~872,200~~874,800 |
| ~~125~~ | ~~https://www.tiktok.com/@screamskhoi/video/7386797956294348038~~URL | ~~https://perma.cc/4FVV-ML7Z~~Perma Link | ~~751,800~~Views as of 04/16/2025 |
| 183 | https://www.tiktok.com/@screamskhoi/video/7386797 95 6294348038 | https://perma.cc/4FVV-ML7Z | 805,800 |
| | | *Total*: | 2,063,880,600 |

| Summary report: Litera Compare for Word 11.11.0.158 Document comparison done on 4/16/2025 3:25:43 PM ||
|---|---|
| **Style name:** Standard ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** Ex. B - Complaint.pdf ||
| **Modified filename:** 2025.04.16 Ex. B - Amended Complaint.pdf ||
| **Changes:** ||
| Add | 552 |
| Delete | 342 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 61 |
| Table Delete | 21 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 976 |