UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC.,<br><br>    Defendant. | No. 1:25-cv-399-JAV<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying Memorandum of Law and Request for Judicial Notice, Defendant UMG Recordings, Inc. respectfully moves this Court, before the Honorable Jeannette A. Vargas, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, for an order dismissing the Amended Complaint for failure to state a claim.

Dated: May 7, 2025

                 */s/ Rollin A. Ransom*
                 Rollin A. Ransom (admitted *pro hac vice*)
                 SIDLEY AUSTIN LLP
                 350 South Grand Street
                 Los Angeles, CA 60603
                 Telephone: (213) 896-6000
                 Facsimile: (213) 896-6600
                 Email: rransom@sidley.com

                 Nicholas P. Crowell
                 James R. Horner
                 Katelin Everson
                 SIDLEY AUSTIN LLP
                 787 Seventh Avenue
                 New York, NY 10019
                 Telephone: (212) 839-5300
                 Facsimile: (212) 839-5599
                 Email: ncrowell@sidley.com

jhorner@sidley.com
keverson@sidley.com

*Counsel for Defendant UMG Recordings, Inc.*