# EXHIBIT C

Showing 150 results for:

# "Drake" & "Kendrick Lamar" 🔍

Sort by Relevance ⌄     Search in English ⌄

Date Range ⌄     Section ⌄     Type ⌄

Date: 03/31/2024 –

---

May 8, 2024    MUSIC

### Popcast (Deluxe): How Kendrick Lamar Out-Drake'd Drake

Breaking down the heavyweight rap battle between the two rappers after a weekend of dramatic diss tracks.



---

Nov. 22, 2024    MUSIC

### Kendrick Lamar Releases a Surprise Album, 'GNX'

The rapper's sixth studio album follows the success of a pair of tracks this year that were sparked by a war of words with Drake.

By Ben Sisario



---

May 6, 2024    MUSIC

### Kendrick Lamar vs. Drake Beef Goes Nuclear: What to Know

The two rappers had circled one another for more than a decade, but their attacks turned relentless and very personal in a slew of tracks released over the weekend.

By Joe Coscarelli



---

Nov. 26, 2024    MUSIC

### Drake Accuses Universal Music of Boosting a Kendrick Lamar Song

The Canadian rapper filed legal papers on Monday in New York and Texas accusing his record label of promoting "Not Like Us" ahead of Drake's tracks.

By Ben Sisario

PRINT EDITION   A Rap War Is Now a Court Fight, With Drake and Kendrick Lamar | November 28, 2024, Page C5



---

ADVERTISEMENT

The New York Times

April 30, 2024

MUSIC

## In the Battle of Drake vs. Kendrick Lamar, A.I. Is Playing Spoiler

A rap beef between hip-hop's two dominant stars has left fans wondering whether new tracks are real or fakes.

By Brendan Klinkenberg



PRINT EDITION   Drake vs. Kendrick Lamar With A.I. as the Spoiler | May 2, 2024, Page C6

---

May 8, 2024

MUSIC

## What Happens Next for Kendrick Lamar and Drake? Let's Discuss.

After a week of bitter diss tracks, a conversation about how the rap battle played out for the chart-topping rappers and how their personas and careers might be affected.

By Jon Caramanica and Joe Coscarelli



---

Feb. 10

MUSIC

## Breaking Down Kendrick Lamar's Drake-centric Super Bowl Halftime Show

On a postgame episode of Popcast, we react to Lamar's performance, including the tactical deployment of "Not Like Us" and a Serena Williams cameo.



---

Nov. 28, 2024

MUSIC

## Kendrick Lamar's Never-Ending Battles

The Los Angeles rapper returns with his (surprise) sixth album, itching to escape his Drake drama, but still benefiting from it.



---

June 20, 2024

STYLE

## Why Does Kendrick Lamar Want Drake to Return Tupac Shakur's Ring?

At Mr. Lamar's Juneteenth concert on Wednesday, he made a request for Drake to return Mr. Shakur's iconic crown ring. Is this about more than just beef between the two rappers?

By Sadiba Hasan



PRINT EDITION   Who Should Be the Lord of Tupac Shakur's Ring? | June 27, 2024, Page D3

---

The New York Times

May 8, 2024

MUSIC

## How the Kendrick Lamar vs. Drake Beef Crashed the Genius Lyrics Website

The furious exchange of diss tracks and the rush to interpret each song briefly overwhelmed Genius, where users can annotate lyrics to songs.

By Alexandra E. Petri



---

May 8, 2024

MUSIC

## How the Kendrick Lamar vs. Drake Beef Crashed the Genius Lyrics Website

The furious exchange of diss tracks and the rush to interpret each song briefly overwhelmed Genius, where users can annotate lyrics to songs.

By Alexandra E. Petri



---

May 11, 2024

OPINION

## And the Winner Is: Kendrick Lamar. And Old-School Hip-Hop.

A beef between two rap titans isn't just about egos. It's about the future of the genre, as determined by the legacy of its past.

By Laurence Ralph



---

Nov. 27, 2024

## Which songs will Kendrick Lamar perform during the Super Bowl LIX halftime show?

Lamar's discography is lengthy, but he added more options to his upcoming Super Bowl halftime show with his new album, "GNX."

---

Feb. 11

## Super Bowl halftime show: Kendrick Lamar used 13 minutes to make unsubtle statements

Sunday's Super Bowl halftime show featured Kendrick Lamar mixing thinking points with entertainment.

---

ADVERTISEMENT

Jan. 15

MUSIC

### Drake Sues His Label, Calling Kendrick Lamar's 'Not Like Us' Defamatory

In a federal lawsuit on Wednesday, Drake accused Universal Music Group of putting his life and reputation at risk by releasing and promoting the popular diss track.

By Joe Coscarelli



PRINT EDITION  Drake Sues His Own Record Label | January 16, 2025, Page C2

---

Dec. 2, 2024

MUSIC

### Kendrick Lamar's 'GNX' Rockets to No. 1 on the Charts

The rapper's surprise LP tops Billboard's album and singles charts, where "Squabble Up" blocked Shaboozey's "A Bar Song (Tipsy)" from a historic 20th week of dominance.

By Ben Sisario



PRINT EDITION  Kendrick Lamar's 'GNX' Rockets to Top of the Charts | December 4, 2024, Page C5

---

Feb. 6

### Kendrick Lamar reflects on 'grind' that preceded headlining Super Bowl show

Lamar also performed at Super Bowl LVI as part of Dr. Dre's halftime show with Snoop Dogg, Eminem, 50 Cent and Mary J. Blige.

---

Sept. 8, 2024

### Kendrick Lamar to perform Super Bowl halftime show in NOLA

Super Bowl LIX will take place on Feb. 9, 2025 at the Caesars Superdome.

---

Sept. 8, 2024

### Song odds for Kendrick Lamar's Super Bowl LIX halftime show

An early prediction for what the Pulitzer Prize-winning rapper might perform at the Caesars Superdome.

The New York Times Search

The New York Times

June 20, 2024



MUSIC

## Kendrick Lamar's Victory Lap Unites Los Angeles

After unofficially winning a high-profile diss war with Drake, the rapper hosted a Juneteenth concert that celebrated local heroes — and his own sharp-tongued tracks.

By Christopher R. Weingarten and Gabriella Angotti-Jones

PRINT EDITION  Kendrick Lamar's Victory Lap Unites L.A. | June 22, 2024, Page C1

---

Feb. 3

## Kendrick Lamar won 5 Grammys on Sunday. Now he prepares for his Super Bowl set list

Lamar released an album in November and announced a tour that starts in April. Will that play a role in his Super Bowl set list?

---

Sept. 8, 2024



MUSIC

## Kendrick Lamar to Headline 2025 Super Bowl Halftime Show

The rapper, who's had a big year thanks to a beef with Drake that led to the smash song "Not Like Us," will perform in New Orleans in February.

By Emmanuel Morgan

PRINT EDITION
September 10, 2024, Page C6

---

Sept. 11, 2024



MUSIC

## Popcast: Kendrick Lamar at the Super Bowl, Sabrina Carpenter on Top

Plus: A conversation about the career of Rich Homie Quan, who died last week.

---

Nov. 25, 2024



MUSIC

## Kendrick Lamar Heads Back to His Comfort Zone on 'GNX'

After a war of words with Drake that yielded one of the biggest hits of Lamar's career, the Los Angeles rapper is eager to shift back on his sixth album.

By Jon Caramanica

PRINT EDITION  Rapper Back in His Comfort Zone After a Feud | November 26, 2024, Page C3

---

ADVERTISEMENT

The New York Times

Nov. 26, 2024

MUSIC

## Digging Into Kendrick Lamar's Samples

Listen to some of the most notable sonic references on "GNX," from SWV, Luther Vandross and Debbie Deb.

By Lindsay Zoladz



Feb. 14

MUSIC

## Drake Releases New Album, 'Some Sexy Songs 4 U,' Pivoting From Rap Beef

The Valentine's Day release, a collaboration with PartyNextDoor, tries on different styles (acoustic pop, traditional Mexican) while only alluding to Kendrick Lamar.

By Joe Coscarelli



Feb. 9

MUSIC

## Kendrick Lamar Uses His Super Bowl Halftime Show to Settle a Vendetta

The first rapper to headline the N.F.L.'s biggest stage solo made his Drake diss "Not Like Us" the centerpiece of his set at the expense of a larger statement.

By Jon Caramanica



PRINT EDITION  Settling Scores Before the Game Was Over | February 11, 2025, Page C1

April 8, 2024

MUSIC

## J. Cole Apologizes for Kendrick Lamar Diss Track

J. Cole also vowed to update the track, "7 Minute Drill," or remove it from streaming services after it was featured on his new album, "Might Delete Later."

By Amanda Holpuch



Feb. 7

THE DAILY

## The Story of 'Not Like Us'

A look back at Kendrick Lamar's diss track before his Super Bowl halftime show.

By Natalie Kitroeff, Joe Coscarelli, Sydney Harper, Will Reid, Michael Simon Johnson, Stella Tan, Brendan Klinkenberg, Mike Benoist, Rowan Niemisto, Elisheba Ittoop and Chris Wood



Feb. 11

THE LEARNING NETWORK

## Kendrick Lamar's Halftime Show

Were you watching on Sunday? Are you a fan? What did you think?

By The Learning Network



The New York Times

May 13, 2024

MUSIC

## Kendrick Lamar Rides a Rap Beef All the Way to No. 1

On the Billboard album chart, Dua Lipa's heavily promoted "Radical Optimism" opened at No. 2, held off by the third week of Taylor Swift's "Tortured Poets."

By Ben Sisario



PRINT EDITION  Rap War Helps Kendrick Lamar | May 15, 2024, Page C6

---

May 15, 2024

MUSIC

## Popcast (Deluxe): The Kendrick-Drake Beef Ends + Zendaya & Post Malone

Catching up on the conclusion of rap's heavyweight fight, Zendaya in "Challengers," a Central Cee freestyle and Post Malone's single with Morgan Wallen.



---

Feb. 2

MUSIC

## Kendrick Lamar's 'Not Like Us' Wins Record and Song of the Year

The Drake diss is the second rap song to win in these prestigious categories and won all five Grammys for which it was nominated.

By Joe Coscarelli



---

Feb. 9

## Super Bowl 2025 halftime show set list: Will Kendrick Lamar perform 'Not Like Us'?

Could Kendrick Lamar's halftime show Sunday be more of a storytelling display than a traditional concert?

---

ADVERTISEMENT

---

Feb. 9

OPINION

## Kendrick Lamar Can't Save the World. Why Do We Expect Him To?

Now that he's performing at the Super Bowl, it seems he's inherited a no-win situation for all the conflicted expectations that await him.

By Dan Charnas



PRINT EDITION  Kendrick Lamar Won the War. What's Left to Fight? | February 9, 2025, Page SR9

---

The New York Times - Search

April 17, 2024

MUSIC

## Popcast (Deluxe): It's Drake vs. Everybody … Who's Winning?

Breaking down the convoluted recent beef between Drake and Kendrick Lamar (and Future, Metro Boomin, the Weeknd, ASAP Rocky, Rick Ross and more).



May 3, 2024

MUSIC

## Kendrick Lamar Gets Inspired (by Drake), and 9 More New Songs

Hear tracks by Miranda Lambert, Illuminati Hotties, Mabe Fratti and others.

By Jon Pareles and Lindsay Zoladz



Feb. 4

MUSIC

## 'Not Like Us' Reinvented Kendrick Lamar. Is the Super Bowl Ready for It?

After sweeping the Grammys on Sunday, Lamar's ubiquitous Drake diss could be the centerpiece of the halftime show. That, it bears mentioning, is pretty strange.

By Joe Coscarelli

PRINT EDITION   Is Super Bowl Halftime Ready For a Diss Track? | February 9, 2025, Page AR19



Feb. 9

U.S.

## Spoiler Alert: Kendrick Lamar's Set Leaked Online Before Super Bowl

A 13-minute audio track featuring new vocals that sounded like Lamar spread online on Thursday.

By Joe Coscarelli



Feb. 11

## Serena Williams hits a different kind of serve in joining Kendrick Lamar at Super Bowl LIX

The American tennis legend appeared at the Super Dome during Lamar's halftime show performance of his Drake diss track.

Feb. 5

## Breaking down the prop bets for Kendrick Lamar's Super Bowl halftime show

Breaking down the unique prop bets being offered for Kendrick Lamar's halftime set. Which ones are you wagering on?

Feb. 14

OPINION

## Kendrick Lamar's Halftime Show Was Radically Political, if You Knew Where to Look



With an audience of over 120 million people, the performance broke viewership records. But at times it seemed designed to speak directly to me.

By Tiana Clark

---

Feb. 26

MUSIC

## Drake Postpones 4 Australia and New Zealand Tour Dates

Dates for Brisbane, Sydney and Auckland were postponed for a "scheduling conflict," representatives for the rapper said. The tour coincided with the release of his latest album.

By Derrick Bryson Taylor



---

Feb. 20

MUSIC

## Drake's Tentative Comeback, Plus: New Music From the Weeknd and More

On Popcast, a survey of the biggest and best albums released recently, including Drake with PartyNextDoor, the Weeknd, Central Cee, Oklou and others.



---

ADVERTISEMENT

---

May 7, 2024

MUSIC

## Security Guard Injured in Shooting Outside Drake's Home in Toronto

The police said that they did not know whether the shooting was related to the recent exchange of increasingly personal diss tracks traded between Drake and Kendrick Lamar.

By Joe Coscarelli



---

March 17

MUSIC

## Universal Music Calls Drake's 'Not Like Us' Lawsuit 'Misguided'

The label behind Drake and Kendrick Lamar filed a motion on Monday to dismiss Drake's lawsuit, which accused it of defamation and harassment over the diss song.

By Joe Coscarelli

PRINT EDITION  UMG Replies To Lawsuit From Drake | March 19, 2025, Page C4



---

The New York Times · Search

Feb. 6

MUSIC

## The World of Kendrick Lamar, in 6 Key Performances

On the heels of his victory lap at the Super Bowl halftime show, look back at how the rapper translates his rhymes into a distinct visual language.

By Niela Orr



PRINT EDITION  A Guide to Kendrick Lamar's Visual Poetry | February 7, 2025, Page C7

---

Feb. 2

MUSIC

## Grammy Takeaways: Beyoncé and Kendrick Lamar Take Top Awards

Beyoncé won album of the year for the first time for "Cowboy Carter," while Lamar's "Not Like Us" won both record of the year and song of the year.

By Ben Sisario



---

May 21, 2024

OPINION

## For Kendrick and Drake, Family Matters

A rap battle got personal — and that was the point.

By Romaissaa Benzizoune



---

Feb. 9

## Super Bowl halftime shows: Where does Kendrick Lamar rank with Prince and the greats?

Kendrick Lamar entertained the Caesars Superdome crowd with his Super Bowl halftime show. Where does it rank with the shows before it?

---

Feb. 2

MUSIC

## Kendrick Lamar wins three early Grammys for 'Not Like Us.'

By Ben Sisario



---

Feb. 9

U.S.

## Here's the latest.

By Joe Coscarelli

---

Nov. 21, 2024

## How Kendrick Lamar's 'Not Like Us' found a home throughout college football's space

"Not Like Us" debuted six months ago, and college football bands have been composing their own arrangements to provide entertainment.

---

April 16

## Serena Williams 'doesn't know' if she regrets Super Bowl appearance

Williams reflected on her appearance at Super Bowl LIX during Kendrick Lamar's halftime show, in which she danced to "Not Like Us."

ADVERTISEMENT

---

May 21, 2024

## The Kendrick Lamar vs. Drake Beef, Explained

---

Dec. 13, 2024

MUSIC

## The Messy Modern Music Business, According to Larry Jackson

On this week's episode of Popcast, an interview with a record label veteran who has worked closely with Whitney Houston, Drake, Chief Keef and Lana Del Rey.



---

Aug. 2, 2024

MUSIC

## Who's Afraid of Being Black? Not Kamala, Beyoncé or Kendrick.

With her response to Donald Trump's comments about her background, Kamala Harris showed that Blackness doesn't need to be explained or defended — an idea underscored by her campaign theme song.

By Salamishah Tillet



PRINT EDITION   Blackness Doesn't Need to Be Explained or Defended | August 3, 2024, Page A13

---

Feb. 9

U.S.

## Is 'Not Like Us,' the searing diss track in which Lamar takes on Drake, too controversial for the Super Bowl?

By Joe Coscarelli



---

April 3, 2024

MUSIC

## Popcast (Deluxe): Listening to Beyoncé & Future (and the Discourse)

How conversation about very specific aspects of the new albums "Cowboy Carter" and "We Don't Trust You" can obscure talk of their musical quality.



---

April 18

The New York Times — Search

## Drake amends defamation suit against UMG to include Super Bowl LIX performance

Drake says Lamar's halftime performance at February's Super Bowl revitalized attention to false and defamatory allegations against him.

---

Feb. 24

MUSIC

## Drake Returns to No. 1 With PartyNextDoor

Their collaborative album "Some Sexy Songs 4 U" opens atop the Billboard 200, unseating his foe Kendrick Lamar's "GNX," which surged after the Super Bowl halftime show.

By Ben Sisario



PRINT EDITION   Collaboration Helps Drake Return to Top of Billboard Album Chart | February 26, 2025, Page C2

---

Dec. 24, 2024

MUSIC

## The Year in Rap: Beneath Kendrick vs. Drake, a Thriving Underground Roils

A new generation of hip-hop artists seems less interested in becoming stars and more in becoming myths — and dismantling the status quo.

By Jon Caramanica and Joe Coscarelli



PRINT EDITION   Snub Kendrick vs. Drake. There's a Fire Below. | December 28, 2024, Page C6

---

Feb. 9

U.S.

## 'Not Like Us' won five Grammys last week, including for record and song of the year.

By Joe Coscarelli



---

March 20

## How to watch No. 6 Missouri vs. No. 11 Drake in the NCAA Tournament

Mizzou is favored to knock out Drake in the first round. It's a clash of styles with the up-tempo Tigers and slow Bulldogs.

---

ADVERTISEMENT

---

Feb. 2

MUSIC

## Grammys 2025: Winners List

A complete rundown of the artists, albums, songs and videos that took home trophies at the 67th annual awards.



PRINT EDITION
February 4, 2025, Page C5

Feb. 9

U.S.

## Highlights From the Super Bowl Halftime Show: Kendrick Lamar Sings 'Not Like Us' to a Huge Audience

The rapper headlined the show a week after the song, a diss track taking aim at Drake, won five Grammys.



Feb. 10

## Halftime performer banned from NFL stadiums after holding Sudanese-Palestinian flag

The league said the individual was part of the 400-member field cast and "hid the item on his person and unveiled it late in the show."

Dec. 6, 2024

BUSINESS

## Cash App Wades Into the Exclusive World of Presale Concert Tickets

Legacy credit cards and banks aren't the only banking options to come with perks for premium access to events anymore.

By Remy Tumin



PRINT EDITION   Cash App Follows in Steps Of Credit Card Offerings For Concert Presale Deals | December 9, 2024, Page B5

Dec. 27, 2024

THE DAILY

## The Year in Music

Our pop music critics on the biggest stories of 2024.

By Melissa Kirsch, Jon Pareles, Lindsay Zoladz, Jon Caramanica, John White, Kate LoPresti, Wendy Dorr, Diane Wong and Daniel Ramirez



May 30, 2024

TIMES INSIDER

## Going Behind the Scenes of 'Popcast (Deluxe)'

The weekly culture roundup show, hosted by Jon Caramanica and Joe Coscarelli, celebrates its first anniversary on May 31.

By Sarah Bahr



PRINT EDITION   A Pop Culture Review With Rigor, and Snacks | May 31, 2024, Page A2

July 9, 2024

MUSIC

## The 15 Songs That Hit No. 1 This Year (So Far)

Hear tracks by Shaboozey, Sabrina Carpenter, Kendrick Lamar and more.

By Caryn Ganz



Aug. 23, 2024

MUSIC

## 8 Correct Answers to 'What Was the Song of the Summer?'

Revisit contenders from Sabrina Carpenter, Kendrick Lamar and Billie Eilish.

By Lindsay Zoladz



---

May 30, 2024

MUSIC

## How A.I. Has Changed Music, and What's Coming Next

Artificial intelligence has become the dominant disrupter to music creation and distribution. And it's only getting started.



---

May 25, 2024

## Yankees' Big 3 has been everything they could've hoped for

Aaron Judge, Giancarlo Stanton and Juan Soto all homered in Friday's 8-0 win over the San Diego Padres.

---

ADVERTISEMENT

---

Nov. 2, 2024

## How the World Series played a role in NFL and Roc Nation's Super Bowl partnership

The NFL and Roc Nation's extended partnership got a reminder, by way of the World Series, of a solid Super Bowl LIX halftime show decision.

---

Aug. 16, 2024

THE LEARNING NETWORK

## Word of the Day: inordinate

This word has appeared in 43 articles on NYTimes.com in the past year. Can you use it in a sentence?

By The Learning Network



---

April 4

PODCASTS

## Is 'Nokia' Drake's Comeback?

Is this the start of a Drake comeback? Join our critic Jon Caramanica in his car as he listens to — and breaks down — one of the most interesting tracks of the moment.

By Jon Caramanica, Arjun Srivatsa and Joe Coscarelli



---

Feb. 9

BRIEFING

## Ready for the Super Bowl?

Here's a guide to tonight's game.

By Tom Wright-Piersanti



---

Nov. 8, 2024

MUSIC

## Grammys Snubs and Surprises: Charli XCX Levels Up, Beyoncé Spreads Out and the Beatles Persist

A look at the nominations' unexpected and intriguing story lines, including the role of an absent Drake, the validation of André 3000's flute music and overlooked gems.

By Elena Bergeron, Jon Caramanica, Joe Coscarelli, Jon Pareles and Lindsay Zoladz

PRINT EDITION  Grammy Nomination Surprises and Snubs | November 11, 2024, Page C5



---

Dec. 28, 2024

MUSIC

## Pop Musicians, Please Spare Me the Back Stories

The power of a lasting song is that it breaks free of its origins. Hits should be more than celebrity narratives.

By Jon Pareles

PRINT EDITION  Pop Musicians, Spare Me the Backstories | January 1, 2025, Page C2



---

Feb. 5

STYLE

## A Super Bowl Preview, Minus the Football

A look at the musical acts, the famous fans, the commercials and all of the other things surrounding the N.F.L.'s signature event.

By Katie Van Syckle

PRINT EDITION
February 6, 2025



---

March 17

## Senators notebook: Drake Batherson's resurgence, Claude Giroux's contract projections

Also, we take a deep look at Dylan Cozens' first five games with the Senators.

---

Feb. 4

THE LEARNING NETWORK

## The Grammy Awards

What was your reaction to this year's winners? What do you think were the best albums, songs and artists of the year?

By The Learning Network



---

Nov. 8, 2024

MUSIC

## Beyoncé and Young Women Pop Sensations Lead 2025 Grammy Nominees

Charli XCX, Billie Eilish, Chappell Roan and Sabrina Carpenter will compete in the biggest categories, along with Taylor Swift and Kendrick Lamar.

By Ben Sisario



PRINT EDITION  Beyoncé In Front For 2025 Grammys | November 9, 2024, Page C1

---

ADVERTISEMENT

---

May 10, 2024

BRIEFING

## The New York Times News Quiz, May 10, 2024

Did you follow the news this week? Take our quiz to see how well you stack up with other Times readers.



---

March 10

THE LEARNING NETWORK

## Are You Motivated by Being Competitive With Others?

When it comes to your goals, what inspires you more: the opportunity to do your best or the chance to do better than someone else?

By Shannon Doyne



---

March 8

## Who should perform in the halftime show of the 2026 World Cup final?

The World Cup final will have a half-time show for the first time in 2026. So who should perform?

---

Nov. 4, 2024

## NBA Rewind: The Joel Embiid controversy, Drake vs. DeMar DeRozan and beefy weekend

Results took a backseat to feuds around the league last weekend.

---

April 18

MUSIC

## 13 Songs You Didn't Know Were Big Hits Right Now

A tour of the more surprising — and kind of anonymous — corners of the current Billboard Hot 100 singles chart.



---

Sept. 9, 2024

### The Pulse: Five surprises from a wild NFL Sunday

The Pulse Newsletter 🔊 | This is The Athletic's daily sports newsletter.

---

March 4

MUSIC

### How Music Took Over This Year's Oscars

On Popcast, a conversation about the smooth and bumpy ways that the Academy Awards incorporated music into its 97th annual ceremony on Sunday.



---

May 6, 2024

ASIA PACIFIC

### Tuesday Briefing: Israel Orders Rafah Evacuations

Also, Russia plans for nuclear drills.

By Amelia Nierenberg



---

Nov. 4, 2024

### The Bounce: Predicting the fallout from Joel Embiid's alleged error

Zach Harper catches you up on leaguewide news.



---

Dec. 23, 2024

TELEVISION

### 11 Hyperlocal Works That Helped Me Find Common Ground

As pop culture continues to fracture, our critic was drawn to art and performances that explored universal themes by way of specific settings.

By Salamishah Tillet

PRINT EDITION   Perspectives And Places, Intertwined | December 26, 2024, Page C1



---

ADVERTISEMENT

---

Dec. 30, 2024

ARTS

### The New York Times 2024 Culture News Quiz

How well did you keep up with the world of arts and entertainment this year? Take our quiz to see how well you stack up with other Times readers.

May 6, 2024

MUSIC

## Taylor Swift's 'Tortured Poets' Posts a Huge Second Week on the Chart

After a blockbuster opening, the singer's new album earned the biggest second-week totals since 2015, nearly doubling the rest of the Top 5 combined.

By Joe Coscarelli



PRINT EDITION  Taylor Swift Easily Holds On to Top Spot | May 9, 2024, Page C2

---

Feb. 10

BRIEFING

## Tuesday Briefing: Trump's New Tariff Fight

Plus, Kendrick Lamar's Super Bowl show.

By Emmett Lindner



---

April 8

MUSIC

## Madonna and Elton John Make Up. (Yes, They Were Feuding.)

They made peace backstage at "Saturday Night Live." You'd be forgiven for forgetting that their decades-old dispute had remained unresolved.

By Yan Zhuang



PRINT EDITION  Madonna and Elton John End Their Feud | April 10, 2025, Page C4

---

Feb. 6

STYLE

## Ye Says He Has Autism Rather Than Bipolar Disorder

The rapper and designer formerly known as Kanye West revealed the diagnosis during a podcast interview where he also discussed his upcoming album.

By Madison Malone Kircher



---

Dec. 9, 2024

MUSIC

## Best Songs of 2024

Listen to 68 tracks that made major statements, boosted big beefs, propelled up-and-comers and soundtracked the party this year.

By Jon Pareles, Jon Caramanica and Lindsay Zoladz



PRINT EDITION
December 24, 2024, Page C4

---

May 6, 2024

BRIEFING

## Israel Said Hamas's Cease-Fire Proposal Fell Short

Also, intense tornadoes are expected in Oklahoma and Kansas. Here's the latest at the end of Monday.

By Matthew Cullen



---

The New York Times Search

Feb. 10

BRIEFING

## Monday Briefing

An announcement on tariffs by President Trump.

By Natasha Frost



---

Nov. 28, 2024

BRIEFING

## Friday Briefing: Day 2 of Lebanon's Cease-fire

Plus, the gangs stealing hiring exams in India.

By Gaya Gupta



---

Sept. 3, 2024

THE LEARNING NETWORK

## What Song Was the Soundtrack of Your Summer?

If you had to choose a tune to describe your summer vacation, what would it be, and why?

By Natalie Proulx



---

ADVERTISEMENT

---

May 7, 2024

FOOD

## Creamy Noodles Drizzled With Chile Crisp, Chicken Fajitas in Soft Flour Tortillas

This week's round of fast, easy dinners leans into cravings.

By Mia Leimkuhler



---

Feb. 4

THE LEARNING NETWORK

## Will You Be Watching Super Bowl LIX?

Which stories have your attention this year, whether they're about the players, the coaches, the commercials or the halftime performers?

By Jeremy Engle



---

Feb. 10

BRIEFING

## Crypto's Connections

Three ways that President Trump is deepening crypto's relationship with mainstream finance.

By David Yaffe-Bellany



---

May 20, 2024

MUSIC

## Taylor Swift Beats Gunna on the Chart. Her Next Rival? Billie Eilish.



"The Tortured Poets Department" logs a fourth week at No. 1. Next week's competition is a battle between two stars with multiple versions of their LPs for sale.

By Ben Sisario

PRINT EDITION  Next Test For Swift: Billie Eilish | May 21, 2024, Page C4

---

May 7, 2024

THE LEARNING NETWORK

### Weekly Student New Quiz: Myanmar, Campus Protests, 'Hell's Kitchen'

Have you been paying attention to current events recently? See how many of these 10 questions you can get right.

Compiled by Jeremy Engle and Michael Gonchar



---

Nov. 8, 2024

MUSIC

### 7 Deep Cuts From the 2025 Grammy Nominations

Big names dominate the biggest categories, but lovely discoveries await on the ballot too. Hear tracks from Arooj Aftab, Sierra Ferrell, Tems, Idles and more.

By Lindsay Zoladz



---

Feb. 8

### Super Bowl LIX: Everything you needed to know but were too afraid to ask

From the Vince Lombardi Trophy to scrimmages and punts, this is our beginner's guide to the Super Bowl

---

Feb. 4

BRIEFING

### Trump Said Palestinians Should Leave Gaza

Also, China swiftly countered Trump's tariffs. Here's the latest at the end of Tuesday.

By Matthew Cullen



---

June 21, 2024

BRIEFING

### Overpaying for Medicine

Who is driving up drug costs for millions of people?

By Reed Abelson and Rebecca Robbins



---

Feb. 11

TELEVISION

## John Oliver Interrupts Jon Stewart's Monologue on 'The Daily Show'

The British host of "Last Week Tonight" said he wanted to be "the first to welcome America to its monarchy era."

By Trish Bendix



PRINT EDITION
February 11, 2025

---

ADVERTISEMENT

---

Feb. 23

OPINION

## Why You, Too, Need a Nemesis

Many successful people understand the power of a grudge — athletes, pop stars, your mother-in-law, our president.

By Rachel Feintzeig



PRINT EDITION
March 2, 2025, Page SR9

---

Feb. 3

MUSIC

## Best and Worst Moments From the 2025 Grammys

Doechii and Chappell Roan brought dramatic performances and heartfelt speeches, new artists stole the spotlight and men took a back seat at the 67th annual awards.

By Jon Caramanica, Joe Coscarelli, Caryn Ganz, Jon Pareles and Lindsay Zoladz



PRINT EDITION    Highlights Dominate The Spotlight | February 4, 2025, Page C1

---

May 17, 2024

MUSIC

## How Big Is Taylor Swift?

As big as the Beatles? Michael Jackson? Beyoncé? We crunched the numbers.

By Joe Coscarelli, Courtney Cox and Fred Bierman



---

Dec. 19, 2024

MUSIC

## Digging Deep for Musical Gems: The Year in 18 Boxed Sets and Reissues

Joni Mitchell's experimental period, Green Day's ambitious concept album and Alice Coltrane's thrilling 1971 Carnegie Hall concert arrived in new packages this year.

By Jon Caramanica, Jon Pareles, Hank Shteamer and Lindsay Zoladz



PRINT EDITION  Live Sets, Fresh Discoveries And Masterworks in
Progress | December 21, 2024, Page C4

Nov. 7, 2024

### DeMar DeRozan is an all-time Toronto Raptor, and figuring it out with the Kings, too

DeRozan is off to a good start with his third team in his seventh season away from Toronto.

---

May 26, 2024

### In the 'Mile of the Century,' Josh Kerr adds fuel to the Olympics' hottest rivalry

Josh Kerr beat Jakob Ingebrigtsen Saturday in the Bowerman Mile, adding a new layer to a rivalry that will only intensify ahead of Paris.

---

Feb. 1

MUSIC

### How to Watch the 2025 Grammys

A guide to everything you need to know for the 67th annual awards on Sunday night.

By Annie Aguiar



---

Feb. 3

BRIEFING

### Tuesday Briefing: A Tariff Deal With Mexico

Plus, the best and worst moments at the Grammys.

By Emmett Lindner



---

April 17

MUSIC

### Playboi Carti and His Offspring Ponder Life After Rage-Rap

As rap continues to move in chaotic directions, the Atlanta M.C. Ken Carson and the electro-pop singer 2hollis are harnessing the power of music that moves bodies.

By Jon Caramanica



PRINT EDITION  Playboi Carti, Lineage and Life After Rage-Rap | April 19, 2025, Page C3

---

Jan. 18

CANADA

### When the U.S. Hit Canada With Steep Tariffs Before, Canada Had a Plan B

But economic, political and technological changes have left Canada with few ways to handle trade restrictions now.

By Ian Austen



---

ADVERTISEMENT

Jan. 31

BRIEFING

## Friday Briefing

Here's what you need to know.

By Natasha Frost



---

Feb. 3

BRIEFING

## Monday Briefing

The prospect of a North American trade war.

By Natasha Frost



---

Feb. 10

BRIEFING

## Trump's New Tariffs Target Foreign Metals

Also, Elon Musk led a bid to buy OpenAI. Here's the latest at the end of Monday.

By Matthew Cullen



---

Jan. 30

BRIEFING

## Friday Briefing: 67 Dead in Washington Air Collision

Plus, Beyoncé vs. Swift at the Grammys.

By Emmett Lindner



---

Dec. 31, 2024

TELEVISION

## For Comics, Honing Jokes Has Taken a Back Seat to Marketing. That's Not Good.

Stand-ups need time and practice to get good. When they have to focus on promotion and their social media feeds, the art form suffers.

By Jason Zinoman

PRINT EDITION   Marketing Their Work Is No Joke | January 2, 2025, Page C1

---

July 2, 2024

MEDIA

## How Tom Hanks's Son Spawned a Hateful Meme Online

When Chet Hanks first used the phrase "white boy summer," it was meant to be fun and playful, he said. Now it has been appropriated around the world by white supremacists and other hate groups.

By Steven Lee Myers



PRINT EDITION   How Hanks's Son Spawned a Meme Adopted by Racists | July 4, 2024, Page B3

---

Feb. 14

BRIEFING

## Trump Officials Pushed Ahead With Mass Layoffs

Also, a man in Chile was briefly "swallowed" by a whale. Here's the latest at the end of Friday.

By Matthew Cullen



---

May 7, 2024

EUROPE

## Tuesday Briefing

Israel's strikes on Rafah.

By Natasha Frost



PRINT EDITION
May 7, 2024

---

Feb. 3

BRIEFING

## Trump Delayed Tariffs Against Canada and Mexico

Also, aid agency staff members were shut out of their offices. Here's the latest at the end of Monday

By Matthew Cullen



---

May 30, 2024

## Yankees Covering the Bases: Juan Soto, Luis Gil and DJ LeMahieu's return

Dive into all the latest and greatest happenings with the Bronx Bombers in our weekly Yankees segment.

---

ADVERTISEMENT

---

Aug. 3, 2024

POLITICS

## Can Harris Win Back Arab American Voters? The Door May Be Cracked Open.

Vice President Kamala Harris has not strayed from President Biden on Israel policy, but she has taken a stronger tone on the suffering of Palestinians.

By Hamed Aleaziz



PRINT EDITION  Door Might Be Cracked for Harris to Regain Arab American Voters Who Left Biden | August 5, 2024, Page A16

---

Jan. 28

MUSIC

## With Fires Burning, the Grammys Made a Choice: On With the Show



The New York Times - Search

Sunday's event has high-profile contests featuring Beyoncé, Taylor Swift, Billie Eilish and Chappell Roan. But the big question may be whether the show strikes the right tone.

By Ben Sisario

PRINT EDITION  Grammys Try to Set Right Tone | January 29, 2025, Page C1

---

May 4, 2024

BRIEFING

## Moving Target

A recent study offers some suggestions on the best time of day to exercise. But optimizing a routine requires having a routine to begin with.

By Melissa Kirsch



---

Dec. 10, 2024

ARTS

## Best Comedy of 2024

Jon Stewart made "The Daily Show" must-see TV again, Theo Von had a memorable moment with Donald Trump, and Nikki Glaser broke through.

By Jason Zinoman

PRINT EDITION  Comedy | December 15, 2024, Page AR18



---

Aug. 3, 2024

OPINION

## If 'The Lord of the Rings' Is a Cautionary Tale, It Was Lost on JD Vance

He seems to have missed J.R.R. Tolkien's main point.

By Jamelle Bouie



---

July 17, 2024

MUSIC

## Why Donald Glover Is Saying Goodbye to Childish Gambino

"Bando Stone & the New World," his new album due Friday, tells a story about the potential end of the world — and the conclusion of his pseudonymous musical project.

By Reggie Ugwu

PRINT EDITION  Leaving Childish Things Behind | July 18, 2024, Page C1



---

Dec. 12, 2024

BRIEFING

## C.E.O.s Are Tripping

Why executives are using psychedelics to get ahead.

By Emma Goldberg



---

May 8, 2024

BRIEFING

## An Overlooked War

In Myanmar, poets, doctors and lawyers have traded life in the cities for jungle warfare.

By Hannah Beech



---

June 20, 2024

MUSIC

## The 40 Best Songs of 2024 (So Far)

Our critics select 33 standouts from our weekly Playlists — and seven more tracks they had missed.

By Jon Pareles and Lindsay Zoladz



---

Aug. 13, 2024

MOVIES

## Haley Joel Osment Sees Contentment

Twenty-five years after breaking through in the smash "Sixth Sense," the actor has worked steadily, finding a balance that has eluded some child stars.

By Melena Ryzik

PRINT EDITION

August 25, 2024, Page AR8



---

ADVERTISEMENT



---

Feb. 15

BRIEFING

## Love Letters

Mail and phone calls may be archaic, but they have lessons for us on how to be better communicators.

By Melissa Kirsch

PRINT EDITION   Regaining the Romance of Correspondence | February 24, 2025, Page A2



---

April 20, 2024

BRIEFING

## Bedtime Stories for Grown-Ups

For those past the age of a parental tuck-in, audiobooks might provide a soothing analogue.

By Melissa Kirsch



---

April 27, 2024

BRIEFING

## Saving Time

The advice to live each day to its fullest can seem like a cliché, but figuring out how to actually do that can be pretty challenging.

By Melissa Kirsch



---

Jan. 7

THE LEARNING NETWORK

## How to Create a Compelling Collection: A Guide to Our New 'My List' Contest

Step-by-step instructions for coming up with an engaging list of recommendations for things we should — or shouldn't — read, watch, experience, eat or listen to.

By Katherine Schulten



---

March 16

## March Madness bracket prep 2025: Strengths, weaknesses, team previews and more

Get ready for the men's NCAA Tournament with preview capsules on all 68 teams in the field, featuring strengths, weaknesses and more.

---

Dec. 18, 2024

WORLD

## The Year in Pictures 2024: Far From Ordinary

Photographers captured historic moments of war, grief and wonder that defined the year.



---

Have feedback? Take a 10 second survey to help us improve the search results.

Available at: https://www.nytimes.com/search?dropmab=false&lang=en&query=%22Drake%22%20%26%20%22Kendrick%20Lamar%22&sort=best&startDate=2024-04-01