# EXHIBIT G

**"Like That"**
*Kendrick Lamar, Future, and Metro Boomin*

[Intro: Future]
Gotta fire my joint up on this bitch
Young Metro, young Metro, young Metro, three times
Yeah

[Verse 1: Future]
Stickin' to the code, all these hoes for the streets
I put it in her nose, it's gon' make her pussy leak
Pussy n***** told, ain't gon' wake up out they sleep
You can't hear that switch, but you can hear them n***** scream
All my hoes do shrooms, n****, all my hoes do coke
Twenty-carat ring, I put my fingers down her throat (Uh, uh, uh)
If I lose a carat, she might choke (Uh, uh, uh)
I know she gon' swallow, she a G.O.A.T. (Uh, uh, uh) Freeband
N****, bring the racks in
Got the shooters in the corner like the pack in
She think 'cause she exotic bitch, she attractive
That's that shit'll get you put up out the section, brrt
And the motto still the same
Ball like I won a championship game
You know these hoes hungry, they gon' fuck for a name
I put her on the gang, she get fucked for a chain
Got your girl in this bitch, she twirlin' on the dick
I got syrup in this bitch, turn up in this bitch
And we brought the 'Ercs in this bitch, get murked in this bitch
All these pointers on me, baby, you know it's game time
Bring a friend, bitch, we fucked 'em at the same time
I'm a different n****, no, we not the same kind
You can have that lil'— if she ain't mine (Yeah)

[Chorus: Future]
Young dope dealer, sellin' dope, is you like that? (If you like that)
Kickin' doors, kickin' in doors, is you like that? (Yeah)
Young throwed n****, sellin' loads, is you like that? (Yeah)
All '24, you on go, is you like that? (If you like that)
N***** from the bottom really like that (If you like that)
Steppin' in Balencis if you like that (If you like that)
Pop another bottle if you like that (If you like that)

[Post-Chorus: Michel'le]
He was once a thug from around the way

[Verse 2: Kendrick Lamar & Future]

These n***** talkin' out of they necks
Don't pull no coffin out of your mouth, I'm way too paranoid for a threat
Ayy-ayy, let's get it, bro
D-O-T, the money, power, respect
The last one is better
Say, it's a lot of goofies with a check
I mean, ah, I hope them sentiments symbolic
Ah, my temperament bipolar, I choose violence
Okay, let's get it up, it's time for him to prove that he's a problem
Niggas clickin' up, but cannot be legit, no 40 Water, tell 'em
Ah, yeah, huh, yeah, get up with me
Fuck sneak dissin', first-person shooter, I hope they came with three switches
I crash out like, "Fuck rap," diss Melle Mel if I had to
Got 2TEEZ with me, I'm snatchin' chains and burnin' tattoos, it's up
Lost too many soldiers not to play it safe
If he walk around with that stick, it ain't André 3K
Think I won't drop the location? I still got PTSD
Motherfuck the big three, n****, it's just big me
N****, bum
What? I'm really like that
And your best work is a light pack
N****, Prince outlived Mike Jack'
N****, bum
'Fore all your dogs gettin' buried
That's a K with all these nines, he gon' see Pet Sematary (Yeah)
N****, bum


[Chorus: Future & Kendrick Lamar]
Young dope dealer, sellin' dope, is you like that? (If you like that, yeah, yeah)
Kickin' doors, kickin' in doors, is you like that? (How?, yeah)
Young throwed n****, sellin' loads, is you like that? (Holy water, Holy water, yeah) All '24, you on go, is you like that? (If you like that)
N***** from the bottom really like that (If you like that)
Steppin' in Balencis if you like that (If you like that)
Pop another bottle if you like that (If you like that)

[Post-Chorus: Michel'le]
He was once a thug from around the way

[Instrumental Break]

[Chorus: Future]
Young dope dealer, sellin' dope, is you like that?
Kickin' doors, kickin' in doors, is you like that?
Young throwed n****, sellin' loads, is you like that?

All '24, you on go, is you like that? (If you like that)
N***** from the bottom really like that (If you like that)
Steppin' in Balencis if you like that (If you like that)
Pop another bottle if you like that (If you like that)

[Post-Chorus: Michel'le]
He was once a thug, he was, he


[Outro: Future]
Came in banging dope, n***** was young, slangin' powder
Walk in the strip club, make it rain for three hours
Locked in and now I got my Phantom and my driver
Perc'd out, took chances in my hood like Nevada
Surfed out outside, white interior, lasagna
Hundred thousands, I just cashed out on designer
Gotta devour, n****, I learned that in the jungle
Once I sell this load, that's a million in a week

Available at: https://genius.com/Future-metro-boomin-and-kendrick-lamar-like-that-lyrics