# EXHIBIT I

**"Taylor Made Freestyle"**
*Drake*

[Intro: 2Pac (AI)]
Killuminati
Dons rise again
You can see it in my eyes again

[Verse 1: 2Pac (AI)]
Kendrick, we need ya, the West Coast savior
Engraving your name in some hip-hop history
If you deal with this viciously
You seem a little nervous about all the publicity
Fuck this Canadian lightskin, Dot
We need a no-debated West Coast victory, man
Call him a bitch for me
Talk about him likin' young girls, that's a gift from me
Heard it on the Budden Podcast, it's gotta be true
They told me the spirit of Makaveli is alive
In a n**** under 5'5", so it's gotta be you
I would beef the whole fuckin' game
It was me and Snoop Dogg, had my fuckin' shirt off in the House of Blues
K, you gotta fuck this n**** girl, he gotta get abused
All that shit 'bout burning tattoos, he is not amused
That's jail talk for real thugs, you gotta be you
Gotta leave this motherfucker broken and bruised before we really lose
You asked for the smoke, now it seem you too busy for the smoke
I won't lie, the people confused
Now you 'bout to give this shit another week?
And fall back so homegirl can run her numbers up? I woulda refused
Fuck these industry relationships, she not in your shoes
You supposed to be the boogeyman, go do what you do
Unless this is a moment that you tell us this not really you
In that case, there's nothing left to say, I'll just pass it to Snoop

[Verse 2: Snoop Dogg (AI)]
Nephew, what the fuck you really 'bout to do?
We passed you the torch at the House of Blues
And now you gotta do some dirty work, you know how to move, right? Right?
I know you never been to jail, orange jumpsuits and shower shoes
Never shot nobody, never stabbed nobody
Never did nothing violent to no one, it's the homies that empower you
But still, you gotta show this fuckin' owl who's boss on the West
Now's a time to really make a power move
'Cause right now it's looking like you writin' out the game plan on how to lose
How to bark up the wrong tree and then get your head popped in a crowded room

World is watching this chess game, but are you out of moves?
Dot, you know that the D-O-G never fuckin' doubted you
But right now it seem like you posted up without a clue
Of what the fuck you 'bout to do

[Verse 3: Drake]
Yeah, unc', that's the truth
I'm definitely 'bout to come around the Lang gang and let my fuckin' bowel move
Shittin' on you n***** from a whole different altitude
High up in the sky like I'm Howard Hughes
The first one really only took me an hour or two
The next one is really 'bout to bring out the coward in you
But now we gotta wait a fuckin' week 'cause Taylor Swift is your new Top
And if you 'bout to drop, she gotta approve
This girl really 'bout to make you act like you not in a feud
She tailor-made your schedule with Ant, you out of the loop
Hate all you corporate industry puppets, I'm not in the mood
I love it when you n***** talk loose like I'm not in the room
Since "Like That," your tone changed a little, you not as enthused
How are you not in the booth? It feel like you kinda removed
You tryna let this shit die down, nah, nah, nah
Not this time, n****, you followin' through
I guess you need another week to figure out how to improve
What the fuck is taking so long? We waitin' on you
The rest of y'all are definitely involved, y'all gettin' it too
Soon as you get the courage to drop, I'm out on the loose, on the loose


[Outro: Drake]
Yeah, shout out to Taylor Swift
Biggest gangster in the music game right now
You know, I moved my album when she dropped, I said that already
You know, she 'bout to milli' run through a Milly Rock on your head top, well
She got the whole pgLang on mute like that Beyoncé challenge, y'all boys quiet for the weekend, like
Dot, I know you're in that NY apartment, you strugglin' right now, I know it
In the notepad doing lyrical gymnastics, my boy
You better have a motherfuckin' quintuple entendre on that shit
Some shit I don't even understand, like
That shit better be crazy, we waitin' on you
Yeah

Available at: https://genius.com/Drake-taylor-made-freestyle-lyrics