# EXHIBIT L

**"6:16 in LA"**
*Kendrick Lamar*

[Part I]
[Intro]
Uh (Uh)
Uh (Uh)
Uh, yeah (Uh)
It's survival, survival
I think somebody lying
Smell somebody lying
I don't see no fire

[Verse 1]
Off-white Sunseeker at the marina
Fuck a Phantom, I like to buy yachts when I get the fever
Wine cooler spill on my white t-shirt, the sightseer
Trifecta, money, morals, and culture, that's my leisure
My visa, passport tatted, I show up in Ibiza
Lucalis dwellings in Brooklyn just to book me some pizza
Who could reach us? Only God could teleport this type of freedom
God, ah, my confession is yours
But, who am I if I don't go to war?
There's opportunity when livin' with loss
I discover myself when I fall short
Raise my hands to a fallen sky, I fantasize
Me jumpin' planets immortalized, I correspond
Three angels watchin' me all the time
Put my children to sleep with a prayer, then close my eyes
Definition of peace
Tell me who gon' stop me? I come from love
Estelle cover my heart, then open me up
Remember when picked up a pen, lyrics that I can trust
Timid soul, stare in the mirror, askin' where I was from often
I know this type of power is gon' cost
But I live in circadian rhythms of a shooting star
The mannerisms of Raphael, I can heal and give you art
But the industry's cooked as I pick the carcass apart

[Verse 2]
Yeah, somebody's lyin', I can see the vibes on Ak'
Even he lookin' compromised, let's peel the layers back
Ain't no brownie points for beating your chest, harassin' Ant
Fuckin' with good people make good people go to bat
Conspiracies about Cash, dog? That's not even the leak

Find the jewels like Kash Doll, I just need you to think
Are you finally ready to play have-you-ever? Let's see
Have you ever thought that OVO is workin' for me?
Fake bully, I hate bullies, you must be a terrible person
Everyone inside your team is whispering that you deserve it
Can't Toosie Slide up outta this one, it's just gon' resurface
Every dog gotta have its day, now live in your purpose
It was fun until you started to put money in the streets
Then lost money 'cause they came back with no receipts
I'm sorry that I live a boring life, I love peace
But war-ready if the world is ready to see you bleed
The Elohim, KTW, know you can't sleep, these images trouble you
Know the wires in your circle should puzzle you
If you were street-smart, then you woulda caught that your entourage is only to hustle you
A hundred n***** that you got on salary
And twenty of 'em want you as a casualty
And one of them is actually next to you
And two of them is practically tired of your lifestyle
Just don't got the audacity to tell you
But let me tell you some game 'cause I can see you, my lil' homie
You playin' dirty with propaganda, it blow up on ya
You're playin' nerdy with Zack Bia and Twitter bots
But your reality can't hide behind Wi-Fi
Your lil' memes is losin' steam, they figured you out
The forced opinions is not convincin', y'all need a new route
It's time that you look around on who's around you
Before you figure that you're not alone, ask: "What Mike would do?"

Available at: https://genius.com/Kendrick-lamar-6-16-in-la-lyrics