# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AUBREY DRAKE GRAHAM, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) Case No. 1:25-cv-0399 |
|  | ) |
| UMG RECORDINGS, INC., | ) **MOTION FOR ADMISSION** |
|  | )     **PRO HAC VICE** |
|  | ) |
| Defendant. | ) |
|  | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **JACK IVAN LERNER** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **CHARIS KUBRIN, JACK LERNER, ADAM DUNBAR, and KYLE WINNEN** in the above-captioned action. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.


Dated:                          Respectfully Submitted,
                                **JACK IVAN LERNER**

                                Applicant Signature: _____
                                Applicant's Name: **JACK IVAN LERNER**
                                Firm Name: **UCI Intellectual Property, Arts, and Technology Clinic**
                                Address: **401 E. Peltason**
                                City/State/Zip: **Irvine, CA 92617**
                                Telephone/Fax: **(949) 824-7684**
                                Email: **jilerner@uci.edu**