**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUBREY DRAKE GRAHAM, | ) |
| | ) |
| Plaintiff | ) Case No. 1:25-cv-0399 |
| | ) |
| v. | ) **AFFIDAVIT IN SUPPORT OF** |
| | ) |
| UMG RECORDINGS, INC., | ) **MOTION FOR ADMISSION** |
| | ) **PRO HAC VICE** |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **JACK IVAN LERNER**, being duly sworn, deposes and says:

(1) I have never been convicted of a felony.

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court. However, I was placed on "admin inactive" status for thirteen days in July 2023. From July 1-13, 2023, my status with the State Bar of California was listed as "admin inactive" because I had not yet submitted a Client Trust Account Protection Program (CTAPP) annual declaration. The State Bar of California has publicly emphasized that this inactive status was administrative and not disciplinary.

(3) There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, applicant requests admission pro hac vice in the above-caption action.

Dated: Irvine, CA

(date) May 14, 2025

Sworn to before me this 14

day of May , 2025 .

_____
Attorney

_____
Notary Public

KIMBERLY LUKMAN
Commission # 2501269
Notary Public - California
ORANGE County
My Comm. Expires OCT 3, 2028