UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUBREY DRAKE GRAHAM, | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:25-cv-0399 |
| UMG RECORDINGS, INC., | ) **ORDER FOR ADMISSION PRO HAC VICE** |
| Defendant. | ) |

The motion of **Jack Ivan Lerner**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of **California**; and that his/her contact information is as follows:

Applicant's Name: **JACK IVAN LERNER**
Firm Name: **UCI INTELLECTUAL PROPERTY, ARTS, AND TECHNOLOGY CLINIC**
Address: **401 E. PELTASON DR.**
City/ State/ Zip: **IRVINE CA 92697**
Telephone/ Fax: **(949) 824-7684**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Charis Kubrin, Jack Lerner, Adam Dunbar, and Kyle Witten** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 15, 2025

_____
JEANNETTE A. VARGAS
United States District Judge