**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 15, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Judge
Southern District Of New York
500 Pearl Street, Room 703
New York, NY 10007

Re: *Graham v. UMG Recordings, Inc.*, 1:25-cv-00399-JAV
Letter Submission re Request for Judicial Notice Briefing Schedule

Dear Judge Vargas,

    We write on behalf of the parties in the above-captioned action regarding the briefing schedule for Defendant's motion to dismiss, ECF No. 43, and related request for judicial notice, ECF No. 44. The Court previously granted an extended briefing schedule, permitting Plaintiff to file his opposition to the motion to dismiss on May 28, 2025 and Defendant to file its reply on June 11, 2025. ECF No. 40. That order was silent on the timing of the briefing of Defendant's request for judicial notice.

    The parties have conferred and agree that their intention was to have the opposition and reply papers for the request for judicial notice be filed concurrently with the motion to dismiss papers. The parties respectfully request the Court enter an order confirming this understanding: Plaintiff's opposition to the request for judicial notice is due on May 28 and Defendant's reply is due on June 11.

    We appreciate the Court for its time and attention to this request.

Respectfully submitted,

s/ M. Annie Houghton-Larsen

cc: All counsel of record (via ECF)