**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

                    Plaintiff,

        - against -

                                                            Case No. 25-cv-00399

UMG RECORDINGS, INC.,

                    Defendant.                              **MOTION FOR ADMISSION**
                                                            *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anna Gotfryd, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Aubrey Drake Graham in the above-captioned action.

As described in my affidavit submitted contemporaneously herewith, I am in good standing of the Bar of the State of Illinois.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3, the required certificate of good standing, and a proposed order granting the relief requested herein.  I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: June 25, 2025

Respectfully submitted,

By: /s/ *Anna Gotfryd*
Anna Gotfryd (Admission *Pro Hac Vice* Pending)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 303-1228
agotfryd@willkie.com
*Counsel for Aubrey Drake Graham*