UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUBREY DRAKE GRAHAM,

Plaintiff,

- against -

UMG RECORDINGS, INC.,

Defendant.

Case No.: 25-cv-00399

**AFFIDAVIT OF ANNA GOTFRYD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Anna Gotfryd, declare and state as follows:

1.      I am an attorney at the law firm of Willkie Farr & Gallagher LLP, located at 1875 K Street, N.W., Washington, D.C. 20006, phone number (202) 303-1228, facsimile (202) 303-2000.

2.      I have personal knowledge of the facts stated herein.

3.      I respectfully submit this affidavit in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for the purpose of appearing as counsel for Aubrey Drake Graham in connection with the above-captioned matter.

4.      I am a member in good standing of the Bar of the State of Illinois, as shown in the Certificate of Good Standing filed in connection with my motion.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.    There are no pending disciplinary proceedings presently against me in any state or federal court.

8.    I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Court for the Southern District of New York.

I swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 25th day of June 2025 in Washington, District of Columbia.

Anna Gotfryd

District of Columbia:ss
Subscribed and sworn before me in Washington, D.C. this 25th day of June, 2025.

Notary Public



NICOLE Y. REEBER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2027

-2-