**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AUBREY DRAKE GRAHAM,

                Plaintiff,

      - against -

UMG RECORDINGS, INC.,

            Defendant.

Case No.: 25-cv-00399

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Anna Gotfryd to be admitted, *pro hac vice*, to represent Aubrey Drake Graham in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the Bar of the State of Illinois, it is hereby

**ORDERED**, that Anna Gotfryd, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent Aubrey Drake Graham in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June \_\_, 2025
      New York, New York

                                _____
                                UNITED STATES DISTRICT COURT JUDGE