**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>        Plaintiff,<br><br>    - against -<br><br>UMG RECORDINGS, INC.,<br><br>        Defendant. | Case No.: 25-cv-00399 |

## <u>MOTION TO WITHDRAW BY MERYL C. GOVERNSKI</u>

I, Meryl C. Governski, counsel to Plaintiff Aubrey Drake Graham ("Plaintiff") in the above-captioned case, submit this motion for entry of an order under Local Rule 1.4(b) authorizing the withdrawal of my appearance in this case.  The grounds for this motion are as follows:

As of July 2, 2025, I will no longer be working at Willkie Farr & Gallagher LLP ("Willkie") and will no longer serve as counsel for Plaintiff.  The other attorneys of record from Willkie will continue representing Plaintiff in this case.  This withdrawal is not expected to delay proceedings, and I will not be asserting a lien on the case.

Dated: July 1, 2025

Respectfully submitted,

By: */s/ Meryl C. Governski*
Meryl C. Governski (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, D.C.  20006
Tel: (202) 303-1000
mgovernski@willkie.com
*Counsel for Aubrey Drake Graham*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 1st day of July, 2025.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Brady M. Sullivan*
Brady M. Sullivan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY  10019
Tel: (212) 728-8000
bsullivan@willkie.com
*Counsel for Aubrey Drake Graham*