**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>        Plaintiff,<br><br>    - against -<br><br>UMG RECORDINGS, INC.,<br><br>        Defendant. | Case No.: 25-cv-00399<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MERYL C. GOVERNSKI AS COUNSEL OF RECORD** |

Having considered Meryl C. Governski's Motion to Withdraw, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is respectfully requested to remove Ms. Governski from the CM/ECF service list for this action.

Dated: ——————————————    ——————————————————

                                                Hon. Jeannette A. Vargas
                                                United States District Judge