UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
AUBREY DRAKE GRAHAM,
:
               Plaintiff,
:    No. 1:25-cv-399-JAV
        v.
:
UMG RECORDINGS, INC.,
:
               Defendant.
:
---------------------------------------------------------------------x

**NOTICE OF MOTION FOR LEAVE TO SERVE A RULE 45 SUBPOENA ON THIRD PARTY KOJO MENNE ASAMOAH BY ALTERNATIVE MEANS**

PLEASE TAKE NOTICE, that Plaintiff Aubrey Drake Graham, pursuant to New York Civil Practice Law and Rules §§ 308(1)–(5) and Federal Rules of Civil Procedure 4(e)(1)–(2) and 45 and upon the memorandum in support of this motion and supporting papers, moves this Court for entry of an order permitting Plaintiff to serve Mr. Kojo Menne Asamoah with a copy of a Rule 45 Subpoena by the alternative means listed in the memorandum.

Dated: July 14, 2025

Respectfully Submitted,

/s/*Michael J. Gottlieb*
Michael J. Gottlieb
Anna Gotfryd (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
agotfryd@willkie.com

Brady Sullivan
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
bsullivan@willkie.com
mhoughton-larsen@willkie.com

*Attorneys for Plaintiff*