# EXHIBIT 4

*UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK*

---

*Aubrey Drake Graham*
          *Plaintiff(s)*

                                        *VS.*                    *Case No: 25-CV-00399 (JAV)*

*UMG Recordings, Inc.*
          *Defendant(s)*

---

### AFFIDAVIT OF DUE DILIGENCE

*I, **Rebecca E. Short**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Exhibit 1, in the above entitled case, hereby depose and say:*

*That I am over the age of eighteen years and not a party to or otherwise interested in this matter. That I am the Custodian of Records of Capitol Process Services, Inc.*

*That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Kojo Menne Asamoah with the above named process.*

*That on March 14, 2025 at 6:00 PM, my agent, Carlos Canas attempted to serve, Kojo Menne Asamoah at 722 Jackson Street, Los Angeles, California 90012. On this occasion, Mr. Canas found two units at the address provided, however both appeared to be vacant. In addition, Mr. Canas stated that the units appear to have Ring branded video doorbells, however Mr. Canas did not receive an answer at the door at either unit after ringing the doorbell.*

*That on March 15, 2025 at 8:15 AM, my agent, Carlos Canas attempted to serve Kojo Menne Asamoah at 722 Jackson Street, Los Angeles, California 90012. On this occasion, Mr. Canas received no answer at the doorbell of either unit.*

*That on March 17, 2025 at 9:05 AM, my agent, Carlos Canas attempted to serve Kojo Menne Asamoah at 722 Jackson Street, Los Angeles, California 90012. On this occasion, again, Mr. Canas did not receive an answer at the doorbell of either unit.*

*That on March 18, 2025 at 1:37 PM, my agent, Carlos Canas attempted to serve Kojo Menne Asamoah at 215 West 6th Street, Apartment 1011, Los Angeles, California 90014. On this occasion, Mr. Canas found Apartment 1011 to be vacant.*

*That on March 18, 2025 at 2:15 PM, my agent Carlos Canas attempted to serve Kojo Menne Asamoah at 3371 Glendale Boulevard, #206, Los Angeles, California 90039. On this occasion, Mr. Canas found that SpeedCo Fax & Park is located there. Accordingly, Mr. Canas spoke with the manager, Romeo, who stated that Mr. Asamoah rents Box #206 there for mailing purposes.*

*That on March 20, 2025 at 5:16 PM, my agent, Jason Parker attempted to serve Kojo Menne Asamoah at 14406 Kings Crossing Boulevard, Boyds, Maryland 20841. On this occasion, Mr. Parker received no answer at the door. There was a black Range Rover vehicle in the driveway with Maryland tag #4BW4095 in the driveway.*

*That on March 20, 2025 at 7:09 PM, my agent, Jason Parker attempted to serve Kojo Menne Asamoah at 14406 Kings Crossing Boulevard, Boyds, Maryland 20841. On this occasion, Mr. Parker spoke with Asamoah's brother Kofi, who stated that Kojo does not reside in the state. In addition, Kofi would not provide me with Kojo's current address.*

*That on March 21, 2025 at 7:09 PM, my agent, Dean DeVito attempted to serve Kojo Menne Asamoah at 416 East Broadway, #102, Glendale, California 91205. On this occasion, Mr. DeVito found that the building was secured, but was able to gain access. Accordingly, Mr. DeVito knocked on the door and rang the doorbell for Apartment 102, but did not receive an answer at this time.*

*That on March 21, 2025 at 6:00 PM, my agent, Jason Parker attempted to serve Kojo Menne Asamoah at 18001 Cottage Garden Drive, Apartment 103, Germantown, Maryland 20874. On this occasion, Mr. Parker spoke with an African American male in his forties, who stated that he has lived there for four years, and has never heard of Kojo Menne Asamoah.*

*That on March 21, 2025 at 6:27 PM, my agent, Jason Parker attempted to serve Kojo Menne Asamoah at 117 North Frederick Avenue, Gaithersburg, Maryland 20877. On this occasion, Mr. Parker found the location to be the Savanna International Market, and staff pointed Mr. Parker to an African American male who was approximately 70 years old. Accordingly, when Mr. Parker inquired if Kojo Menne Asamoah could be found there, the man stated that his name was Kofi, and asked the server to leave.*

*That on March 22, 2025 at 2:21 PM, my agent, Dean DeVito attempted to serve Kojo Menne Asamoah at 416 East Broadway, #102, Glendale, California 91205. On this occasion, Mr. Devito again received no answer at the door of Apartment 102. Accordingly, Mr. DeVito spoke with an individual in the leasing office who confirmed that Kojo Menne Asamoah is not listed at Apartment 102, or any other unit within the building.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/21/2025*

Rebecca E. Short

Client Ref Number: N/A

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050* #:12899830