# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

AUBREY DRAKE GRAHAM,

        Plaintiff,

    - against -

UMG RECORDINGS, INC.,

        Defendant.

------------------------------------------------- X

No. 1:25-cv-00399 (JAV)

## AFFIDAVIT OF DUE DILIGENCE

Timothy Gallagher, being duly sworn, deposes and states as follows:

1.  I am a private investigator. I am a Managing Director & Chief Security Officer at Nardello & Co., a global private investigative firm.

2.  Nardello & Co. has been retained by Plaintiff Aubrey Drake Graham's counsel Willkie Farr & Gallagher LLP in connection with the above-referenced action (the "Action") and has been performing investigative services in connection with that retention.

3.  Among the investigative tasks that Willkie Farr & Gallagher LLP has engaged Nardello & Co. to perform was locating Kojo Menne Asamoah ("Asamoah") and serving a subpoena in connection with the Action upon him.

4.  If called as a witness, I could and would competently testify to all facts within my personal knowledge.

5.  On March 11, 2025, Nardello & Co. commenced research and investigation in connection with serving the subpoena on Asamoah.

6.  I directed public records research that was conducted using, among other points of data, Asamoah's Social Security number and address history, but was unable to identify any

current potential residential addresses for Asamoah based on this research. According to Los Angeles County Superior Court records, he appears to have been evicted in June 2024 from his last known residential address at 215 West 6th Street, Apartment 1011, Los Angeles, California 90012.[1]   Additionally, research identified  3371 Glendale Boulevard, #206, Los Angeles, California 90039  as the billing address for a current telephone number for Asamoah and it is the address of a number of companies organized by Asamoah between 2022 and 2024.

7.      Research also identified a current address for Asamoah's parents, Kofi Asamoah and Doris Darkwaa Asamoah, at 14406 Kings Crossing Boulevard, Boyds, Maryland 20841 (the "Parents' Address"). Asamoah's parents own this property, and it is a historic address for Asamoah, meaning one he has used at various times.

8.      Research also identified 722 Jackson Street, Los Angeles, California as the address of a business with which Asamoah has been affiliated, Hardpink Records. While the status of this company's corporate charter remains active with the California Secretary of State, Asamoah's partner at Hardpink Records, Collin Hutt, announced in a social media post made on March 14, 2025 that he had relocated to Delaware, where he now works as a realtor.[2] The social media accounts for Hardpink Records appear to have been inactive for nearly two years and it is not known whether the entity remains in operation.[3]

9.      On March 29, April 1, and April 2, 2025, I directed field investigators who work on behalf of Nardello & Co. to conduct surveillance at the Parents' Address, observe individuals who entered or exited the location and the automobiles in which they travelled to and from the site.

---

[1] 215 W 6 Owner LLC vs. Kojo Asamoah and Kofi Asamoah, Los Angeles County Superior Court, Case No. 24STUD00568, filed on January 16, 2024.
[2] https://www.facebook.com/photo?fbid=1195487745806038&set=a.297779408910214
[3] https://x.com/hardpink_; https://www.facebook.com/hardpinkmusic/; https://www.instagram.com/hardpink/

The purpose of the surveillance was to ascertain whether Asamoah was present at the location, visiting or residing with his parents.

10. On March 29, 2025, field investigators observed two individuals, a young male and an older woman, coming and going from this location. Based upon a photograph from a social media post, the individuals were believed to be Asamoah's younger brother, also named Kofi, age 27, and his mother.[4] The field investigators followed them to Savanna International Market, at 117 N Frederick Avenue, Gaithersburg, Maryland, a supermarket that offers African foods and housewares.

11. According to records maintained by the Maryland Secretary of State, Asamoah's father, Kofi Asamoah, incorporated Savanna International Market on May 25, 1999. Additionally, a vehicle registered to this business appears to be used regularly by members of the Asamoah family.

12. At the Parents' Address, field investigators observed four vehicles:

| MARYLAND LICENSE PLATE | REGISTERED OWNER(S) |
| --- | --- |
| K0FIFA | Kofi Asante Asamoah |
| 8CEZ2368 | Savana International Market and Kofi Asamoah |
| 4BW4095 | Kofi Asamoah and Doris Darkwaa |
| T1541433 | Kofi Asamoah and Mercy Agyapornaa |

13. On April 1, 2025, from approximately 8:00 AM until 4:00 PM, field investigators conducted surveillance at the Parents' Address and at Savanna International Market but did not observe anyone resembling Asamoah.

---

[4] https://www.facebook.com/photo/?fbid=7382217905170717&set=pcb.7382218015170706
[5] Based upon her age and shared address history, Mercy Asamoah, age 20, appears to be the daughter of Kofi Asamoah and Doris Darkwaa Asamoah.

14.     On April 2, 2025, from approximately 4:00 PM until 12:00 AM, field investigators conducted surveillance at the Parents' Address but did not observe anyone resembling Asamoah.

15.     When, after three days, field work failed to establish that Asamoah had relocated from Los Angeles, I directed that surveillance at the Parents' Address be ended on April 2, 2025.

16.     On March 29, March 31, and April 1, 2025, I directed field investigators to conduct surveillance at the location of Asamoah's last known residence, 215 West 6th Street, Los Angeles, California, ("Last Known Residence") and observe individuals who entered or exited the location and the automobiles in which they travelled to and from the site. The purpose of the surveillance was to confirm that Asamoah no longer lives at the location. Additionally, I asked the field investigators to speak to residents and building employees in an attempt to locate Asamoah's current residence.

17.     On March 29, 2025, field investigators present at the location of the Last Known Residence between approximately 7:00 AM and 7:00 PM observed heavy foot and vehicle traffic in the area. They did not observe anyone resembling Asamoah.

18.     On March 31, 2025, field investigators were present at the location of the Last Known Residence between approximately 7:00 AM and 3:00 PM. They did not observe anyone resembling Asamoah.  Attempts by the field investigators to enter the building to interview tenants were thwarted by a broken water pipe at the main entrance. Instead, the investigators spoke to building personnel at 300 South Spring Street, a building managed by the same management company as 215 West 6th Street, and learned that management does not allow tenants to leave forwarding addresses for mail.

19.     On April 1, 2025, field investigators were present at the location of the Last Known Residence between approximately 7:00 AM and 1:00 PM and made inquiries about Asamoah with

- 4 -

neighbors and local businesses such as cafés, delicatessens, and retail stores. No one recognized Asamoah's name or his description. The investigators did not observe anyone resembling Asamoah.

20.    When, after three days, field work at the location of the Last Known Residence failed to bear fruit, I directed that surveillance there be ended on April 2, 2025.

21.    On six days between March 29 and April 9, 2025, I directed field investigators to conduct surveillance at 722 Jackson Street, Los Angeles, California, the location of Asamoah's business, Hardpink Records, observe individuals who entered or exited the location, and the automobiles in which they travelled to and from the site. The purpose of the surveillance was to confirm whether the business was still in operation, and to locate Asamoah.

22.    On March 29, 2025, field investigators present at the location between approximately 7:00 AM and 7:00 PM observed a significant amount of foot traffic into and out of 722 Jackson Street, including some that led them to believe that people may be living at the studio. The investigators did not observe anyone resembling Asamoah.

23.    On March 31 and April 1, 2025, field investigators present at the location between approximately 7:00 AM and 3:00 PM observed a significant amount of foot traffic into and out of 722 Jackson Street. On March 31, investigators observed an individual leaving the premises who resembled Asamoah, however his identity was not confirmed.

24.    On April 3, 2025, field investigators approached employees of businesses surrounding 722 Jackson Street to ask whether Hardpink Records was in business at this location. An employee of Boom Town Brewery at 700 Jackson Street stated she thought the company had moved some two to six months earlier because she no longer saw the activity at the location she had previously observed. She had recently seen a large truck in front of the building, which may

have indicated a move by Hardpink Records or a new tenant. A worker at a warehouse at 728 Jackson Street stated that he also thought the location was vacant.

25.    As these observations conflicted with activities observed over four days by field investigators, an investigator knocked on the door of 722 Jackson Street. The Asian woman who answered stated that she worked for a record label and that 722 Jackson Street was an office building, not an apartment building. The investigator did not ask any other questions.

26.    On April 8, 2025, field investigators present at the location between approximately 10:00 AM and 6:00 PM observed a significant amount of foot traffic into and out of 722 Jackson Street, but no one resembling Asamoah.

27.    On April 9, 2025, field investigators present at the location between approximately 7:00 AM and 7:00 PM observed a significant amount of foot traffic into and out of 722 Jackson Street, but no one resembling Asamoah.  That day, an investigator spoke with a woman outside 722 Jackson Street who stated the space was being "rented out" and that Asamoah was the owner. During the conversation, a white male exited the building and intervened in the conversation. The woman retreated into the building, stating that she was uncomfortable. It is not known what she meant by the statement that the space was being "rented out."

28.    During the course of surveillance, research in subscription databases that aggregate information from a variety of public sources identified a possible new address for Asamoah, a commercial space at 1667 Blake Avenue, Los Angeles, California.

29.    On six days between April 3 and April 10, 2025, I directed field investigators to conduct surveillance at 1667 Blake Avenue, Los Angeles, California, observe individuals who entered or exited the location and the automobiles in which they travelled to and from the site. The purpose of the surveillance was to determine if Asamoah is working at this location.

- 6 -

30.  On April 3, 2025, field investigators present at the location between approximately 10:00 AM and 2:00 PM observed a significant amount of foot traffic into and out of 1667 Blake Avenue, but no one resembling Asamoah.

31.  On April 4, 2025, between approximately 1:40 PM and 3:40 PM, field investigators approached neighboring homes and businesses to inquire about 1667 Blake Avenue and Asamoah. Neighbors stated that the current tenants had moved into the location approximately one year earlier and had renovated the property, including adding walls around the parking area. They observed a great deal of activity and numerous food deliveries to the location, which they believed to be some sort of studio, but had no interaction with the tenants and were not familiar with Asamoah.

32.  On April 7, 2025, an investigator approached 1667 Blake Avenue and spoke with "Vuko," an operations specialist, who stated she had heard of Asamoah and Hardpink Records in downtown Los Angeles, but did not know him personally and did not know anyone who might have information about his current location.

33.  On April 8, 2025, field investigators present at the location between approximately 10:00 AM and 2:00 PM observed a significant amount of foot traffic into and out of 1667 Blake Avenue, but no one resembling Asamoah.

34.  On April 9, 2025, field investigators present at the location between approximately 10:00 AM and 2:00 PM observed a significant amount of foot traffic into and out of 1667 Blake Avenue, but no one resembling Asamoah. Field Investigators approached neighbors, but none were familiar with Asamoah or the business operating at 1667 Blake Avenue. Field investigators failed to serve Asamoah that day.

- 7 -

35. On April 10, 2025, field investigators again failed to serve Asamoah at 1667 Blake Avenue. Field investigators were approached by two unidentified women and a man outside the location. The investigators asked them if the location housed Hardpink Records. The woman replied, "No," then said Hardpink Records was located in downtown Los Angeles, and that this was the location of "OO Tech Design."

36. Research identified no information regarding a business by the name "OO Tech Design."

37. Sometime later on April 10, 2025, field investigators at 1667 Blake Avenue spoke again with the operations specialist named "Vuko," who was accompanied by an assistant named Sara. Voku and Sara stated that Asamoah was not at the 1667 Blake Avenue location and that the location did not house Hardpink Records.

38. On April 10, 2025, field investigators were present at the location between approximately 7:00 AM and 7:00 PM but did not observe anyone resembling Asamoah.

39. On April 10, 2025, field investigators observed at 1667 Blake Avenue, Los Angeles, California, a Range Rover vehicle that is registered to Asamoah with the California license plate 8XJW651. Records from the California Department of Motor Vehicles do not include address information associated with the vehicle.

40. Additionally, throughout the time the location was under surveillance, field investigators observed at 1667 Blake Avenue, Los Angeles, California, three vehicles registered to individuals connected to the music business:

| CALIFORNIA LICENSE PLATE | REGISTERED OWNER(S) |
|---|---|
| 9MHB557 | Mitchell J. Rossiter |
| 9ROZ694 | Jacob McNeil |
| 9MAW705 | Alina Baraz |

- 8 -

41.    Mitchell J. Rossiter, age 31, is an artist and production manager at The Hooley Group and a label manager at Org Music. According to his *LinkedIn* profile, Rossiter attended Ohio University between August 2011 and May 2015, at the same time as Asamoah.[6]

42.    Jacob McNeil, age 27, is also an employee of Org Music, according to his *LinkedIn* profile.[7]

43.    Alina Baraz, age 31, is an R&B vocalist.[8]

44.    The statements made, and activities observed, by neighbors, coupled with the fact that three vehicles registered to individuals connected to the music business were observed by field investigators at 1667 Blake Avenue, Los Angeles, California, suggests that the location may, in fact, house a recording studio.

45.    Nonetheless, despite twelve days of surveillance at both 722 Jackson Street and 1667 Blake Avenue, Asamoah was not personally identified. Given that individuals approached at both locations were uncooperative or denied that Asamoah was present, I ordered that surveillance operations be discontinued as of April 10, 2025.

46.    To date, Plaintiff has incurred over $75,000 in connection with Nardello & Co.'s work to locate Asamoah, conduct surveillance at potential addresses, and attempt service on him.

---

[6] https://www.linkedin.com/in/mitch-rossiter-a8309288/;  Criminal records place Asamoah at Ohio University in 2011. Asamoah's *Facebook* profile states he graduated from Ohio University in 2013. https://www.facebook.com/kojo.asamoah.92/about

[7] https://www.linkedin.com/in/jake-mcneil-780460182/; Research identified a "Jacob McNeill" as the owner of this vehicle. As the California Department of Motor Vehicles does not supply identifying information aside from the name of the owner and as more than one "Jacob McNeill" lives in Los Angeles County, ownership cannot be definitively tied to the Org Music employee.

[8] https://www.instagram.com/alinabaraz/?hl=en; https://open.spotify.com/artist/6hfwwpXqZPRC9CsKI7qtv1

- 9 -

Dated: Washington, DC
        June 4, 2025.

_____
Timothy Gallagher

District of Columbia: ss

Sworn to before me this
4th day of June 2025

_____
Notary Public

NICOLE Y. REEBER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2027

NICOLE Y. REEBER
NOTARY PUBLIC
EXP.
7-14-27
DISTRICT OF COLUMBIA

- 10 -