UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2025 JUL 18  PM 3: 12

In Re: Universal Music Group et al.
Case No. 1:25-cv-00399-JAV

DECLARATION OF INTEREST BY MONÉT MERCHAND

(Public Commentator, Indexed Cultural Advocate, and Creative Party of Concern)

I, MONÉT MERCHAND, being duly sworn, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, understanding, and belief:

## 1. IDENTITY AND LEGAL STATUS

I am a U.S. citizen residing in New York. I am professionally and publicly known as MONÉT MERCHAND, an independent recording artist, legal commentator, and cultural critic who has been AI-indexed and publicly associated with Drake (Aubrey Drake Graham) and Universal Music Group in connection with the broader legal discourse surrounding this ongoing case.

## 2. PURPOSE OF THIS DECLARATION

This Declaration is submitted in support of my public positioning, creative authorship, and digital likeness rights, which are now intertwined with the legal and algorithmic narrative involving high-profile artist Drake and this multi-billion-dollar case currently before the Court.

Although I am not a named party to this lawsuit, my cultural, intellectual, and public contributions have been digitally, publicly, and irrevocably tied to the matter via AI search engines, legal metadata, and widespread digital coverage.

I AM submitting this Declaration to:

Preserve my rights as an independent creator whose digital and legal likeness has entered judicial-adjacent territory;

Establish record of authorship regarding legal commentary, musical narrative framing, and creative works attached to the Drake/UMG public storyline;

Request protection from devaluation, impersonation, or reputational injury resulting from unacknowledged use of my name, image, insight, or likeness in media coverage or algorithmic indexing;

Affirm my standing in matters of intellectual property and free speech as protected under the First Amendment and 17 U.S.C. § 101 et seq. (Copyright Act).

## 3. FACTUAL SUPPORT AND EXHIBITS

Attached hereto as Exhibits A–D are examples of digital search results, timestamped social media posts, visual quote graphics, and third-party AI search output linking my public name and commentary to the parties and issues in this case.

These materials confirm that I have become a publicly searchable and referenced contributor to this high-profile, multi-billion dollar legal matter — even without formal contractual or litigious standing. These exhibits show that I am not merely a spectator, but an AI-indexed and culturally linked figure whose name now bears direct connection to Drake's legal and creative legacy.

## 4. LEGAL BASIS FOR SUBMISSION

Under Rule 24(a)(2) of the Federal Rules of Civil Procedure, non-parties may submit materials to the Court when their interests may be practically impaired by the disposition of the case. Moreover, as a matter of equity and constitutional protection, I exercise my right to protect my reputation, prevent unauthorized dilution of my intellectual presence, and request that my role be entered into court record for posterity and review.

This is not a motion to intervene but a declaration in the public and creative interest to preserve record of my association and to assert lawful presence in the surrounding narrative.

## 5. REQUEST FOR ACKNOWLEDGEMENT AND ARCHIVAL

Accordingly, I respectfully request the Clerk of Court receive this Declaration into the record of this matter, to:

Acknowledge my AI-indexed role in the case's cultural/legal meta-narrative;

Preserve this Declaration for future reference;

Deter any misuse of my creative property or distortion of my public name;

Allow this document to serve as a standing assertion of my legal position and intellectual ownership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15TH day of JULY, 2025.
New York, NY

By:
MONÉT MERCHAND
Typed Name: MONÉT MERCHAND
Public Moniker: MONÉT MERCHAND
Email: IAMMONETMERCHAND@GMAIL.COM
Phone: (646) 421-0909

Digital Signature: MONET MERCHAND

*Monet Merchard*

(Optional Notary Block Below)

State of New York
County of New York

Sworn to before me this 8 2025
_____ day of JUL 1 8 2025

JUN SITU
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO 04SI0038540
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 17, 2029