**UNITED STATES DISTRICT COURT**

RECEIVED
SDNY PRO SE OFFICE

2025 JUL 18 PM 3: 29

MERCHAND, is actively associated with and indexed alongside Drake:

Case 1:25-CV-00399 JAV (Aubrey Drake Graham v. UMG)

1. Google Index Snapshot

   Search: Drake Monet Merchand

   https://www.google.com/search?q=Drake+Monet+Merchand

2. Published Article Connecting MONÉT MERCHAND to Drake's Case:

   "Smear campaigns don't win in the courtroom": MONÉT MERCHAND lauds Drake's rebuttal to

UMG's statement to dismiss amended lawsuit

https://www.sportskeeda.com/us/music/smear-campaigns-don-t-win-courtroom-monet-merchand-lau

ds-drake-s-rebuttal-umg-s-statement-dismiss-amended-lawsuit

3. Google Auto-Suggestions & Search Association:

   Search queries such as "Drake Monet Merchand relationship" and "Monet Merchand Declaration

UMG" have surfaced in public indexing and metadata alignment.

IV. BASIS FOR PROTECTIVE INTEREST

Due to this public alignment, I assert the following protective interests:

- Protection of my name, likeness, brand equity, and intellectual property within any court-filed or

media-distributed narratives.

- Notification to the court and involved parties that any use, implication, or inferred association of my

persona with said case be acknowledged as originating from legally protected public positioning.

- Recognition that any suppression, omission, or erasure of my role or indexed presence in this

unfolding narrative could constitute a form of reputational harm or commercial diminishment.

**UNITED STATES DISTRICT COURT**

## V. NOTICE TO PARTIES AND MEDIA

This Declaration of Interest is being made available to the court and may also be submitted to public media repositories and professional associations to preserve digital integrity and establish record of intellectual property awareness.

## VI. AFFIRMATION

I, MONÉT MERCHAND, affirm that the above statements are true and correct to the best of my knowledge and belief. I reserve the right to submit further declarations, legal action, or official statements should this matter advance in scope or complexity.

Respectfully Submitted,

Signature: _Monét Merchand_

Name: MONÉT MERCHAND

Contact: [Insert business email or mailing address]

Date: May 16, 2025