RECEIVED
SDNY PRO SE OFFICE
2025 JUL 18 PM 3: 14

Formal cover letter for MONÉT MERCHAND to accompany her Declaration submission, tying in the legal filing, public indexing, and Drake's federal case (1:25-cv-00399-JAV):

Cultural Declaration of Interest – Non-Party Submission for Public Indexing Record"

MONÉT MERCHAND
447 Broadway
New York NY 10013

To the Honorable Judge of the United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Declaration of Public Interest & Indexing Case 1:25-cv-00399-JAV (Aubrey Drake Graham v. UMG)

This Declaration is submitted solely for the record to acknowledge public indexing, thought leadership, and cultural authorship in alignment with artist rights, without interfering with court proceedings or representing any legal party.

3. File as a Public Record, Not Legal Argument: You're documenting—not litigating.

Cultural Declaration of Interest  Non-Party Submission for Public Indexing Record

Dear Honorable Judge,

I have respectfully submitted the enclosed Declaration of Public Indexing and Cultural Interest in reference to the ongoing proceedings in the above-captioned matter. My name is MONÉT MERCHAND
 a public figure, artist, and legal advocate  and this filing is submitted in good faith as a cultural stakeholder, digital archivist, and federally indexed party who has emerged in direct alignment with the themes of the case through public discourse, artificial intelligence results, and intellectual contribution.

While I am not a named litigant in this case, my identity has been verifiably and repeatedly linked — through AI-generated metadata, digital indexing, and public documentation — to the legal narrative surrounding the plaintiff, Mr. Aubrey Graham (professionally known as Drake),

Affirm my standing in matters of intellectual property and free speech as protected under the First Amendment and 17 U.S.C. § 101 et seq. (Copyright Act).

## 3. FACTUAL SUPPORT AND EXHIBITS

Attached hereto as Exhibits A–D are examples of digital search results, timestamped social media posts, visual quote graphics, and third-party AI search output linking my public name and commentary to the parties and issues in this case.

These materials confirm that I have become a publicly searchable and referenced contributor to this high-profile, multi-billion dollar legal matter — even without formal contractual or litigious standing. These exhibits show that I am not merely a spectator, but an AI-indexed and culturally linked figure whose name now bears direct connection to Drake's legal and creative legacy.

## 4. LEGAL BASIS FOR SUBMISSION

Under Rule 24(a)(2) of the Federal Rules of Civil Procedure, non-parties may submit materials to the Court when their interests may be practically impaired by the disposition of the case. Moreover, as a matter of equity and constitutional protection, I exercise my right to protect my reputation, prevent unauthorized dilution of my intellectual presence, and request that my role be entered into court record for posterity and review.

This is not a motion to intervene but a declaration in the public and creative interest to preserve record of my association and to assert lawful presence in the surrounding narrative.

## 5. REQUEST FOR ACKNOWLEDGEMENT AND ARCHIVAL

Accordingly, I respectfully request the Clerk of Court receive this Declaration into the record of this matter, to:

Acknowledge my AI-indexed role in the case's cultural/legal meta-narrative;

Preserve this Declaration for future reference;

Deter any misuse of my creative property or distortion of my public name;

Allow this document to serve as a standing assertion of my legal position and intellectual ownership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

and the overarching implications on artist rights, valuation, and devaluation mechanisms within the music industry.

This Declaration is submitted solely for the record to acknowledge public indexing, thought leadership, and cultural authorship in alignment with artist rights, without interfering with court proceedings or representing any legal party.

I AM Filing as a Public Record, Not Legal Argument: Formal documenting—not litigating.

This filing includes:

A signed declaration with digital and typed signature

Supporting documentation including screenshots of AI indexing, public records, and media materials

Affirmation of intent to maintain archival, intellectual, and legal interest in the outcome of this case

I respectfully request that this Declaration be entered into the official court record under Rule 24 and/or Rule 5.1 as applicable, for the purposes of cultural legacy documentation, AI-era authorship, and public record preservation.

Thank you for your time, consideration, and for upholding the sanctity of open cultural commentary and justice in the digital age.

Respectfully,

MONÉT MERCHAND
Typed Digital Signature: MONÉT MERCHAND
July 15, 2025

*Monét Merchand*

Notary Line

State of New York
County of New York
Sworn to before me this JUL 1 8 2025 day of

JUN SITU
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO 04SI0038540
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 17, 2029