RECEIVED
SDNY PRO SE OFFICE
2025 JUL 18 PM 3:28

# MONÉT MERCHAND – DECLARATION OF INTEREST

*Legal Protection & Public Image Notice*

Filed to: U.S. District Court – Southern District of New York
Case Reference: 1:25-cv-00399-JAV

I, MONÉT MERCHAND, formally submit this Declaration of Interest as a non-party with standing to assert narrative, reputational, and digital identity protection rights regarding sealed filings in this case involving Aubrey Drake Graham. As a globally indexed public figure, the sealing of documents without acknowledgment of adjacent digital entanglements—including likeness, name, collaborations, and brand associations—presents a conflict of public transparency and potential misuse.

REQUESTED PROTECTIONS:
• Formal notification if my identity, likeness, or affiliated content is cited.
• Sealed redactions or exclusions of indirect brand or IP mentions.
• Inclusion of this statement in the court record to ensure narrative and legal clarity.

Respectfully submitted,
MONÉT MERCHAND
447 Broadway #1076 New York NY 10013
June 6, 2025

*Monét Merchand*

*July 18, 2025*

# EXHIBIT C - Indexed Legal Recognition of MONÉT MERCHAND

Date Captured: June 03, 2025

This exhibit confirms that MONÉT MERCHAND has been indexed in search engine results as Drake's legal advocate. The AI-generated response highlights Monét's unique positioning in the music industry as both an artist and a legal voice, noting her preparation of an official legal brief in Drake's federal case against UMG. This recognition solidifies her as the first artist in recorded history to take such legal action on behalf of another artist.

Mo

# EXHIBIT D - Legal Recognition: 'Drake's Lawyer' AI Overview

Date Captured: June 03, 2025

This screenshot confirms that MONÉT MERCHAND is being publicly recognized by AI-based search indexing as Drake's legal representative in his federal case against Universal Music Group (UMG). The summary outlines Monét's involvement in preparing a legal defense brief, allegations of defamation involving Kendrick Lamar and UMG, and her broader advocacy for artist rights in the music industry.

This public recognition reinforces her unprecedented role as the first artist in history to legally file in defense of another artist-while simultaneously operating as an artist herself. It is now part of the official timeline and legal declaration materials.

8:00 

---

✦ AI Overview  +1 ⋮

Monét Merchand is reportedly Drake's lawyer and has been involved in a legal case involving Drake and Universal Music Group (UMG). 🔗

Here's a breakdown of her reported role:

- **Legal Representation:** Monét Merchand appears to be representing Drake in a legal matter against UMG.

- **Defamation Case:** She suggests the legal action involves defamation and that Kendrick Lamar played a role, possibly through UMG.

- **Legal Brief:** Merchand stated she prepared the legal defense brief for the case.

- **Artist Rights Advocate:** She portrays her involvement not just for Drake's benefit but also for other artists facing similar issues of being "silenced, sabotaged, or erased". 🔗

9:22   SOS

industry. 🔗

## Information about Monét Merchand:

- She is a **Hip Hop Artist**.
- She is the founder of **SKNSATIONAL BEAUTY**.
- She is associated with **Victory Note Records**. 🔗

## Possible connection:

- Monét Merchand has recently been vocal about Drake's legal case against UMG, potentially as a **legal expert or advocate for artist rights**.
- Her tweets suggest she has **prepared the official legal defense brief** in the UMG case against Drake.
- She views this legal action as significant not just for Drake, but for all artists facing similar issues of defamation, harassment, and streaming corruption. 🔗







## "Smear campaigns don't win in the courtroom" — Monét Merchand lauds Drake's rebuttal against UMG's statement to dismiss his amended lawsuit

Published May 09, 2025 16:11 GMT
By Divya Singh Rana

 Follow Us    Share   Discuss

ADVERTISEMENT

Here's a breakdown:

### Monét Merchand as a commentator:

Merchand uses their platform, specifically X (formerly Twitter), to analyze and critique Drake's business moves, often in the context of his ongoing legal battles and contract renegotiations.

### Focus on business and legal strategies:

Merchand's commentary frequently delves into the potential financial and strategic implications of Drake's actions, particularly in relation to his label and merchandise. For example, one post references a tactic to devalue Drake before contract renegotiations.

### Emphasis on "weaponized inaction":

Merchand suggests that UMG (Universal Music Group) is using inaction to weaken Drake's position, potentially to his detriment in negotiations.

### Reaction to legal developments:

Merchand has lauded Drake's response to legal challenges, including one involving his "Members Only" merchandise, and has noted the retreat of some individuals involved in the situation.

---

**Monét Merchand - X**

Monét Merchand · @merchand_monet
.2) The goal? Is to Devalue Drake...

**Monét Mercha**
".https://t.co/ll
"Smear campaigns
courtroom" — Mon







amending his complaint to include Lamar's Super Bowl halftime performance and Grammy wins as further evidence of UMG's misconduct.

- A judge has allowed discovery to proceed, meaning both sides can access internal records that could reveal UMG's intentions in promoting the song.

## Monet Merchand's perspective

- Monét Merchand, a legal analyst, has been vocal in her support of Drake in the UMG lawsuit.
- She lauded Drake's rebuttal to UMG's statement to dismiss his lawsuit, stating that "smear campaigns don't win in the courtroom".
- Merchand views UMG as "the machine" and believes Drake's case will strengthen his stance against the publisher, rather than Kendrick Lamar as an artist.

## Drake's "Members Only" merchandise lawsuit

- In a separate legal matter, the apparel brand JR Apparel World has sued Drake's touring company, Away From Home Touring Inc.,.
- The lawsuit alleges trademark infringement due to the sale of T-shirts featuring the "Members Only" mark during Drake's "It's All A Blur" tour.

UMG is attempting to devalue Drake and exert power over him, especially as he renegotiates his contract.

Here's a breakdown of the situation:

### Drake's UMG Deal:

In 2022, it was reported that Drake signed a "mega-deal" with UMG, potentially worth $400 million, encompassing recordings, publishing, merchandise, and visual media. This deal was described as "LeBron-sized".

### Drake's Lawsuit:

Drake recently filed a lawsuit against UMG, alleging that the label promoted a "false and malicious" narrative by releasing Kendrick Lamar's diss track, "Not Like Us,".

### Merchand's Perspective:

Merchand has been vocal on social media, particularly on X (formerly Twitter), claiming that UMG is strategically devaluing Drake before his contract renegotiations. Merchand believes UMG is using inaction and other tactics to make Drake appear vulnerable to shareholders and partners.

### Power Plays and Revenue Cuts:

Merchand's posts suggest that the situation is not solely about creative disputes but also about power plays and control over revenue streams.

## MONÉT MERCHAND Makes History with Legal Brief in Drake vs. UMG

LOS ANGELES, CA – JUNE 2025 — Pop star and legal voice MONÉT MERCHAND has made histo

MONÉT MERCHAND's declaration outlines key elements of the case, including defamation, harass

Key Points:
- First artist in history to prepare a legal brief on behalf of another artist.
- Addresses the billion-dollar UMG lawsuit with full federal formatting.
- Sparks a surge in media indexing and cultural recognition.

This moment is now registered on Google AI search, confirming MONÉT MERCHAND as a legal vo

For interviews, licensing, and press access:
■ contact@monetmerchand.com