**Joseph Anthony Reyna (JoeCat®)**

Pro Se Amicus Curiae

Founder, Dreams Over Dollars™ (501(c)(3), EIN: 88-2187078)

5900 Balcones Dr. #16077

Austin, TX 78731

whitehat@joecattt.com | (956) 202-5580



**July 23, 2025**

Clerk of Court

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

**RE: Supplemental Filing in Support of Amicus Curiae Motion –** *Graham v. UMG Recordings, Inc.*, **Case No. 1:25-cv-00399**

Dear Clerk of Court,

Please find enclosed the **Verified Motion for Reconsideration, Supplementation, and Leave to File Amicus Curiae Brief** submitted by **Joseph Anthony Reyna**, a federally documented whistleblower, Pell Grant recipient, and founder of the 501(c)(3) nonprofit **Dreams Over Dollars™**.

This filing includes **Exhibit C**: a verified email sent on **December 4, 2024** to **Sidley Austin LLP**, requesting pro bono representation in matters materially overlapping with this litigation. The firm's nonresponse, despite having clients implicated in the patterns described, is submitted not as conjecture, but as part of a larger evidentiary pattern of **constructive legal exclusion** that now spans law firms, platforms, and procedural records.

This Court is respectfully placed on notice that:

- The original April 2, 2025 amicus filing may have been procedurally filtered or omitted from the docket;

- No federal court to date has acknowledged or ruled on any of the public-interest amicus briefs Movant has submitted, including related filings in *Spotify*, *Live Nation*, and *DSHS* litigation;

- Movant's disclosures are already recognized by federal agencies (IRS, FinCEN, OSHA), and the risk of judicial erasure is no longer hypothetical—it is procedural precedent if unacknowledged.

Movant respectfully requests that this cover letter, exhibit, and motion be **docketed promptly** and **forwarded to the Honorable Judge Jeannette A. Vargas** for review, with an indication that oral argument is requested should this motion be opposed or denied.

If additional documents are required or if the Court seeks clarification of any material herein, I remain available and committed to ensuring the full and accurate supplementation of this record.

Thank you for your attention to this matter and your role in upholding the transparency and integrity of the judicial process.

Respectfully submitted,
**/s/ Joseph Anthony Reyna**
Joseph Anthony Reyna (JoeCat®)
Pro Se Amicus Curiae
Founder, Dreams Over Dollars™

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

USPS SDNY

Pro Se

Clerk of Court
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007



Retail

RDC 99

10007



U.S. POSTAGE PAID
FCM LG ENV
BUDA, TX 78610
JUL 29, 2025
$2.72
S2324H500550-04



