**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

AUBREY DRAKE GRAHAM,

                Plaintiff,

         v.

UMG RECORDINGS, INC.,

                Defendant.

                                                 No. 1:25-cv-399-JAV

-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE ON THIRD PARTY KOJO MENNE ASAMOAH**

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this Court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am over the age of 18 years old and am counsel to Plaintiff Aubrey Drake Graham ("Plaintiff") in the above-captioned action.

2.     Pursuant to this Court's August 6, 2025 order (ECF No. 73), on August 7, 2025, I caused the following documents to be sent to Kojo Menne Asamoah ("Mr. Asamoah") via email to his email addresses at the domains kojo@hard.pink, djvinylproductions@gmail.com, and info@hard.pink: (1) Plaintiff's Rule 45 subpoena on Mr. Asamoah; and (2) this Court's August 6, 2025 order permitting Plaintiff to serve the Rule 45 subpoena on Mr. Asamoah by alternative means (ECF No. 73).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2025.

*/s/ M. Annie Houghton-Larsen*
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
mhoughton-larsen@willkie.com

*Attorney for Aubrey Drake Graham*

2