**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

AUBREY DRAKE GRAHAM,

      Plaintiff,

              Civil Action No. 1:25-cv-399-JAV

 v.

              <u>**AFFIDAVIT OF SERVICE**</u>

UMG RECORDINGS, INC.,

      Defendant.

-------------------------------------------------------------x

STATE OF NEW YORK  )
           : ss:
COUNTY OF NEW YORK )

   Katherine Aiello, the assistant managing clerk employed by Willkie Farr & Gallagher LLP, being duly sworn, deposes and states that she is not a party to the within action, is over the age of 18 years, and resides in Nassau County, State of New York.

   On the 7th day of August, 2025, the deponent served Plaintiff Aubrey Drake Graham's ("Plaintiff") Rule 45 subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action to Kojo Menne Asamoah along with this Court's August 6, 2025 Memorandum Opinion and Order permitting Plaintiff to serve the Rule 45 subpoena on Kojo Menne Asamoah by alternative means (ECF No. 73), by mailing true copies of the same via certified mails return receipt requested, securely enclosed in postpaid first class wrappers and placed under the care and custody of the United States Postal Service located at 322 W 52nd Street, New York, NY 10019, and directed to Kojo Menne Asamoah at the following addresses:

1667 Blake Avenue
Los Angeles, CA 90031


722 Jackson Street
Los Angeles, CA 90012

3371 Glendale Boulevard, #206

Los Angeles, CA 90039


14406 Kings Crossing Boulevard

Boyds, MD 20841


117 N Frederick Ave

Gaithersburg, MD, 20877




_____

Katherine Aiello



Sworn to before me this
4TH day of August 2025



_____
Notary Public

**ASHLEY A. MOORE**
**Notary** Public, State of New York
No. 01MO6172601
**Qualified** in New York County
**Commission** Expires Jan.5, 2028

- 2 -