# EXHIBIT 1



Kojo Menne Asamoah
14406 Kings Crossing Boulevard,
Boyds, Maryland 20841



Kojo Menne Asamoah
417 N Frederick Avenue,
Gaithersburg, Maryland 20877



Kojo Menne Asamoah
3371 Glendale Boulevard, #206,
Los Angeles, California 90039



Kojo Menne Asamoah
1667 Blake Avenue,
Los Angeles, California 90031



Kojo Menne Asamoah
722 Jackson Street,
Los Angeles, California 90012