# EXHIBIT 7

Case 1:25-cv-00399-JAV    Document 79-7    Filed 08/12/25    Page 1 of 2

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **Sent:** | Friday, June 6, 2025 5:02 PM |
| **To:** | Crowell, Nicholas P.; Ransom, Rollin; 'Everson, Katelin' |
| **Cc:** | Gottlieb, Michael; Sullivan, Brady M. |
| **Subject:** | Drake v. UMG - Follow Up from June 5 M&C |

Counsel,

Thank you for the meet and confer yesterday. As promised, getting back to you on two items.

Plaintiff will reserve rights as to the designation of Avery Lipman as a custodian.

Regarding using the search term "GNX" to search documents for Request Number 3, reserving all rights, we agree with your suggestion that an appropriate compromise at this time is to run the following: GNX w/25 ("Not Like Us" OR "NLU").

Thank you,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

1