# EXHIBIT 3

Case 1:25-cv-00399-JAV   Document 83-3   Filed 08/12/25   Page 1 of 3

| | |
|---|---|
| **From:** | Everson, Katelin <keverson@sidley.com> |
| **Sent:** | Monday, May 12, 2025 10:32 AM |
| **To:** | Houghton-Larsen, M Annie; Crowell, Nicholas P.; Ransom, Rollin; Horner, James R. |
| **Cc:** | Gottlieb, Michael; Sullivan, Brady M. |
| **Subject:** | RE: Graham v. UMG - Correspondence re May 2, 2025 meet and confer & ESI protocol |
| **Attachments:** | 2025.05.12 Draft ESI Stipulation (Sidley Edits)  4911-9477-5603 17.docx; Redline - 2025.05.07 Draft ESI Stipulation (Sidley Edits)_WFG Edits and 2025.05.12 Draft ESI Stipulation (Sidley Edits)-4911-9477-5603-v17.pdf |

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie,

In response to your May 7 letter, attached is an updated draft of the ESI protocol, and a redline against the version you sent.  We continue to oppose your proposal to allow redactions (other than on privilege and PII grounds) of responsive 24 hour RSMF segments.  We think your proposal is highly unusual and inappropriate for the reasons we noted at our last meet and confer, including, amongst other things, that there is no provision in the federal or local rules for redaction of non-responsive portions of otherwise responsive documents, that often the broader context of a RSMF communication is necessary for understanding the portions deemed directly responsive, and the parties have agreed to a protective order which—as counsel to Plaintiff argued at the April 2, 2025 initial pretrial conference before Judge Vargas—should be appropriate and sufficient to ensure that sensitive information is protected. *See* Tr. at 12:1-8.  Your proposal is also at odds with the case law on this issue.  *See, e.g.*, *Al Thani v. Hanke,* 2022 WL 1684271 (S.D.N.Y. May 26, 2022).  We note that per section 5(d) of the Case Management Order, our deadline to file the ESI protocol with the Court this Wednesday, May 14.  We are available to meet and confer tomorrow between 1-2 pm, 2:30-3:30 pm or after 4:30 pm ET on the ESI protocol and the other items in your May 7 letter.

Best,
Katelin


**KATELIN EVERSON**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 212 839 8427
keverson@sidley.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Wednesday, May 7, 2025 7:06 PM
> **To:** Crowell, Nicholas P. <ncrowell@sidley.com>; Ransom, Rollin <rransom@sidley.com>; Everson, Katelin <keverson@sidley.com>; Horner, James R. <jhorner@sidley.com>

1

**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Sullivan, Brady M. <BSullivan@willkie.com>
**Subject:** Graham v. UMG - Correspondence re May 2, 2025 meet and confer & ESI protocol

All,

Please see the attached correspondence and ESI protocol mark up in track changes and a redline.

Thanks,


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.