**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                   :

AUBREY DRAKE GRAHAM,

                           :

                  Plaintiff,

                           :                No. 1:25-cv-399-JAV

               v.

                           :

UMG RECORDINGS, INC.,

                           :

                  Defendant.

                           :

-----------------------------------------------------------------x

**DECLARATION OF M. ANNIE HOUGHTON-LARSEN RE AFFIDAVITS OF POSTING ON THIRD PARTY KOJO MENNE ASAMOAH**

       I, M. Annie Houghton-Larsen, an attorney admitted to practice in this Court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

       1.      I am over the age of 18 years old and am counsel to Plaintiff Aubrey Drake Graham ("Plaintiff") in the above-captioned action.

       2.      On August 6, 2025 this Court entered an order directing Plaintiff to serve third party Kojo Menne Asamoah by alternative means, including by affixing the subpoena to the door at five addresses.  ECF No. 73.

       3.      A true and correct copy of affidavits of posting by Capitol Process is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025.                    */s/ M. Annie Houghton-Larsen*
                                                M. Annie Houghton-Larsen
                                                WILLKIE FARR & GALLAGHER LLP
                                                787 Seventh Avenue
                                                New York, NY 10019
                                                Tel: (212) 728-8000
                                                mhoughton-larsen@willkie.com

                                                *Attorney for Aubrey Drake Graham*