# EXHIBIT 1

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Aubrey Drake Graham*
                    *Plaintiff(s)*
                                          VS.          Case No: 25-CV-00399 (JAV)

*UMG Recordings, Inc.*
                    *Defendant(s)*

### AFFIDAVIT OF POSTING

I, Arturo Ruiz, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That on 08/07/2025 at 01:00 PM, I served Kojo Menne Asamoah at 1667 Blake Avenue, Los Angeles, California 90031 by posting the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service on the door where it can be conveniently read. In addition to the service noted above, a copy of the same was mailed by first class U.S. Postage prepaid on 08/08/2025.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/11/2025

*Arturo Ruiz*

*Client Ref Number:*
*Job #:13888479*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

Case 1:25-cv-00399-JAV     Document 84-1     Filed 08/13/25     Page 3 of 13

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Aubrey Drake Graham*
                    *Plaintiff(s)*
                                                VS.          Case No: 25-CV-00399 (JAV)
*UMG Recordings, Inc.*
                    *Defendant(s)*

### AFFIDAVIT OF POSTING

I, Arturo Ruiz, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That on 08/07/2025 at 1:56 PM, I served Kojo Menne Asamoah at 722 Jackson Street, Unit A, Los Angeles, California 90012 by posting the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service on the door where it can be conveniently read. In addition to the service noted above, a copy of the same was mailed by first class U.S. Postage prepaid on 08/08/2025.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/08/2025

*Arturo Ruiz*

*Client Ref Number:*
*Job #:13888463*

Case 1:25-cv-00399-JAV    Document 84-1    Filed 08/13/25    Page 5 of 13

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Aubrey Drake Graham**
*Plaintiff(s)*

VS.   Case No: 25-CV-00399 (JAV)

**UMG Recordings, Inc.**
*Defendant(s)*

### AFFIDAVIT OF POSTING

I, Arturo Ruiz, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That on 08/07/2025 at 01:56 PM, I served Kojo Menne Asamoah at 722 Jackson Street, Unit B, Los Angeles, California 90012 by posting the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service on the door where it can be conveniently read. In addition to the service noted above, a copy of the same was mailed by first class U.S. Postage prepaid on 08/08/2025.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/08/2025

*Arturo Ruiz*

*Client Ref Number:*
*Job #:13895644*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

Case 1:25-cv-00399-JAV    Document 84-1    Filed 08/13/25    Page 7 of 13

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Aubrey Drake Graham
                  **Plaintiff(s)**

UMG Recordings, Inc.
                  **Defendant(s)**

VS.

Case No: 25-CV-00399 (JAV)

## AFFIDAVIT OF SERVICE

I, Arturo Ruiz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/07/2025 at 01:15 PM, I served Kojo Menne Asamoah at 3371 Glendale Boulevard, #206, Los Angeles, California 90039 with the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service by serving a Clerk of SpeedCo Fax & Pack, authorized to accept service.

That at the time of service, I determined that Kojo Menne Asamoah maintains box #206, which is a private mailbox at 3371 Glendale Boulevard, Los Angeles, California 90039.

In addition to the service noted above, a copy of the same was mailed to Kojo Menne Asamoah on 08/08/2025 to 3371 Glendale Boulevard, #206, Los Angeles, California 90039, via first class U.S. Postage prepaid.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/11/2025

Arturo Ruiz

Client Ref Number:
Job #:13888534

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Aubrey Drake Graham
       *Plaintiff*

       vs.       Case No: 25-CV-00399 (JAV)

UMG Recordings, Inc.
       *Defendant*

## *AFFIDAVIT OF POSTING*

I, Jason Parker, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That on 8/07/2025 at 7:14 PM, I served Kojo Menne Asamoah at 14406 Kings Crossing Boulevard, Boyds, Maryland 20841 by posting the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service on the door where it can be conveniently read. I attached a date and time stamped photo of the door on which I posted the documents.

In addition to the service noted above, I mailed a copy of the same on 8/08/2025, via first class U.S. Postage prepaid.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/08/2025

*Jason Parker*

*Client Ref Number:*
*Job #:13888613*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

UNITED STATED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Aubrey Drake Graham*
  *Plaintiff*

    vs.    Case No: 25-CV-00399 (JAV)

*UMG Recordings, Inc.*
  *Defendant*

### AFFIDAVIT OF POSTING

I, Jason Parker, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service in the above entitled case.

That on 8/07/2025 at 6:52 PM, I served Kojo Menne Asamoah at 117 North Frederick Avenue, Gaithersburg, Maryland 20877 by posting the Subpoena Duces Tecum with Schedule A and Memorandum Opinion and Order Granting Alternative Service on the door where it can be conveniently read. I attached a date and time stamped photo of the door on which I posted the documents.

In addition to the service noted above, I mailed a copy of the same on 8/08/2025, via first class U.S. Postage prepaid.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/08/2025

*Jason Parker*

*Client Ref Number:*
*Job #:13888627*