# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x

AUBREY DRAKE GRAHAM,

                                   Plaintiff,

                               - against -

UMG RECORDINGS, INC.,

                                  Defendant.

No. 1:25-cv-00399 (JAV)

---------------------------------------------------- x

## AFFIDAVIT OF DUE DILIGENCE

Christopher Ribeiro, being duly sworn, deposes and states as follows:

1. I am a private investigator. I am a managing director at Nardello & Co., a global private investigative firm.

2. Nardello & Co. has been retained by Plaintiff Aubrey Drake Graham's counsel, Willkie Farr & Gallagher LLP, in connection with the above-referenced action (the "Action") and has been performing investigative services in connection with that retention.

3. Among the investigative tasks that Willkie Farr & Gallagher LLP has engaged Nardello & Co. to perform was to identify and locate addresses for Joshua Delseni a/k/a Josh Kaplan ("Mr. Kaplan") for purposes of serving a subpoena in connection with the Action upon him.

4. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

5. On May 1, 2025, Nardello & Co. commenced research and investigation in connection with serving the subpoena on Mr. Kaplan.

6.  I directed public records research that was conducted using, among other points of data, a possible telephone number for Mr. Kaplan and the email address *josh@imsgroup.io*. Research indicated that both the telephone number and email address were associated with a Joshua Delseni, age 28, who appears to also use the last name Kaplan. Research identified social media profiles for individuals named "Josh Kaplan" and "Josh Delseni" that share the same educational history. Proprietary databases that aggregate information from a variety of public sources also associate the name Josh Kaplan with Joshua Delseni's telephone number.

7.  Research identified a potential current residential address for Mr. Kaplan at 2321 Laguna Circle, Apartment 301, North Miami, Florida 33181. Mr. Kaplan's possible telephone number and a vehicle with Florida license plate number 72DVCA were registered at this address. Research also identified a recent address for Mr. Kaplan at 2555 Northeast 193rd Street, Unit 2110, Miami, Florida 33180 and historic addresses in Broward, Miami-Dade, and Volusia counties, Florida; and Essex County, New Jersey.

8.  Research identified residential addresses for individuals who appear to be members of Mr. Kaplan's family based upon shared address history, social media profiles, and their ages.

9.  Matthew Taylor Delseni, age 25, is associated with an address at 19296 East Country Club Drive, Miami, Florida 33180. Matthew Delseni may be Mr. Kaplan's brother, based on a shared address history at 9 Tuxedo Drive, Livingston, New Jersey 07039; and 242 Barretta Court, Roseland, New Jersey 07068.

10. Dina S. Kaplan, formerly Dina Delseni, aged 59, is associated with an address at 311 Sun Valley Way, Florham Park, New Jersey 07932. Dina Kaplan may be Mr. Kaplan's mother, based on a shared address history at 9 Tuxedo Drive, Livingston, New Jersey 07039; and 242 Barretta Court, Roseland, New Jersey 07068.

11. David Albert Delseni, aged 61, is associated with an address at 3204 Pleasant Avenue, Apartment 2R, Weehawken, New Jersey 07086. David Delseni may be Mr. Kaplan's father based on his age and a shared address history at 9 Tuxedo Drive, Livingston, New Jersey 07039; and 242 Barretta Court, Roseland, New Jersey 07068.

12. Research identified a company named "S1 Group LLC" organized under the name of Josh Delseni in Florida in March 2022. *RocketReach* and *SignalHire* profiles were also identified for an individual named Josh Kaplan in Miami, Florida, who is the Chief Operating Officer of "S1 Group." Research also identified an address for S1 Group LLC at 3244 North Powerline Road, Pompano Beach, FL 33069.

13. To date, Plaintiff has incurred over $5,000 in connection with Nardello & Co.'s work to locate Mr. Kaplan's addresses.

Dated: New York
August 8, 2025

_____
Christopher Ribeiro

Sworn to before me this
8 day of August 2025

_____
Notary Public

JACOB THEODORE HOLBROOK
Notary Public - State of New York
NO. 01HO0025175
Qualified in Westchester County
My Commission Expires May 24, 2028