# Exhibit 6

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **Sent:** | Tuesday, July 29, 2025 2:59 PM |
| **To:** | JOSH@IMSGROUP.IO |
| **Cc:** | Gotfryd, Anna |
| **Subject:** | Graham v. UMG Recordings, Inc., No. 1:25-cv-00399 - Request for Response |

Mr. Kaplan,

I am an attorney representing Aubrey Drake Graham in connection with the lawsuit *Graham v. UMG Recordings, Inc.*, No. 1:25-cv-00399 before the United States District Court for Southern District of New York.  Mr. Graham has been attempting to serve you with subpoena requiring the production of documents.  Please confirm your receipt of this email and advise whether you are represented by an attorney and, if so, provide his or her contact information.

Regards,
Annie