**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
:

AUBREY DRAKE GRAHAM,
:

               Plaintiff,
:

                :         No. 1:25-cv-399-JAV
        v.
:

UMG RECORDINGS, INC.,
:

               Defendant.
:

--------------------------------------------------------------------x


**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A RULE 45 SUBPOENA ON THIRD-PARTY JOSHUA DELSENI A/K/A JOSH KAPLAN BY ALTERNATIVE MEANS**

Plaintiff Aubrey Drake Graham ("Plaintiff"), by and through his undersigned counsel, hereby gives notice of withdrawal of Plaintiff's Motion for Leave to Serve a Rule 45 Subpoena on Third-Party Joshua Delseni a/k/a Josh Kaplan by Alternative Means (the "Motion") filed on August 18, 2025.  ECF Nos. 90-92.  Two days after filing the Motion, on August 20, 2025, counsel for Plaintiff was contacted by an attorney who stated that he represents Josh Kaplan.  On August 21, 2025, Mr. Kaplan's attorney accepted service of the subpoena on Mr. Kaplan's behalf.  Accordingly, Plaintiff is withdrawing the Motion.[1]  Plaintiff reserves the right to renew the motion if circumstances change.

---

[1] Mr. Kaplan's attorney also agreed to accept service of this Notice of Withdrawal.

- 2 -

Dated: August 21, 2025                         Respectfully Submitted,

                                               /s/*Michael J. Gottlieb*
                                               Michael J. Gottlieb
                                               Anna Gotfryd (*pro hac vice*)
                                               Willkie Farr & Gallagher LLP
                                               1875 K Street NW
                                               Washington, D.C. 20006
                                               (202) 303-1000
                                               mgottlieb@willkie.com
                                               agotfryd@willkie.com

                                               Brady Sullivan
                                               M. Annie Houghton-Larsen
                                               Willkie Farr & Gallagher LLP
                                               787 Seventh Avenue
                                               New York, NY 10019
                                               (212) 728-8000
                                               bsullivan@willkie.com
                                               mhoughton-larsen@willkie.com

                                               *Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on August 21, 2025, I electronically filed the foregoing Notice of Withdrawal of Plaintiff's Motion for Leave to Serve a Rule 45 Subpoena on Third-Party Joshua Delseni a/k/a Josh Kaplan by Alternative Means (the "Notice") with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action. Josh Kaplan's counsel agreed to accept all service in connection with Plaintiff's subpoena, including the Notice, by e-mail on August 21, 2025.  A copy of this Notice of Withdrawal of Plaintiff's Motion for Leave to Serve a Rule 45 Subpoena on Third-Party Joshua Delseni a/k/a Josh Kaplan by Alternative Means will be served by email upon Josh Kaplan's counsel upon completion of this submission.

/s/*Michael J. Gottlieb*
Michael J. Gottlieb
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, D.C. 20006
(202) 303-1000
mgottlieb@willkie.com