UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                              :

AUBREY DRAKE GRAHAM,                                                :

                              Plaintiff,                         :
                                                                        :             25-CV-0399 (JAV)
                 -v-                                         :
                                                                        :             <u>ORDER</u>

UMG RECORDINGS, INC.,                                                :

                              Defendant.                      :

------------------------------------------------------------------ :
                                                                            X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff and UMG's request (ECF Nos. 80, 88) for permission to file under seal a contract between UMG Recordings, Inc. ("UMG") and Kendrick Lamar Duckworth, as produced by UMG in redacted form with the designation Attorney's Eyes Only (the "Lamar Contract"), is **GRANTED**. UMG has made a sufficient showing that the information that he seeks to seal qualifies as confidential, "sensitive business information." *Lexington Furniture Indus., Inc. v. Lexington Co., AB*, 2021 WL 1143694, at *2 (S.D.N.Y. Mar. 24, 2021). The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (quotations and citations omitted). Additionally, because the Lamar Contract reflects an "ongoing contractual relationship" between UMG's business partner and Lamar, the Court agrees that sealing the contract would best protect UMG's "business relationships and interests, and the privacy interests of non-parties." *Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, 2023 WL 3477552, at *6 (S.D.N.Y. May 16, 2023).

      Plaintiff is therefore authorized to file the Lamar Contract under seal. The Clerk of Court is directed to terminate ECF No. 80.

      SO ORDERED.

Dated: August 22, 2025
       New York, New York                              _____
                                                                      JEANNETTE A. VARGAS
                                                                      United States District Judge