## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUBREY DRAKE GRAHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>UMG RECORDINGS, INC.<br><br>    Defendant. | No. 1:25-cv-399-JAV |

## **NOTICE OF APPEAL**

Plaintiff Aubrey Drake Graham hereby appeals from the District Court's Opinion and Order entered on October 9, 2025 (ECF No. 96) in the above-captioned case to the United States Court of Appeals for the Second Circuit.

Dated: October 29, 2025

                    Respectfully submitted,

                    By: */s/ Michael J. Gottlieb*
                    Michael J. Gottlieb
                    Anna Gotfryd (*pro hac vice*)
                    WILLKIE FARR & GALLAGHER LLP
                    1875 K Street NW
                    Washington, D.C. 20006
                    Tel: (202) 303-1000
                    mgottlieb@willkie.com
                    agotfryd@willkie.com

                    Brady M. Sullivan
                    M. Annie Houghton-Larsen
                    WILLKIE FARR & GALLAGHER LLP
                    787 Seventh Avenue
                    New York, NY 10019

Tel: (212) 728-8000
bsullivan@willkie.com
mhoughton-larsen@willkie.com

*Counsel for Plaintiff Aubrey Drake Graham*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 29, 2025, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

Dated: October 29, 2025

By: */s/ Michael J. Gottlieb*
Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP

*Counsel for Plaintiff Aubrey Drake Graham*